Appendix A   1 page

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name: Letecia Stauch   J22852   Number: 129417
Facility: TCF   Housing Unit: B   Work Detail: NONE

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

I requested a certified copy of my account since (dated) August 2023 for a legal purpose. I sent the request electronically and paper format. TCF has been wreckless in its actions denying or failure to respond to this since Jan 24th.

Date this report was given to Unit Team for informal resolution (to be completed by inmate): 1/24/2024

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

_____ _____
Unit Team Signature   Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_____   _____
Inmate Signature   Date

**`WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received _____   Date of Final Answer _____   Date Returned to Inmate _____

_____ _____   _____ _____
Inmate's Signature   Date   Unit Team Signature   Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

**TO BE COMPLETED BY STAFF ONLY**

Grievance Serial Number   _____

Type of Complaint (Item 4: Code 01-75)   _____  _____

Cause of Complaint (Item 5: Code 01-30)   _____  _____

Type of Response (Item 6a: Code 01,02,08 or 09)   _____  _____