*Retaliation for filing habeas corpus in Jan. 2024 and for threatening lawsuit for sexual abuse*

Attachment D1, IMPP 11-119
Effective: 12-11-13

**KANSAS DEPARTMENT OF CORRECTIONS
DISCIPLINARY OFFICE
INMATE DISCIPLINARY SUMMONS**

*Appendix B*

TO: __Stauch, Letecia__     __129417__     DATE: __2/16/24__
        INMATE NAME           NUMBER

HOUSING UNIT/CELL: __ICH__

CASE NO.: __2024-02-0178__

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE A HEARING OFFICER AS DEFENDANT IN THE ABOVE REFERENCED CASE.

TIME: __TBA__
DATE: __2/22/24__
LOCATION: __ICH__

**FAILURE TO REPORT WILL RESULT IN THE ISSUANCE OF A DISCIPLINARY REPORT FOR THE VIOLATION OF K.A.R. 44-12-501; A CLASS III OFENSE.**

INMATE SIGNATURE: _____
STAFF SIGNATURE: __CSI T. Van Dyke__
SERVED: __2/16/24__     __813__
              DATE              TIME

PLEASE RETURN ORIGINAL SUMMONS TO THE DISCIPLINARY ADMINISTRATOR'S OFFICE. GIVE THE INMATE THE COPY FOR HER RECORDS.