*e-filed Habeas Corpus*
*Appendix C*

# E-FILING COVER SHEET

From: Letecia Stauch

To:

U.S. District Court
District of Kansas

Case Name: N/A

Case Number: N/A

Date of E-filing: 1/18/24

Number of pages excluding this page: 26