*efiled 1983 + Habeas*

*Appendix D*

# E-FILING COVER SHEET

From: Letecia Stauch

To:

U.S. District Court
District of Kansas

Case Name:

Case Number:

Date of E-filing: 1/23/24

Number of pages excluding this page: 26