*Attempted e-file again*

*Appendix E*

# E-FILING COVER SHEET

From: Letecia Stauch

To:

U.S. District Court
District of Kansas

Case Name:

Case Number:

Date of E-filing: 2-7-24

Number of pages excluding this page: 12