# KANSAS DEPARTMENT OF CORRECTIONS
# PREA RESIDENT RETALIATION MONITORING WORKSHEET
## CASE INFORMATION

| Date Allegation Received: 12/2/2023  *incorrect date* | EAI Case Number: TCF-PR-23-41 | Investigation Outcome: <br> ☐ Substantiated <br> ☐ Unsubstantiated <br> ☐ Unfounded (Monitoring Stops) |
|---|---|---|
| Date Case Opened: 12/4/2023 | Monitoring Expiration Date: 3/2/2024 | YWCA-CSE Referral Date: 12/4/2023 |
| Completed by: Valerie Watts | Title: PREA Compliance Manager | Date Monitoring Initiated: 12/4/2023 |
| Resident Name: Stauch, Letecia |  | Resident Number: 129417 |

Monitoring for:
☒ Reporter of Sexual Abuse/Harassment
☒ Alleged Victim/Victim
☐ Fear of Retaliation Expressed for Cooperating with PREA Investigation

## MONITORING – Initial (Within 5 days of report)

Date: 12/4/2023

Action(s) Taken:
☒ Reviewed Disciplinary Reports    ☒ Reviewed Chronos    ☐ Reviewed EAI Case Log for New Cases
☒ Reviewed MH Level Changes    ☒ Reviewed Program Changes    ☐ Reviewed Grievances Filed
☒ Reviewed Movement    ☐ Reviewed Staff/Offender Relations Checklist    ☒ Job Placement
☐ Referral for Advocacy Completed

Comments:
Resident has not received any disciplinary reports, resident's mental health level has remained the same since arriving at TCF, resident has been housed in ICH Pod1 room 139 since 10/30/23, Last Chronos note made by CCII Butler stating resident attended after admission check-in, resident is not in any programing at this time, resident has been an ICH porter since 11/21/23.

| PCM Signature: <br> *Valerie Watts* | Date: <br> 12/4/2023 |
|---|---|
| Resident Signature & Number: <br><br> Click or tap here to enter text. | Date: <br><br> Click or tap to enter a date. |

**KANSAS DEPARTMENT OF CORRECTIONS**
**PREA RESIDENT RETALIATION MONITORING WORKSHEET**
**CASE INFORMATION**

| Date Allegation Received: 12/2/2023 *wrong date* | EAI Case Number: TCF-PR-23-41 | Investigation Outcome:<br>☐ Substantiated<br>☒ Unsubstantiated<br>☐ Unfounded (Monitoring Stops) |
|---|---|---|
| Date Case Opened: 12/4/23 | Monitoring Expiration Date: 1/8/2024 | YWCA-CSE Referral Date: 12/4/2023 |
| Completed by: Valerie Watts | Title: PREA Compliance Manager | Date Monitoring Initiated: 12/4/2023 |
| Resident Name: Stauch, Letecia | | Resident Number: 129417 |
| Monitoring for:<br>☒ Reporter of Sexual Abuse/Harassment<br>☒ Alleged Victim/Victim<br>☐ Fear of Retaliation Expressed for Cooperating with PREA Investigation → *she refused to check this* | | |

**MONITORING – 30Day**

| Date: 1/8/2024 |
|---|
| Action(s) Taken:<br>☒ Reviewed Disciplinary Reports    ☒ Reviewed Chronos    ☐ Reviewed EAI Case Log<br>☒ Reviewed MH Level Changes    ☒ Reviewed Program Changes    ☐ Reviewed Grievances Filed<br>☒ Reviewed Movement    ☐ Reviewed Staff/Offender Relations Checklist    ☒ Job Placement<br>☒ Referral for Advocacy Completed |
| Comments:<br>Resident has not received any disciplinary reports, residents mental health level has remained the same since 8/14/23, resident has been housed in ICH pod1 room 139 since 10/30/23, referral for advocacy submitted on 12/4/23, No new chronos since 9/8/23, resident is not participating in any programing at this time, resident has been on lay in status since 12/14/23. |

| PCM Signature:<br><br>*Valerie Watts* | Date:<br><br>1/8/2024 |
|---|---|
| Resident Signature & Number:<br><br>Click or tap here to enter text. | Date:<br><br>Click or tap to enter a date. |