Appendix G

# Grievance-Response on Appeal

**FACILITY:** Topeka Correctional Facility

**INMATE:** 0129417 Stauch, Letecia

**GRIEVANCE NO.:** 20240029

**DATE:** January 26, 2024

## FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

## CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate. All residents are required to go through the process of classification and earning levels. You are not illegally detained; you were found guilty of your charges and sentenced accordingly. If you feel you have an issue for appeal, you need to go through the courts to seek remedy. We house you by compact at the request of the State of Colorado. If you would no longer like to be on compact, that is their decision to make, and you will need to contact them.

## ACTION TAKEN

None further.

_____
**Darcie Holthaus**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc:  Warden Hook
     Grievance File-w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.