# APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: Letecia Stauch          Facility: JCF

Inmate Number: 129417          Grievance Serial No.# 20240029

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO: Secretary of Corrections          Date Mailed: 1/12/2024
Landon State Office Building
900 Jackson, 4th Floor
Topeka, Kansas 66612

---

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.)

Please see attached sheet - KSA-3001, 3002, + 3003 are violated under KSA 60-1501. KSA 76-3003 says the Secretary of Corrections is directed to carry out the compact.

Remedey Request: Revocation of the Interstate Compact to prevent filing a Habeas Corpus for illegal detention

Signature of Inmate: Letecia Stauch

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned within 20 days)

If applicable – Confidential File No. _____

Date received in Office of Secretary of Corrections: _____

Date of Finale Answer: _____     Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

RECEIVED
JAN 25 2024
DOC Facility Management Area

Signature Secretary of Corrections

---

**For D.O.C. Staff Use Only**

Type of Response ( Item 6b: Code Ø1, Ø2, Ø8 or Ø9) __ __

DC Ø9 Ø, Effective May 1, 1988

KSA 76-3001 - Interstate Corrections Compact

### Article IV

KSA 76-3002 - All inmates who may be confined in

(e) an institution pursuant to the provisions of the compact shall be treated reasonable and in a humane matter and shall be cared for and treated EQUALLY with such similar inmates of the receiving state.

- Inmates may be confined pursuant to the laws of the sending state and not be denied civil liberties under KSA 60-1501
- Inmates confined in an institution pursuant to the terms

(c) of this compact shall at all times be subject to the jurisdiction of the sending state

* Please also read Section IV A, B, D, & F

KSA 76-3003 — This statue states - "The Secretary of Corrections is hereby authorized and directed to do all things necessary or incidental to the carrying out of the compact in every particular power."

Note: I did go through Unit Team and gave them several copies of Form 9's. The facility does not have numbers on paper Form 9's so I labeled them #1210, 1211, 1212, 1219, 1222, #1226, #1227, #1234 #1232 (Paper copies). Here are the electronic numbers of going through UT. #405025361, #405058681, #411898381, #40539789, #407581871, #410935791, #411181531, #408802764, #409500561, #405492871

TURN →

Continued electronic...

These statues 76-3001, 3002, 3003 demonstrate that the ICC needs revocation under the Kansas Statues/Constitution and under IMPP 11-104 A-D + 14-105A
- No longer safe in KDOC
- The Facility has deemed me a security threat

Extra:
The following shows more examples of Civil Liberties Violations

Grievance #'s 38179433, 358380041, 358227081
[these were not opened for months - negligence]
- others are still open past time frame

# 025682 → staff <u>did</u> injury my right ring finger and are trying to cover it up → Officer should of made report. [#405492871]

* I was sexually harassed/assaulted by a staff member and TCF is in violation of 10-103 D.
A) Improper handling of PREA in Aug. 2023
B) Violation of handling PREA + Medical [#404168661]
C) Retaliation for filing PREA [#405058681, 404559411, #404556571, 403810041, 403811751, #405391371, → also to include several paper form 9's
D) Valorie Watts (Prea Coordinator) Failure to perform job duties. #403810041, 403811751, 403842081, 404556571

Continued → Civil Liberties → Under KSA 60-1501

Personal Safety - #411181831

Religion - Violation of IMPP 10-119D
#405050721, 403040961
+ several paper Form 9's

Law Library - Civil Liberty denial of access to the court in sending State. [#405391371]

Equal Protection - Not similarly situated