# Topeka Correctional Facility
## Warden's Response to Offender Grievance

*Appendix I*

DATE: December 15, 2023

TO: Stauch, Letecia 129417--ICH

RE: Response to Your Grievance Received: 12/13/23
Grievance#20240029

**Finding of Fact:** Your grievance has been received and reviewed. You have stated that the facility is currently in violation of KSA 76-3001, 76-3002 and 76-3003. You also state that in your grievance that your interstate compact case is not a matter of classification but rather a matter of due process.

**Conclusions:**
The Grievance Coordinator replied that you did not follow the grievance procedure according to KAR 44-15-102 because you did not seek out Informal Resolution with your Unit Team. You claim in your grievance appeal answer that you have saw informal resolution, but you did not attach the evidence letting us know of your attempts or let us know the form9 electronic numbers so there could be verification of such attempts. The grievance procedure requires that you keep your evidence together so it can be reviewed in its entirety.

Interstate compact cases require you to follow the classification requirements of the State of Kansas; Kansas Department of Corrections which means that you cannot grieve your classification placement at the facility. KAR 44-15-101 (a) (d) (2) states, the grievance procedure shall not be used in any way as a substitute for, or as a part of, the inmate disciplinary procedure, <u>the classification decision-making process</u>, or the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure.

**Action Taken:**

No further action is necessary at this time.

*[signature]*

David McCabe
Interim Warden

*[handwritten note with arrow pointing to "the classification decision-making process"]: This <u>is not</u> a classification issue and it is under equal protection as the statues are being violated. This response is moot — lack of knowledge.*

*[handwritten at bottom]: Grievance # 20240029*
*# 4118983 81 (Form 9)*



*Appendix I*

KANSAS DEPARTMENT OF CORRECTIONS
INTERDEPARTMENTAL MEMORANDUM

*A Safer Kansas Through Effective Correctional Services*

DATE:       November 16, 2023

TO:         Stauch, Letecia 129417

FROM:       Jacob Phelps, Grievance Coordinator

SUBJECT:    Grievance: 24-057 Re: Staff complaint

The grievance was received and reviewed.

**Your grievance is being returned to you for failure to follow the grievance procedure as outlined in KAR 44-15-102.**

**You must first seek out "Informal Resolution" with your Unit Team Manager, UTM. A written form-9 response must be attached to any submitted grievance.**

44-15-102. Procedure
   (a)  Grievance step one: preliminary requirement; informal resolution and problem solving at unit team level.
      (1)  Each inmate shall first seek information, advice, or help on any matter from the inmate's unit team, or from a member of the team. If unable to solve the problem, the unit team shall refer the inmate to the proper office or department.

The grievance procedure requires you to **attach documentation** of attempts at informal resolution prior to filling a formal grievance (i.e. Form -9s, or other correspondence and response from staff member.) There is no documentation from any staff attached to the form, letting us know you have attempted to resolve this issue.

Please work with your Unit Team in an attempt to resolve this issue. If those attempts fail, you may resubmit your grievance with supporting documentation of your attempt at informal resolution.

_____
Jacob Phelps
Grievance Coordinator

→ I did attach originally — I gave this to Ms. Butler on rectime.

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name: Letecia Stauch         Number: 129417

Facility: TCF     Housing Unit: 1B     Work Detail: _____

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

The facility is violation KSA 76-3001, KSA 76-3002, KSSA 3003 and to include the 14th Amendment Due process. I am being denied civil liberties in Kansas DOC.

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _____

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

Please see attachment.

NOV 1 3 2023 RECEIVED

Unit Team Signature / Date: 11/16/23

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

___ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

✓ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office (Check here and return to Unit Team within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

DEC 13 2023 RECEIVED WARDEN'S OFFICE

Inmate Signature / Date: 12/10/2023

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received _____ Date of Final Answer _____ Date Returned to Inmate _____

Inmate's Signature / Date     Unit Team Signature / Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

**TO BE COMPLETED BY STAFF ONLY**

Grievance Serial Number: 20240029  24-057

Type of Complaint (Item 4: Code 01-75): 54

Cause of Complaint (Item 5: Code 01-30): 7

Type of Response (Item 6a: Code 01,02,08 or 09): _____