# 140120   CArbonCopy       Appendix J

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: Loteau Stoul          Facility: TCF

Inmate Number: 124417          Grievance Serial No.: Not grievable but need to exhaust remedies

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:   Kansas Department of Corrections          Date Mailed: _____
           714 SW Jackson
           Suite 300                                 # 41118183)    # 40950056/
           Topeka, KS 66603                          # 40758187/
                                                    # 41118183)

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.)

Similarly situated under Due Process
14th A typical situation
— told not grievable

Signature of Inmate: [signature]

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____          Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

Signature of Secretary of Corrections

**For D.O.C. Staff Use Only**

Type of Response (Item 6b: Code   01, 02, 08 or 09) _____

DC 090, Effective May 1, 1988