#14014                                                    Appendix K

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: _Letecia Stauch_                 Facility: _TCF_

Inmate Number: _129417_      Grievance Serial No.: _Several see attached_

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:   Kansas Department of Corrections       Date Mailed: _2/5/2024_
           714 SW Jackson
           Suite 300          #38179433)      #35822708/
           Topeka, KS 66603    #358380041      #40802481/

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.)

_Violation of Federal Laws 28 C.F.R. Part 115 PREA Standards and KDOC's own IMPPs (8th Amendment violations) for PREA & Retaliation._

_____ Signature of Inmate

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____   Date Sent to Inmate: _____

Finding of Fact:                                    Vaults
                                                    #40386390/
                                                    #40381004/
                Electronic                          #40381175/
Conclusions Made:   Form 9's                        #40384208/
                                                    #40455657/
                                                    #41093579/
Action Taken:                                       #40539137/

_____ Signature of Secretary of Corrections

---

### For D.O.C. Staff Use Only

Type of Response (Item 6b: Code    01, 02, 08 or 09) _____

DC 090, Effective May 1, 1988