## TOPEKA CORRECTIONAL FACILITY
### Application for Legal Assistance



Appendix N

I request an interview with a staff member of Legal Services for Prisoner's Inc. for the purpose of discussing a legal problem. I understand that the person who conducts the initial interview with me may be a law student not licensed to practice law but will be closely supervised by a duly licensed member of the Kansas Bar.

Date: _____                Living Unit Assignment: _____

_____                        _____
Resident Signature                             Resident Name Printed & KDOC #

Is this your first request for assistance from our organization?    ____Yes    ____No

Please give us a short description of your problem:

*Out of State resident*

Mail to:
Legal Services for Prisoners
2029 SW Western
Topeka, KS 66604