Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

Appendix O

Response to Chavez

Last Name Only

# KANSAS DEPARTMENT OF CORRECTIONS

129417
Number

## INMATE REQUEST TO STAFF MEMBER

To: _____   Date: 12/18/2023
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

Response to #1214 - Case law shows we are to be similar situated. We are not. This is a violation of federal law of a prison library. The facility is lying to Central Library to show there is one when we are not similar situated causing a Constitutional Injury. We CANNOT tell someone what we need or want if we do not know. This is a method to cover up the issue of discrimination among some females.

Work Assignment: _____  Living Unit Assignment: Tell KB
Comment: _____  Detail or C.H. Officer: _____

Disposition:
_____
_____
_____

To: _____   Date: _____
(Name & Number)

Disposition: Attached is a resource for legal assistance → I am pro se this source does not provide help for out of state or appeals. I need access to courts

HC
Employee's Signature
#1231

P-0009

To be returned to inmate.

Topeka, KS 66604