Appendix P

RECEIVED



# Kansas
Department of Corrections

## INTERNAL MANAGEMENT POLICY & PROCEDURE

**Applicability:** X ADULT Operations Only   _ JUVENILE Operations Only   _ DEPARTMENT-WIDE

**IMPP #:** 11-104A                                                               **PAGE #:** 1 of 7

**DECISION MAKING: Interstate Corrections Compact – Facility Transfer**

**Original Date Issued:** 02-07-23   **Replaces IMPP Issued:** N/A   **CURRENT EFFECTIVE DATE:** 02-07-23

**Approved By:** _[signature]_, Secretary         **Next Scheduled Review:** 09/2025

---

### POLICY

The Department of Corrections may enter into a contract on behalf of the State of Kansas with any other state which has legislation adopting the Interstate Corrections Compact. Such contracts shall be for the purpose of confining residents under the custody of the Secretary in another state or for the purposes of receiving residents from outside the state for incarceration in a Kansas Department of Corrections facility.

Wardens may recommend, and residents may request, Interstate Corrections Compact transfers to provide for greater safety of a resident, to enhance security within a facility and/or for other reasons deemed by the warden to be compelling and in keeping with the Department's Mission and goals. The primary factors to be considered shall be the other state's participation in the Interstate Corrections Compact Agreement and the exchange balance between the other state and Kansas. To ensure that the ability to transfer residents to other states is available to the Department when the need dictates such transfers shall generally be based upon population management considerations.

All interstate transfers of resident supervision to and from out-of-state jurisdictions shall be handled in accordance with interstate compacts and other interstate agreements.

### DEFINITIONS

**Admission Data Summary:** A document generated by the KDOC management information system that contains a summary of resident information maintained on that system, including commitment, sentence and conviction data, identifying marks, detainer and escape information, and family history on a particular resident.

**Corrections Compact Administrator:** An employee of the KDOC, supervised by the Deputy Secretary of Facilities Management who is, by position description, designated as the person responsible for the administration of the Interstate Corrections Compact.

**Corrections Compact Coordinator:** The staff person designated by the facility warden to develop and maintain all documents at the facility level and to serve as the liaison for all compact matters with the Corrections Compact Administrator.

**Interstate Compact Agreement:** An agreement under which the designated states serve as each other's agents in the housing, care, and control of incarcerated residents.

**Party States to Interstate Corrections Compact:** Those States which have appropriate legislation which permit resident transfers, and, which have negotiated contracts between other sending and receiving states

**Program Management Committee (PMC):** A facility panel, consisting of the warden or designee and an administrative/supervisory representative from the programs and the operations divisions of the facility, responsible to review and approve or deny exceptions to the established custody classification criteria, amendments to resident program agreements, furlough applications and transfer request/recommendations.



## PROCEDURES

RECEIVED

I. **Establishment of Contracts**

    A. All proposals for Interstate Corrections Compact Contracts shall be submitted, through the Secretary of Corrections, to the Party State(s) to Interstate Corrections Compact.

        1. Such proposals shall be initiated by the Deputy Secretary of Facilities Management and reviewed by the Chief Legal Counsel prior to submission.

        2. Negotiations regarding such proposals shall be the responsibility of the Chief Legal Counsel.

    B. Copies of each contract into which the Department has entered into shall be maintained by the Chief Legal Counsel.

    C. A list of Party States and the states under contract with Kansas is contained in Attachment A.

II. **Administration of the Interstate Corrections Compact**

    A. Responsibility for the administration of the Interstate Corrections Compact Program shall rest with the Deputy Secretary of Facilities Management who shall, by position description, designate an administrator.

    B. A contract with a particular state may modify some terms and time frames provided by this policy.

        1. In such cases, the terms of the contract shall control.

        2. Contracts with specific states shall be reviewed by the Deputy Secretary of Facilities Management and legal division to ensure compliance with the compact.

    C. All communication between Kansas and another receiving state shall be through the Interstate Corrections Compact Administrator unless:

        1. There is an emergency situation and the Compact Administrator is unavailable, or

        2. The Compact Administrator has directed facility staff to conduct a particular transaction.

    D. Approval of exchanges and referrals to other states shall be coordinated, to the extent possible, to maintain equity with other states participating in the compact with regard to reasons for placement and exchange ratios.

III. **Submission of Requests for Interstate Corrections Compact Placement**

    A. Resident requests for transfer shall be initiated through the resident's unit team.

        1. If the established criteria are met, the unit team shall submit a recommendation to the facility's Program Management Committee (PMC).

        2. If this criteria is not met, the resident's request shall be disapproved and returned to the resident, with an explanation for the disapproval.

            a. Requests for resident transfers to other states to facilitate family visitation shall not be considered.

    B. Resident requests for transfer which are approved by the unit team and facility-initiated requests shall be reviewed by the PMC.

        1. If the request is disapproved, the resident and the unit team shall be notified, by copy of the PMC Review.

2. If the request is approved, the request shall be forwarded to the Corrections Compact Administrator for processing.

C. Cases forwarded to the Corrections Compact Administrator shall include the following material:

1. "Transfer Request Cover Sheet" (Attachment B) signed by the warden;

2. Copies of journal entries and other commitment documents for each active sentence;

3. FBI criminal history abstract;

4. Most recent evaluation report prepared by TCF-RDU/EDCF-RDU;

5. All progress reports completed within the past two (2) years;

6. Computer generated Admission Summary; and, 

7. Current Health Summary.

D. The Corrections Compact Administrator shall review all transfer requests and submit a recommendation to the Deputy Secretary of Facilities Management for a decision.

