# E-FILING COVER SHEET

**From:** Letecia Stauch

**To:**

U.S. District Court
District of Kansas

**Case Name:** Stauch v Zmuda

**Case Number:** 24-CV-3027-JWL

**Date of E-filing:** 5/7/24

**Number of pages excluding this page:** 16