# Appendix 1

pages: 8

Violation of Due process hearing exhibits

- Examples include the Cover-up by Defendants, the inaccurate information by Defendants, and Refusal to watch Camera footage to cover up; the impartial decision maker was not allowed to handle the DP Hearing as mentioned in the Amended Complaint

# Grievance #412828461

| | |
|---|---|
| **Profile Photo:** Profile Photo | **Resident Info** |
| **Audit Photo:** Audit Photo | **Name:** Letecia Stauch (1983-08-04) |
| | **Booking Number:** 129417 |
| | **Submitted Date:** 01/15/24 09:32 |
| | **Submitted from Location/Room:** 03,0I1139/0I1 |
| | **Current Location/Room:** 03,0I1139/0I1 |
| | **Facility:** Topeka Correctional (KSDOC) - KS |
| | **MAC ID:** 48:7B:5E:01:08:FE |
| | **Device ID:** 487B5E0108FE |

**Form Info**

**Category:** Emergency Grievance
**Form:** Emergency Grievance

**Grievance Info**

**Grievance ID #:**
**Status:** OPEN
**Facility Deadline:** 01/25/24 23:59 (-20d)
**Grievance Level:** 1
**Resident can reply:** No
**Disposition @ Level 1:** Undecided

**Details:**

Threatened

**Details:**

**Please provide the date of the incident or discovery of the concern:**
1/15/2023

**Please provide a detailed description of your grievance, including what or who is the subject of the complaint, related dates, and effect the situation, problem, or person is having on you to make the complaint necessary. An informal resolution attempt is required prior to filing a grievance. Explain what steps you have taken to resolve this concern.:**
On 1/15/2024 I was returning to ICH from J cell house Law Library. I left at 9am and made it passed A and D. I saw Mr. Roberts walking whom I recognized. Behind him approximately over three feet away, There was a female officer who I don't know or have never spoke to that turned to me and said "You need you get your head out your ass before I do it for you." I take this as a threat as I have never spoke to this person nor do I know who it is. She had either paperwork or a notebook in here hand. This happened around 9:03am and I returned to 1B at or around 9:05am.

**Action Requested for remedy::**
Stop the threats and retaliation in this facility

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/15/24 09:41 | Letecia Stauch | Viewed Staff Response | |
| 01/15/24 09:32 | Letecia Stauch | Submitted New | Threatened |

Form 9
For Cellhouse Transfer
W... Assignment _____
Interview Requests

# 412828461

**KANSAS DEPARTMENT OF CORRECTIONS**

Snook
Last Name Only

0129417
Number

**INMATE REQUEST TO STAFF MEMBER**

To: Holly Chavez → Warden
(Name and Title of Officer or Department)

Date: 2/24/24

State completely but briefly the problem on which you desire assistance. (Be specific.)

Please escalate this prior electronic Emergency grievance because I did follow policy that states we can skip certain individuals because telling them would not help. Why would I tell Watts when she has not did her job? Why would I tell Unit Team when they retaliated? This is an emergency grievance and it's past the deadline (Again). Please pull up camera video and audio for this. TCF blocked my ability to grieve this

Work Assignment: none          Living Unit Assignment: FEH-1B

Comment: _____       Detail or C.H. Officer: COI Snook

issue properly (Due Process Violation).

Disposition: _____

To: _____ (Name & Number)     Date: _____

Disposition: all response attached

Employee's Signature       # 1318

To be returned to inmate.

P-0009

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

ICH                    Shank
_____
                          Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST TO STAFF MEMBER**

To: FSA Chavez / Bill-Vina     Date: 2/19/2024

10947
Number

(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I let FSA know that the Hearing Officer threatened me in Jan 2024. I filed an emergency grievance in Jan. This is a conflict and by someone I was threatened by. This was done electronically in Jan. As mentioned before this. She has not responded. What else can I do? Thank you.

Work Assignment: NONE     Living Unit Assignment: ICH #B

Comment:     Detail or C.H. Officer: Corr S. Coble

Remedy: Redo the process or it's Deliberate Indifference

Disposition:

RECEIVED
FEB 22 2024
Office of the FSA

To: _____     Date: _____
      (Name & Number)

Disposition: This was not seen in my form 9's until after the hearing. → Lied & avoided the issue — she had direct knowledge  #13/6

_____
Employee's Signature

To be returned to inmate.

