Appendix. 2

Pages: 8

LAY Person / Witness Statements

IN THE UNITED STATES DISTRICT COURT OF KANSAS


V.                                              CASE NO.   24-CV-

JEFF ZMUDA, et al. - defendants                            3027-JWL


DECLARATION OF

PRINT NAME   Dora Liles                         DOC# 122198


I HAVE BEEN AT TOPEKA CORRECTIONAL FACILITY SINCE June 2019
AND HAVE BEEN HOUSED IN I/J COMPOUND FOR, I-CELL  5 years            .
I CAN ATTEST/VERIFY THAT THERE ARE NO WINDOWS THAT CAN BE SEEN OUT
OF, FROM LOWER LEVEL; TOXIC MOLD IS PRESENT IN ROOMS, SHOWERS AND
LIVING AREAS; MOLD IN THE DINING HALL AND IN THE KITCHEN (WITH MOLD
SMELLS THROUGHOUT THE BUILDINGS); NO VENTILATION TO FILTER THE MOLD,
EXPOSURE TO SEWER GAS, EXPOSURE TO NEIGHBORING CELLS FECES FROM
SEWAGE BACKUPS. I HAVE EXPERIENCED NEGATIVE EFFECTS IN THE FORMS:
(CIRCLE ALL THAT APPLIES) HEADACHES, COUGH, SNEEZING, FATIGUE,
SHORTNESS OF BREATH, DIZZINESS, OTHER  allergies            ,
ON A REGULAR BASIS.
I DECLARE UNDER PENALTY OF PERJURY ALL STATEMENTS ARE TRUE TO THE
BEST OF MY KNOWLEDGE.  Dora Liles  5/3/24
                        Signature              Date

IN THE UNITED STATES DISTRICT COURT OF KANSAS

V.                                    CASE NO.    24-CV-

JEFF ZMUDA, et al. - defendants              3027-JWL

DECLARATION OF

PRINT NAME Jennifer Lockett          DOC# 122203

I HAVE BEEN AT TOPEKA CORRECTIONAL FACILITY SINCE March 2023
AND HAVE BEEN HOUSED IN I/J COMPOUND FOR, I-CELL I. Cell.
I CAN ATTEST / VERIFY THAT THERE ARE NO WINDOWS THAT CAN BE SEEN OUT
OF, FROM LOWER LEVEL; TOXIC MOLD IS PRESENT IN ROOMS, SHOWERS AND
LIVING AREAS; MOLD IN THE DINING HALL AND IN THE KITCHEN (WITH MOLD
SMELLS THROUGHOUT THE BUILDINGS); NO VENTILATION TO FILTER THE MOLD,
EXPOSURE TO SEWER GAS, EXPOSURE TO NEIGHBORING CELLS FECES FROM
SEWAGE BACKUPS. I HAVE EXPERIENCED NEGATIVE EFFECTS IN THE FORMS:
(CIRCLE ALL THAT APPLIES) HEADACHES, COUGH, SNEEZING, FATIGUE,
SHORTNESS OF BREATH, DIZZINESS, OTHER Nausea,
ON A REGULAR BASIS.
I DECLARE UNDER PENALTY OF PERJURY ALL STATEMENTS ARE TRUE TO THE
BEST OF MY KNOWLEDGE. Jennifer Lockett 5/3/24
                      SIGNATURE                DATE

IN THE UNITED STATES DISTRICT COURT OF KANSAS

V.

