Leteeia Stauch
Plaintiff

Case Number:
5:24-CV-03027

V.

Jeff Zmuda, et. al
Defendant

## Motion to Amend

Comes Now, Leteeia Stauch ask the Court to allow plaintiff to amend U.S.C. 1983 to add 1st SSGT Jaques and to add information from Exhibt 3 timeline as a result of retaliation. In addition, Plaintiff has personal injury and sickness to add as a result of cruel and unusual punishment as addressed in the U.S.C. 1983 submitted prior. In additon, by amending the petition, Plaintiff can add supporting information for continued 8th Amendment violations.

Leteeia Stauch
5-31-2024