# E-FILING COVER SHEET

From: Letecia Stauch

To:

U.S. District Court
District of Kansas

Case Name: Stauch v. Zmuda

Case Number: 24-CV-03027-JWL

Date of E-filing: 5/31/24

Number of pages excluding this page: 10