# Names

| Name Type | Name |
| --- | --- |
| Conviction | STAUCH, LETECIA TAYLOR |
| True | HARDIN, LETECIA TAYLOR |

# Identification

| KDOC # | SID Num | FBI Num |
| --- | --- | --- |
| 0129417 | 3608893 | 298376RB4 |

# Birthdates

| Birthdate Type | Birthdate | Age |
| --- | --- | --- |
| True | ███████ | 40 |

# Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
| --- | --- | --- | --- | --- | --- |
| Brown | Brown | 5'-4" | 164 | Female | White |

# Current Status reported by Dept. of Corrections

| Work or Program Participation | Not Working |
| Earliest Possible Release Date (1) | |
| Current Status | Incarcerated |
| Admission Date | Aug 14, 2023 |
| Current Location (2) | Topeka CF-Central (http://www.doc.ks.gov/facilities/tcf) |
| Custody Level | SPM Special Mgmt |

(1) This date could be affected by a parole board decision or good time and/or program credit.
(2) Click on Location for the Facility web site.

# Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Unknown | 20CR1358 | Jan 27, 2020 | May 08, 2023 | N/A | Murder, 1st degree | 2 | Unknown | Active | CO |

(I) If Number includes  JV  : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

# KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| Topeka CF-Central | Aug 14, 2023 | Interstate Compact |

# KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|---|---|---|---|
| Dec 12, 2023 | 3 | Topeka Correctional Facility - Central | Enter Contracts, Incur Fin Ob. |