# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LETECIA STAUCH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) Case No. 24-3027-JWL |
| **JEFF ZMUDA,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### DECLARATION OF HOLLY CHAVEZ

Comes now, Holly Chavez, and declares under the penalty of perjury as follows:

1. I am currently employed by the Kansas Department of Corrections ("KDOC") as the Facility Service Administrator for the Topeka Correctional Facility ("TCF"). I have been employed in this position since May 4, 2020.

2. In my capacity as Facility Service Administrator, a portion of my responsibly is to oversee the resident grievance process for TCF.

3. I am not a member of Letecia Stauch's (#129417) unit team and I do not supervise her.

4. I have tracked and sorted several dozens of grievances, both electronically and physically submitted, by Ms. Stauch.

5. I have not received a request or Approved Calling List Form from Ms. Stauch seeking to add an attorney to her Approved Calling Lists. I have not denied Ms. Stauch the ability to call her attorney or to have her attorney placed on her Approved Calling List.

6. I would not be the appropriate person to receive a resident's Approved Calling List Form and I have not received such a form from any resident. I do not participate in reviewing or managing Approved Calling Lists.

7. TCF's Resident Technology Administrator is Brandon Kennedy, who does receive Approved Calling List Forms from residents. Mr. Kennedy then passes the forms on to TCF's Resident

8. I have not received a grievance from Ms. Stauch alleging her legal mail has been confiscated or tampered with. None of her electronic messages to TCF staff contain an allegation of her legal mail being confiscated or tampered with.

9. I have not received a grievance from Ms. Stauch regarding suspected mold, vermin, leaks from her window, or extreme temperature changes in her cell.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 6/17/2024

/s/ Holly Chavez