# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LETECIA STAUCH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Case No. 24-3027-JWL |
| **JEFF ZMUDA,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### DECLARATION OF BRANDON KENNEDY

Comes now, Brandon Kennedy, and declares under the penalty of perjury as follows:

1. I am currently employed by the Kansas Department of Corrections ("KDOC") as the Business Administrator for the Topeka Correctional Facility ("TCF"). I have been employed in this position since September 4, 2022.

2. I am also the Resident Technology Administrator for TCF. In this capacity I receive and review Approved Calling List Forms from residents seeking to add contacts to their Approved Calling List and then relay them to the Resident Service Provider agent, Praeses, LLC., for entry into their Approved Calling List.

3. I have not received an Approved Calling List Form from Letecia Stauch #129417 requesting an attorney be added to her list.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 6/12/2024

*/s/ Brandon Kennedy*
Brandon Kennedy