# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **LETECIA STAUCH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 24-3027-JWL** |
| **JEFF ZMUDA, *et al*.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## DECLARATION OF LINDA HULL-VIERA

Comes now, Linda Hull-Viera, and declares under the penalty of perjury as follows:

1. I am currently employed by the Kansas Department of Corrections ("KDOC") as the Unit Team Manager for the restrictive housing unit at the Topeka Correctional Facility ("TCF"). I have been employed in this position since June 26, 2023.

2. In my capacity as a UTM, I oversee parole and release planning for residents nearing the completion of their sentences, manage security staff, and ensure restrictive housing is operating as a safe environment for staff and residents.

3. I have been the Unit Team Manager for Letecia Stauch (#129417) since her arrival to TCF on August 14, 2023. I coordinate and manage the security personnel that oversee her and ensure that her health and welfare needs are being met.

4. Ms. Stauch has been placed in 10 cells since her arrival at TCF.

5. To my knowledge, Ms. Stauch has never been denied access to cleaning products.

6. Residents are strongly encouraged to use cleaning supplies to maintain clean living environments since security staff must occasionally search cells. Doing so provides a

safer and healthier environment for residents and for security personnel who conduct cell searches.

7.  I have not received an Approved Calling List Form from Ms. Stauch to add an attorney.

8.  I am aware of an informal message Ms. Stauch submitted on October 29, 2023, which sought to have an attorney added to her Approved Calling List that was responded to by a member of her unit team.

9.  On February 1, 2024, Ms. Stauch had access to her tablet taken away due to an investigation launched by TCF's Enforcement, Apprehensions, and Investigations ("EAI").

10. The investigation focused on her selling a pair of her sweatpants to a third party over eBay.

11. On May 1, 2024, Ms. Stauch regained electronic access to her tablet.

12. Ms. Stauch was not denied access to her tablet or issued a disciplinary report for mailing gifts as a form of retaliation, but because she violated KDOC policy.

13. Ms. Stauch has not filed a grievance or complaint alleging lengthy room searches are being performed out of retaliation. She has also not submitted anything claiming that her legal mail has been read during a cell search.

14. The only lengthy cell search would not have been a search but a pack-out of her property when she was placed on Crisis Level.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on:

*/s/ Linda Hull-Viera*