IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LETECIA STAUCH, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 24-3027-JWL |
| JEFF ZMUDA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DECLARATION OF DONA HOOK**

Comes now, Dona Hook, and declares under the penalty of perjury as follows:

1. I am currently employed by the Kansas Department of Corrections ("KDOC") as the Warden for the Topeka Correctional Facility (TCF). I have been employed in this position since January 7, 2024.

2. My duties as Warden include providing for the security and safety of all residents and staff at TCF.

3. I do not recall receiving or reviewing an appeal from Letecia Stauch #129417 seeking to add an attorney to her Approved Calling List. I did not find documentation from Ms. Stauch claiming that her attorney was denied a place on her list.

4. Resident complaints regarding environmental concerns, such as mold exposure, are taken very seriously and addressed quickly by multiple levels of TCF staff.

5. On January 14, 2024, the KDHE issued a water boil advisory for the Metro Topeka Airport Authority and Shawnee County Rural Water District 1C.

6. Out of an abundance of caution, steps were taken to prevent any risk to resident health.

7. To ensure each resident was aware of the advisory, including residents that did not have tablet access, unit teams gave notice to their respective residents.

8. Maintenance staff posted warnings on facility water fountains, the facility shut off its water supply, and residents were issued bottles of water.

9. TCF contracts with Aramark, Inc. for resident food services. Aramark has 2 full-time nutritionists, Cynthia Irizarry and Kate Crowley, that ensure meals are nutritionally compliant with state and federal standards.

10. TCF is in the process of renovating its kitchen area and meals are being prepared in a temporary, mobile facility on TCF grounds.

11. All meals are prepared in the same sanitary manner as they would be in the facility's kitchen.

12. Meals are distributed from this mobile facility as quickly as possible in portable food warmers. The warmers are sufficient to keep meals warm until they reach the resident.

13. The mobile facility is a temporary until the kitchen renovations are completed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/10/2024

*/s/ Dona Hook*