# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| **LETECIA STAUCH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | Case No. 24-3027-JWL |
| **JEFF ZMUDA**, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## DECLARATION OF DARCIE HOLTHAUS

Comes now, Darcie Holthaus, and declares under the penalty of perjury as follows:

1. I am currently employed by the Kansas Department of Corrections ("KDOC") as the Secretary's Designee for resident claims. I have been employed in this position since April 2021.

2. My duties as the Secretary's Designee include reviewing all property, personal injury, and grievance claims appealed to the Secretary of Corrections. My decisions are the final step in the KDOC's administrative appeals process for such claims.

3. I do not recall receiving an appeal from Letecia Stauch #129417 for a decision by TCF to deny adding an attorney to her Approved Calling List. I have no record of Ms. Stauch filing such an appeal for the Secretary's review.

4. Had Ms. Stauch attempted to appeal this decision to my office, it would not have been appropriate procedure.

5. I also do not recall receiving a grievance from Ms. Stauch that pertains to her Approved Calling List. I have no record of Ms. Stauch filing grievance regarding this dispute for the Secretary's review.

6. I did not tell Ms. Stauch that her cellhouse does not recognize the Jewish faith.

7. I have not received any form of appeal to the Secretary from Ms. Stauch regarding her legal mail being confiscated or tampered with, deficiencies with TCF's law library, exposure to sewage backups, a lack of hot water, mold, contaminated drinking water, inadequate ventilation in her cell, denied access to cleaning supplies, leaking windows, vermin, extreme temperature fluctuations, inadequate food preparations or nutrition.

8. I have also not received any form of appeal to the Secretary from Ms. Stauch claiming that she was fired from her job for filing a PREA complaint, losing tablet access due to filing a PREA complaint, or underwent lengthy room searches for filing a PREA complaint.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/11/2024

*/s/ Darcie Holthaus*
Darcie Holthaus