IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LETECIA STAUCH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | )   Case No. 24-3027-JWL |
| **JEFF ZMUDA**, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**DECLARATION OF DALTON HARTPENCE**

Comes now, Dalton Hartpence, and declares under the penalty of perjury as follows:

1. I am currently employed by the Kansas Department of Corrections ("KDOC") as the Classifications Administrator for the Topeka Correctional Facility ("TCF"). I have been employed in this position since April 17, 2023.

2. My duties as Classifications Administrator include supervising the employees of TCF's Classification and Records Division and ensuring the administrative classifications of each resident is correct and appropriate.

3. I am not a member of Letecia Stauch's #129417 unit team and I do not supervise her.

4. I have not confiscated any type of mail addressed to Ms. Stauch, nor have I in any way tampered with her mail.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 5/27/2024

/s/ *Dalton Hartpence*