IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LETECIA STAUCH, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 24-3027-JWL |
| JEFF ZMUDA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

DECLARATION OF ALFRED SCHIMMEL

Comes now, Alfred Schimmel, and declares under the penalty of perjury as follows:

1. I am currently employed by the Kansas Department of Corrections ("KDOC") as the TCF Physical Plant Supervisor Specialist for the Topeka Correctional Facility ("TCF"). I have been employed in this position since June 2022.

2. My duties as TCF Physical Plant Supervisor Specialist include managing the facility's Maintenance Department. I am responsible for inspecting the work of subordinates who are directly responsible for the maintenance of buildings and grounds.

3. There have been no reported sewage backups in resident cells, including the 10 cells Letecia Stauch #129417 has lived in since her arrival at TCF.

4. Occasionally, wastewater has backed up into certain showering areas.

5. Most of these incidents are the result of residents intentionally clogging toilets and sinks with clothing, bedding, and solid cleaning supplies. This causes the drainage water to rise in certain showers.

6. When wastewater is reported, maintenance personnel attempt to respond immediately and block off traffic to the area if other personnel have not already done so.

7. TCF is in the process of upgrading its solid waste sewer system to be more resilient. The updates are expected to be complete in 2025.

8. TCF heats its water with older water heaters which sometimes take up to a minute to produce heated water in cold weather.

9. Hot water is available in all TCF sinks and showers, though it may take up to a minute for it to become available.

10. At no point has any of the 10 cells in which Ms. Stauch has resided been without heated water.

11. The Maintenance Department has not received a grievance or complaint from Ms. Stauch regarding mold, vermin, inadequate ventilation, or temperature extremes in her cell.

12. No mold, vermin, or window leaks have been found in any of the 10 cells in which Ms. Stauch has resided.

13. The TCF has contracted with P1 Group, INC, which maintains air quality and ventilation systems for the facility.

14. The Maintenance Department has not found inadequate ventilation in Ms. Stauch's current or previous cells or in I cellhouse generally.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 6/20/2024

/s/ *Alfred Schimmel*