1. Upon receipt of a transfer request from a facility, the Corrections Compact Administrator shall prepare a Review of Interstate Compact Request form (Attachment D).

2. The request shall be reviewed by the Corrections Compact Administrator, who shall approve or disapprove the request with appropriate comments.

3. The request shall then be reviewed by the Deputy Secretary of Facilities Management for final approval or disapproval.

4. The Corrections Compact Administrator shall inform the facility of the final decision within 10 working days of the receipt of that decision.

5. If approved, case material shall be forwarded to the proposed receiving state's Corrections' Compact Administrator.

6. If disapproved, the case material shall be returned to the sending facility along with an explanation for the disapproval.

   a. The warden or designee shall notify the resident of any disapprovals.

E. Final approval of all Interstate Corrections Compact transfers shall rest with the receiving state.

F. In an emergency situation, the Deputy Secretary of Facilities Management or designee may negotiate an exchange with another state through the receiving state's Corrections Compact Administrator.

1. The receiving state's Corrections Compact Administrator shall be contacted by telephone to negotiate the exchange.

2. If the exchange was made without the submission of case material, the materials shall accompany the resident when the transfer occurs.

G. No resident shall be involuntarily transferred to any state in which the resident has a pending indictment.

IV. **Review of Transfer Requests from Other States**

RECEIVED

A. Upon receipt of a transfer request from a sending state, the Corrections Compact Administrator shall prepare a Review of Interstate Corrections Compact Request form (Attachment D).

B. The request shall be reviewed by the Corrections Compact Administrator who shall approve or disapprove the request with appropriate comments.

C. The request shall then be reviewed by the Deputy Secretary of Facilities Management for final approval or disapproval.

D. The Corrections Compact Administrator shall inform the sending state of the final decision within 10 working days of the receipt of that decision.

E. All Interstate Corrections Compact cases shall be admitted to the Department of Corrections through the Reception and Diagnostic Unit of either the El Dorado or the Topeka Correctional Facility.

   1. Following review by staff at either EDCF-RDU or TCF-RDU, the resident shall be assigned to a facility for housing.

   2. The Corrections Compact Administrator shall inform the sending state of the facility at which the resident is housed.

## V. Removal of Resident from Compact Status

A. All requests for removal of a Kansas resident from a receiving state shall be forwarded to the Corrections Compact Administrator.

   1. If the request is from an administrative authority of the receiving state, the Compact Administrator shall direct the KDOC Transportation Unit to return the resident to an appropriate facility within 30 days.

   2. If the request is from the resident, the request shall be forwarded to the sending Kansas facility.

      a. The PMC at the sending facility shall consider the request and forward a recommendation to the Corrections Compact Administrator.

      b. Upon receipt of a recommendation from the PMC, the Corrections Compact Administrator shall prepare a Review of Interstate Corrections Compact Request form (Attachment D).

         (1) The request shall be reviewed by the Corrections Compact Administrator who shall recommend a course of action to the Deputy Secretary of Facilities Management.

         (2) The decision of the Deputy Secretary of Facilities Management shall be final.

      c. If approval for transfer back to Kansas is granted, the Corrections Compact Administrator shall arrange for transportation through the KDOC Transportation coordinator.

B. Compact residents from other states may be removed from the Kansas Department of Corrections under the following circumstances:

   1. If the resident can no longer safely be housed in the KDOC;

   2. If the resident's presence in KDOC presents a threat to the operation of a correctional facility; or,

   3. Other compelling reasons which are clearly documented.

1. Copies of all reviews shall be forwarded by the facility Compact Coordinator to the Compact Administrator.

2. The Compact Administrator shall forward these reports to the sending state.

## VII. Compact Caseload Parole Hearings

A. Kansas compact residents shall not be returned to Kansas for parole hearings.

1. Residents serving their Kansas sentence in another state shall be docketed for an inabsentia hearing at the sending facility during the month prior to the resident's parole eligibility.

2. Three (3) months prior to the parole hearing, the Compact Administrator shall request from the receiving state a progress report which includes a parole plan.

3. Upon receipt of the progress report, it shall be forwarded to the sending facility.

4. The sending facility shall prepare a parole eligibility report based on the progress report.

5. The parole eligibility report shall then be processed the same as all other cases housed in-state.

B. The Compact Administrator shall request a courtesy hearing of each Kansas compact resident before the receiving state's parole board.

1. The request shall be made through the receiving state's Compact Coordinator.

2. The results shall be forwarded directly to the Prisoner Review Board (PRB).

C. Requests for courtesy hearings to be conducted by the PRB for compact residents shall be forwarded to the PRB.

1. Copies of requests for courtesy hearings of compact residents received at the KDOC shall be forwarded to the facility parole officer at the receiving facility.

2. Any results of hearings for compact residents received by the Department of Corrections shall be forwarded to the Compact Administrator in the receiving state.

## VIII. Release of Corrections Compact Residents

A. Kansas residents in other states may be released in the receiving state only if they have been accepted in that State for supervision under the provisions of the Interstate Corrections Compact.

B. If such a plan has been approved, the facility parole officer (IPO) at the sending facility shall forward the applicable certificate of post release supervision, gratuity check, and reporting instructions to the Compact Administrator.

1. The Compact Administrator shall forward the material to the receiving state with release instructions.

2. In cases where time does not permit the above, the Compact Administrator may direct a facility's Compact Coordinator to forward the packet directly to the receiving state.

C. In cases where arrangements for supervision in another state cannot be made, the resident shall be returned to Kansas for release.

1. If the resident is being returned to Kansas upon release and requires medical and/or mental health follow up, or specialized home planning, the KDOC High Risk Mental Health Case