P-0009

Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

Emergency grievance was filed in Jan. 2024

CH Stauch
Last Name Only

Ex W

**KANSAS DEPARTMENT OF CORRECTIONS**

129417
Number

**INMATE REQUEST TO STAFF MEMBER**

To: Holly Chavez
(Name and Title of Officer or Department)

Date: 2/16/2024

electronically filed in Jan 2024

State completely but briefly the problem on which you desire assistance. (Be specific.)

I filed an emergency grievance on the hearing officer (whom I did not know at the time) but found out after I sent it. She threatened me. I wrote the date and time and location on the emergency grievance. As you know, I cannot pull up the grievance because it is locked (due process violation) keeping me from responding or escalating the grievance to the Warden. I have a case no 2024-02-0178 against me and this is a conflict to talk to this officer.

Work Assignment: none                           Living Unit Assignment: ICH-1B

Comment:                                        Detail or C.H. Officer:

Additional note: Retaliation for filing Habeas on EAI + Civil Suit involving them and facility filed

Disposition: * Called me during Law Library time — blocking access to courts.

**RECEIVED**

FEB 21 2024

Office of the FSA

To:
     (Name & Number)                            Date:

Disposition: The hearing officer stated you had ~~come~~ stated this to her in the discussion about the DR, the hearing officer had Capt Scharf present to hear her state that she did not know what you were referring to. Your emergency grievance was responded to, you should have received from your UTM.

Employee's Signature

#1314

He did not address this. She held the hearing.

P-0009                                          To be returned to inmate.

...




*Received 2/22/24*
*Appendix (I)*

**KANSAS DEPARTMENT OF CORRECTIONS**
**INTERDEPARTMENTAL MEMORANDUM**
*A Safer Kansas Through Effective Correctional Services*

DATE:       February 20, 2024        *Received 2/22/24*

TO:         Stauch, Letecia #129417--ICH

FROM:       Chavez, Holly—Facility Services Administrator

SUBJECT:    Grievance: # 412828461

I have received and reviewed your grievance. You stated that you were returning from A&D and a threatening statement was made by staff where you claim they stated, "You need to get your head out your ass before I do it for you." You state that this occurred around 9:03am on 1/15/24 as you were returning from the JCH Law Library.

You filed this as an emergency grievance and at the time this was filed it did not appear that you brought this issue to the attention of any other officers, your counselor, or Unit Team Manager. You also did not mention this at your PREA retaliation meeting with PREA Coordinator, Ms. Watts. *[I did mention it to Watts. I told her the DR (wearing) was illegal. Another attempt to cover this up.]*

After speaking to staff, it was not able to be confirmed that this occurred, however, all staff are aware that the Warden at TCF wants all residents to be treated with dignity and respect. If this were to be brought to the attention of a staff member in person versus on GTL, we would have been able to address this right away.

*Notes: Did not watch camera footage.*

Holly Chavez
Facility Services Administrator



KANSAS DEPARTMENT OF CORRECTIONS
INTERDEPARTMENTAL MEMORANDUM
*A Safer Kansas Through Effective Correctional Services*

DATE:        March 20, 2024

TO:          Stauch, Letecia 129417--ICH

FROM:        Hook, Dona—TCF Warden

SUBJECT: Deliberate Indifference by Staff    Grievance: # 24-117

I have received and reviewed your grievance. You stated that FSA Chavez breeched her duty because you made her aware that hearing officer Van Dyke threatened you in January prior to your DR case. You also state that you filed an emergency grievance via GTL in January, and you claim that staff knew about it then. You stated that FSA Chavez wrote that she was not aware until after the hearing was in process. You claim that FSA Chavez ignored your safety and allowed the DR hearing to take place.

**Response:**
You reported hearing officer VanDyke was the staff member that threatened you in January, however, the day you stated it occurred, Officer VanDyke was not present at the facility, it is her assigned day off.

After reviewing GTL messages, it showed that you did file an Emergency Grievance in January, however, the notifications for Emergency Grievances were not getting to the Grievance Coordinator, due to a system update where notifications were interrupted and those who were to be answering the grievances, were not made aware. The Emergency Grievance you filed was found after your electronic access was shut down, because of your DR sanction for inappropriate use of the electronic communication system. When your account was shut down, the emergency grievance was found and answered.

You filed a grievance on the emergency grievance issue which was addressed on 3/8, please see below:
On 3/8 you filed a grievance downtown via GTL (GTL 381794331) regarding the emergency grievances not being answered and Secretary of Corrections Designee, Darcie Holthaus responded by stating that "The response rendered to the inmate by staff at the facility is appropriate. The issue with the electronic system was remedied as soon as the issue was known."