JEFF ZMUDA, et al. - defendants

CASE NO.   24-CV-
3027-JWL

DECLARATION OF

PRINT NAME  Kimberley S. Younger          DOC# 126377

I HAVE BEEN AT TOPEKA CORRECTIONAL FACILITY SINCE December 18, 2021
AND HAVE BEEN HOUSED IN I/J COMPOUND FOR, I-CELL  2 years, 4 months.
I CAN ATTEST/VERIFY THAT THERE ARE NO WINDOWS THAT CAN BE SEEN OUT
OF, FROM LOWER LEVEL; TOXIC MOLD IS PRESENT IN ROOMS, SHOWERS AND
LIVING AREAS; MOLD IN THE DINING HALL AND IN THE KITCHEN (WITH MOLD
SMELLS THROUGHOUT THE BUILDINGS); NO VENTILATION TO FILTER THE MOLD,
EXPOSURE TO SEWER GAS, EXPOSURE TO NEIGHBORING CELLS FECES FROM
SEWAGE BACKUPS. I HAVE EXPERENCED NEGATIVE EFFECTS IN THE FORMS:
(CIRCLE ALL THAT APPLIES) (HEADACHE) (COUGH) (SNEEZING) (FATIQUE,
SHORTNESS OF BREATH, DIZZINESS, OTHER  ALLERGIES          ,
ON A REGULAR BASIS.
I DECLARE UNDER PENALTY OF PERJURY ALL STATEMENTS ARE TRUE TO THE
BEST OF MY KNOWLEDGE.                              5/2/24
                        SIGNATURE                  DATE

IN THE UNITED STATES DISTRICT COURT OF KANSAS

V.                                                    CASE NO.   24-CV-

JEFF ZMUDA, et al.- defendants                         3027-JWL

DECLARATION OF

PRINT NAME  Micaela Spencer                DOC# 0126729

I HAVE BEEN AT TOPEKA CORRECTIONAL FACILITY SINCE ____2022____
AND HAVE BEEN HOUSED IN I/J COMPOUND FOR, I-CELL  2 years____.
I CAN ATTEST/VERIFY THAT THERE ARE NO WINDOWS THAT CAN BE SEEN OUT
OF, FROM LOWER LEVEL; TOXIC MOLD IS PRESENT IN ROOMS, SHOWERS AND
LIVING AREAS; MOLD IN THE DINING HALL AND IN THE KITCHEN (WITH MOLD
SMELLS THROUGHOUT THE BUILDINGS); NO VENTILATION TO FILTER THE MOLD,
EXPOSURE TO SEWER GAS, EXPOSURE TO NEIGHBORING CELLS FECES FROM
SEWAGE BACKUPS. I HAVE EXPERIENCED NEGATIVE EFFECTS IN THE FORMS:
(CIRCLE ALL THAT APPLIES) HEADACHES, COUGH, SNEEZING, FATIQUE,
SHORTNESS OF BREATH, DIZZINESS, OTHER _____,
ON A REGULAR BASIS.
I DECLARE UNDER PENALTY OF PERJURY ALL STATEMENTS ARE TRUE TO THE
BEST OF MY KNOWLEDGE. _____

                              SIGNATURE          DATE

                              Mu Jhn        4/22/24

IN THE UNITED STATES DISTRICT COURT OF KANSAS

V.                                          CASE NO.    24-CV-

JEFF ZMUDA, et al.- defendants                     3027-JWL

DECLARATION OF

PRINT NAME  Barbara Frantz                    DOC# 124145

I HAVE BEEN AT TOPEKA CORRECTIONAL FACILITY SINCE  July 23, 2020
AND HAVE BEEN HOUSED IN I/J COMPOUND FOR, I-CELL  THREE YEARS  .
I CAN ATTEST/VERIFY THAT THERE ARE NO WINDOWS THAT CAN BE SEEN OUT
OF, FROM LOWER LEVEL ; TOXIC MOLD IS PRESENT IN ROOMS, SHOWERS AND
LIVING AREAS ; MOLD IN THE DINING HALL AND IN THE KITCHEN (WITH MOLD
SMELLS THROUGHOUT THE BUILDINGS) ; NO VENTILATION TO FILTER THE MOLD,
EXPOSURE TO SEWER GAS , EXPOSURE TO NEIGHBORING CELLS FECES FROM
SEWAGE BACKUPS. I HAVE EXPERIENCED NEGATIVE EFFECTS IN THE FORMS:
( CIRCLE ALL THAT APPLIES) (HEADACHES) (COUGH) (SNEEZING) (FATIGUE)
SHORTNESS OF BREATH, (DIZZINESS),   OTHER ON AND OFF NOSE BLEEDS  ,
ON A REGULAR BASIS.
I DECLARE UNDER PENALTY OF PERJURY ALL STATEMENTS ARE TRUE TO THE
BEST OF MY KNOWLEDGE.                            5-2-2024
                        SIGNATURE              DATE

IN THE UNITED STATES DISTRICT COURT OF KANSAS

V.