When you state the threat occurred, you also did not notify security staff or any Unit Team staff for assistance, so there was no one aware that this had occurred. When the emergency grievance was reviewed and answered, you did not note the staff members name, therefore no action could be taken. *You have Camera's—I gave you date and time,*

The paper form9's notifying FSA Chavez of the issue were stamped 2/21 (Wednesday) and 2/22 (Thursday) and FSA Chavez was out of the office, part of the day on 2/23 (Friday) and the hearing took place on the following Monday 2/26. With that timing, the form9's did not get viewed and/or responded to, during that time.

In conclusion, FSA Chavez did not abuse discretion or power during the grievance process. You filed a DR appeal, and we will not continue to answer grievances regarding the disciplinary process. You have been continuously reminded that you must go through the disciplinary appeal process for any DR complaints per KAR 44-15-101 and not the grievance procedure.

_____
Dona Hook
TCF Warden

**Topeka Correctional Facility**
**Warden's Response to Offender Grievance**

*[Handwritten note at top: "This was not 3/8 → Delivered today 5/7/2024 by Mr. Miller in his office around 9:30 am."]*

DATE:   March 8, 2024

TO:   Stauch, Letecia 129417

RE:   Response to Your Grievance Received: 3/4/24
Emergency Grievance--escalated.

Finding of Fact:
Your escalated emergency grievance was received and reviewed. You stated that you were returning from A&D and a threatening statement was made to you by a staff member where you claim they stated, "You need to get your head out your ass before I do it for you." You stated that it occurred on 1/15/24 around 9:03am as you were returning from JCH Law Library.

Conclusions:
The electronic communication system was updated and during this update, the staff notifications for Emergency Grievances were interrupted and resulted in several emergency grievances not being opened. Your grievance was found once your electronic communication was stopped, because of the sanction you received for inappropriate use of the electronic communication system. All your open/active grievances were printed and responded to at that time. Upon investigation of this issue, it was determined that in the emergency grievance you did not name the staff and it was only after the DR process did you name the staff member. After checking with supervisors. The staff you claimed to have threated you was not scheduled to work on 1/15/24, the day you claimed the incident occurred. *[Handwritten: Inaccurate — I told FSA CHAVEZ]* After asking Unit Team staff and security in ICH, it appears you did not bring this to the immediate attention of anyone on 1/15/24. There is no record that you mentioned or discussed this issue when you had retaliation monitoring meetings with PREA Coordinator, Ms. Watts either.

Action Taken:
Had this been brought to the attention of staff verbally or in your PREA meetings, this could have been investigated sooner and the response could have been more immediate. My expectation is that staff and residents treat each other respectfully and we will continue to foster a respectful culture at TCF. For reasons mentioned above, this issue has been found to be unsubstantiated.

_____
Dona Hook
TCF Warden

*[Handwritten: Received 5/7/2024, signature]*

Appendix #1

INMATE REQUEST TO STAFF MEMBER

To: _____  Date: _____
(Name and Title of Officer or Department)

Copy made
To be retained by inmate

_____
Unit Team, Detail, or Cellhouse Officer's Signature

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Response to #

Stauch
Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS

129417
Number

INMATE REQUEST TO STAFF MEMBER

To: Warden  Date: 5/7/2024
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

This is inaccurate information. Van Dyke did work on the day in question. Please review the camera footage like I asked for when I sent the grievance in. I gave you location and time. You did not review the camera footage or you would have saw her leave ICH walk through the gate at J. I was leaving J walking to ICH. She was training or helping Cpt. Roberts. She threatened me. It is not my fault that the facility blames the computers. You said the same thing when I was sexually assaulted in October... blamed the system. I followed appropriate methods and followed policy for reporting. I would like an investigation + to review cameras.

Work Assignment: _____  Living Unit Assignment: ICH-UB
Comment: Education Tutor + Porter   Detail or C.H. Officer: _____

Disposition: This is a cover-up. You failed to mention reviewing any camera's leaving and entering ICH or the yard to J. It was Van Dyke. You are covering up that this happened violating my due process for that hearing. Who was it with Captain Roberts leaving ICH that day? That's because it WAS VAN DYKE.

To: _____  Date: _____
(Name & Number)

Disposition: _____

_____
Employee's Signature

To be returned to inmate.

P-0009