CASE NO. 24-CV-

JEFF ZMUDA, et al. - defendants                3027-JWL

DECLARATION OF

PRINT NAME  SHARON  HUDDLESTON          DOC# 99733

I HAVE BEEN AT TOPEKA CORRECTIONAL FACILITY SINCE 2011
AND HAVE BEEN HOUSED IN I/J COMPOUND FOR, I-CELL 2 plus I J - Compound
I CAN ATTEST/VERIFY THAT THERE ARE NO WINDOWS THAT CAN BE SEEN OUT
OF, FROM LOWER LEVEL; TOXIC MOLD IS PRESENT IN ROOMS, SHOWERS AND
LIVING AREAS; MOLD IN THE DINING HALL AND IN THE KITCHEN (WITH MOLD
SMELLS THROUGHOUT THE BUILDINGS); NO VENTILATION TO FILTER THE MOLD,
EXPOSURE TO SEWER GAS, EXPOSURE TO NEIGHBORING CELLS FECES FROM
SEWAGE BACKUPS. I HAVE EXPERIENCED NEGATIVE EFFECTS IN THE FORMS:
(CIRCLE ALL THAT APPLIES) (HEADACHES) (COUGH) SNEEZING, (FATIGUE,)
(SHORTNESS OF BREATH) (DIZZINESS), OTHER CHEST PAINS          ,
ON A REGULAR BASIS.
I DECLARE UNDER PENALTY OF PERJURY ALL STATEMENTS ARE TRUE TO THE
BEST OF MY KNOWLEDGE.  Sharon Huddleston      5-7-24
                          SIGNATURE                DATE

IN THE UNITED STATES DISTRICT COURT OF KANSAS

V.

CASE NO. 24-CV-

JEFF ZMUDA, et al. - defendants                3027-JWL

PRINT NAME _LETECIA STAUCH_ DECLARATION OF DOC# _129417_

I HAVE BEEN AT TOPEKA CORRECTIONAL FACILITY SINCE _Aug. 2023_

AND HAVE BEEN HOUSED IN I/J COMPOUND FOR, I-CELL _Aug. 2023_.

I CAN ATTEST/VERIFY THAT THERE ARE NO WINDOWS THAT CAN BE SEEN OUT

OF, FROM LOWER LEVEL; TOXIC MOLD IS PRESENT IN ROOMS, SHOWERS AND

LIVING AREAS; MOLD IN THE DINING HALL AND IN THE KITCHEN (WITH MOLD

SMELLS THROUGHOUT THE buildings); NO VENTILATION TO FILTER THE MOLD,

EXPOSURE TO SEWER GAS, EXPOSURE TO NEIGHBORING CELLS FECES FROM

SEWAGE BACKUPS. I HAVE EXPERIENCED NEGATIVE EFFECTS IN THE FORMS:

(CIRCLE ALL THAT APPLIES) HEADACHES, COUGH, SNEEZING, FATIGUE,

SHORTNESS OF BREATH, DIZZINESS, OTHER _Severe allergies and_

_Sinus pressure, nose bleeds,_

ON A REGULAR basis. _Breathing attacks, etc._

I DECLARE UNDER PENALTY OF PERJURY ALL STATEMENTS ARE TRUE TO THE

BEST OF MY KNOWLEDGE. _Letecia Stauch_ _5/1/2024_

                    SIGNATURE          DATE