# Audit Request #381615591

**Profile Photo:**



**Audit Photo:**



**Resident Info**

**Name:** Letecia Stauch (1983-08-04)
**Booking Number:** 129417
**Submitted Date:** 10/29/23 12:00
**Submitted Room:** 03,AI4207/AI4
**Current Room:** 03,0I1139/0I1
**Facility:** Topeka Correctional (KSDOC) - KS
**MAC ID:** 48:7B:5E:01:08:FE
**Device ID:** 487B5E0108FE

**Form Info**

**Category:** Form 9
**Form:** Unit Team Form 9
**Internal Tag:** No Tag

**Request Info**

**Status:** CLOSED **by** CC2 Fellers
**Facility Deadline:** 11/12/23 23:59

## Summary of Request:

Add number

## Details of Request:

**To::**
Unit Team

**Please provide details about your request:**
I need to add an attorneys number. Samler and Whitson 1600 Stout Street Suite 1400 Denver, CO 80202. Eric 303-670-0575

I have mail from them with this info and saying they would accept my calls. I can pay for them as well.

**Work Assignment:**
Na

**Comment:**

| DATE/TIME | USER | ACTION | SOURCE | DETAILS |
|---|---|---|---|---|
| 06/17/24 15:43 | Linda Hull-Vera | Viewed | | |
| 11/01/23 16:35 | CC2 Fellers | Staff Response | | Please provide Unit Team with the letter from your attorney stating that they are approving your number to be on your phone list. -Fellers, CC2 |

| DATE/ TIME | USER | ACTION | SOURCE | DETAILS |
|---|---|---|---|---|
| 11/01/23 16:35 | CC2 Fellers | Changed Status | | From 'Open' to 'Closed' |
| 11/01/23 16:35 | CC2 Fellers | Viewed | | |
| 10/29/23 12:00 | Letecia Stauch | Submitted New | Tablet | Add number |

# Audit Request #406131011

**Profile Photo:**



**Resident Info**

**Name:** Letecia Stauch (1983-08-04)
**Booking Number:** 129417
**Submitted Date:** 12/20/23 23:05
**Submitted Room:** 03,0I1139/0I1
**Current Room:** 03,0I1139/0I1
**Facility:** Topeka Correctional (KSDOC) - KS
**MAC ID:** 48:7B:5E:01:08:FE
**Device ID:** 487B5E0108FE

**Audit Photo:**

**Form Info**

**Category:** Form 9
**Form:** Unit Team Form 9
**Internal Tag:** No Tag

**Request Info**

**Status:** CLOSED **by** Holly Chavez
**Facility Deadline:** 01/03/24 23:59

## Summary of Request:

Unit Team

## Details of Request:

**To::**
Unit Team

**Please provide details about your request:**
Violation of the 6th Amendment. The law library does not provide information for people who are out of state. I did speak with Ms. Boeding about it. I would have access to a working law library in my sending state and this is a violation of my right to access appeals, case law, etc. Making this another violation of the ICC. This is not something that she can print out. There is an option for all states but it is only a basic statue request; not appeals. The computer shows Kansas appeals but not any other state. If this is a security issue I can see that being the case to prevent people from looking up out of state stuff. However, this is violating my right to represent myself on my appeals (the attorney number I keep asking to get added is a representitive on another issue). I have no way to access this. Ms Boeding does not have the ability to fix this. This has been an ongoing practice of TCF as other individuals from Oklahoma, Maryland, and Virginia explained that they had the same issue. They could not get it resolved in prior years. However, this is a constitutional injury for me.

**Work Assignment:**
None

**Comment:**

| DATE/ TIME | USER | ACTION | SOURCE | DETAILS |
|---|---|---|---|---|

| DATE/ TIME | USER | ACTION | SOURCE | DETAILS |
|---|---|---|---|---|
| 02/14/24 13:00 | Holly Chavez | Viewed | | |
| 01/26/24 07:55 | HChavez3 | Viewed | | |
| 01/25/24 15:29 | HChavez3 | Viewed | | |
| 01/17/24 17:36 | Letecia Stauch | Viewed Staff Response | Tablet | |
| 01/17/24 16:28 | Letecia Stauch | Viewed Staff Response | Tablet | |
| 01/17/24 15:42 | Letecia Stauch | Viewed Staff Response | Tablet | |
| 01/17/24 15:40 | Holly Chavez | Print | | Has been printed by Holly.Chavez@ks.gov |
| 01/17/24 15:40 | Holly Chavez | Staff Response | | After speaking to our staff in Central Office we are not required to have other states statutes but TCF staff will assist if you are aware of the statute you need from another state, but we do not have other states statutes available on computer for you to look up. Ms. Boeding is correct in her response. |
| 01/17/24 15:40 | Holly Chavez | Changed Status | | From 'Open' to 'Closed' |
| 01/17/24 15:37 | Holly Chavez | Print | | Has been printed by Holly.Chavez@ks.gov |
| 01/17/24 15:37 | Holly Chavez | Viewed | | |
| 01/17/24 10:37 | Letecia Stauch | Viewed Staff Response | Tablet | |
| 01/16/24 15:07 | Samuel Ryland | Print | | Has been printed by Samuel.Ryland@ks.gov |
| 01/16/24 15:07 | Samuel Ryland | Viewed | | |

| DATE/ TIME | USER | ACTION | SOURCE | DETAILS |
|---|---|---|---|---|
| 12/26/23 12:13 | HChavez3 | Print | | Has been printed by HChavez3 |
| 12/20/23 23:11 | Linda Hull-Vera | Print | | Has been printed by Linda.HullViera@ks.gov |
| 12/20/23 23:11 | Letecia Stauch | Viewed Staff Response | Tablet | |
| 12/20/23 23:11 | Linda Hull-Vera | Internal Note | | Sent to FSA Chavez. |
| 12/20/23 23:11 | Letecia Stauch | Viewed Staff Response | Tablet | |
| 12/20/23 23:09 | Letecia Stauch | Viewed Staff Response | Tablet | |
| 12/20/23 23:09 | Letecia Stauch | Viewed Staff Response | Tablet | |
| 12/20/23 23:09 | Letecia Stauch | Viewed Staff Response | Tablet | |
| 12/20/23 23:09 | Letecia Stauch | Viewed Staff Response | Tablet | |
| 12/20/23 23:08 | Linda Hull-Vera | Print | | Has been printed by Linda.HullViera@ks.gov |
| 12/20/23 23:08 | Linda Hull-Vera | Viewed | | |
| 12/20/23 23:08 | Linda Hull-Vera | Emailed | | to holly.chavez@ks.gov |
| 12/20/23 23:08 | Letecia Stauch | Viewed Staff Response | Tablet | |
| 12/20/23 23:08 | Letecia Stauch | Viewed Staff Response | Tablet | |

6/17/2024, 4:13 PM

| DATE/ TIME | USER | ACTION | SOURCE | DETAILS |
|---|---|---|---|---|
| 12/20/23 23:08 | Letecia Stauch | Viewed Staff Response | Tablet | |
| 12/20/23 23:08 | Linda Hull-Vera | Print | | Has been printed by Linda.HullViera@ks.gov |
| 12/20/23 23:07 | Linda Hull-Vera | Viewed | | |
| 12/20/23 23:07 | Linda Hull-Vera | Print | | Has been printed by Linda.HullViera@ks.gov |
| 12/20/23 23:07 | Linda Hull-Vera | Viewed | | |
| 12/20/23 23:06 | Letecia Stauch | Viewed Staff Response | Tablet | |
| 12/20/23 23:05 | Letecia Stauch | Submitted New | Tablet | Unit Team |

Copy made

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name Letecia Stauch        U25735 Number 129417

Facility TCF        Housing Unit ICH-1B        Work Detail Porter (B)

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

This is unsatisfactory because claim #3 is for deliberate Indifference by Nurse Walters. This nurse did not follow the doctors orders of breathing treatments. Vitals are irrelevant when I am having breathing issues and coughing attacks due to exposure to mold toxins/contaminated items/water etc. I am either allergic to them or having attacks due to continued exposure. → bad s) the lack of breathing treatments

Date this report was given to Unit Team for informal resolution (to be completed by inmate). 3/29/2024

## UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

APR 2 2 2024

RECEIVED

_____
Unit Team Signature                    Date

## INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_____
Inmate Signature                    Date

## WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received _____ Date of Final Answer _____ Date Returned to Inmate _____

_____     _____
Inmate's Signature            Date        Unit Team Signature            Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number                    _____ 24-132

Type of Complaint (Item 4: Code 01-75)        _____ 2

Cause of Complaint (Item 5: Code 01-30)        _____ 7

Type of Response (Item 6a: Code 01,02,08 or 09)    _____ _____

Caused additional pain + suffering, irreparable harm and permanent injury. The continued coughing and breathing attacks have damaged my voicebox, my esophagus (shil hard/difficult to swallow) and or larynx (vocal cords area). This is a violation of policy of Centurion, IMPP's for medical care, and deliberately indifferent

Form 9
For Cellhouse Transfer    ICH Pod 1B
Work Assignment _____
Interview Requests

Last Name Only: *Stauch*

Number: 129417

## KANSAS DEPARTMENT OF CORRECTIONS

## INMATE REQUEST TO STAFF MEMBER

To: Medical/ Calvin                          Date: 3/29/2024
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

Claim #3 - Deliberate Indifference by Nurse
Watters (Michelle)

— Her actions has caused irreputable harm & permanent
injury.

Work Assignment: Porter                Living Unit Assignment: ICH-1B

Comment: _____           Detail or C.H. Officer: _____

Disposition: _____

To: Stauch 129417                              Date: 4.8.2024
(Name & Number)

Disposition: A review of the documentation indicates the treatment
teas request was reviewed by the provider. Nursing Staff followed
the provider order on 3.24.2024 appropriately. mc

Michelle Calvin HSA                     Received from Mr. Miller
Employee's Signature                    4/11

P-0009                                  To be returned to inmate.

H-16B Deliberate Indifference

<u>Deliberate Indifference:</u> Nurse (Claim #3) Walters
and those who denied evening shift.

## <u>Deliberate Indifference to Medical</u>

(3/2) Dr. ERB ordered various Medications <u>even though my vitals were good</u> - because I was coughing constantly and having a hard time swallowing, no voice, etc. He also ordered breathing treatments because coughing up blood.

(3/21) Day - Received
Evening - <u>Denied</u> Told not enough staff

(3/22) Day - Received
Evening - <u>Denied</u> - Told only one night nurse

(3/24) The Rude Nurse Walters (Whom has a <u>tradition of being disrespectful</u>) - Denied the breathing treatment, I tried to explain that <u>he didn't base it on vitals</u> it's because I'm having trouble talking and <u>breathing</u> throughout the day because my chest still hurts, I am coughing constantly, and mucus is stuck. The breathing treatments help break up the Mucus and slow down coughing. Walters denied following doctors orders saying she called the Dr. Now if the Dr. thought the breathing treatments brought relief for coughing,

swallowing (since I can barely eat) and helped me talk. He also said it would help clear up fluids. I still cannot hear in my right ear. Why would she deny his previous orders? This is beyond negligence. This is deliberate indifference to a condition that has not got better. This nurse is known to ignore policy in 13-102 and 16708D. She done this several times to me in sick call in prior months as well. She discriminates and this is retaliative in nature. I cannot talk, I am coughing up blood and mucus, I have periods where the mucus is stuck and I cough until I can't breathe correctly. She has interfered with a treatment process. I will suffer substantial negative effects due to her irrational decisions.

*(signature)*
3/24/24
#129417

NOTES

Update: Nurse Walters then said nothing was wrong w/ my ear and ordered ear wax meds. Reminder Nurse Markel + Jess had already determined my ear looked bad prior to this and wanted the Dr. to look at it again. Once again the delayed care by Walters caused permanent injury. I CANNOT hear in my right ear. I cannot talk. I keep struggling for air multiple times a day. Ear ended up being an infection.

Firefox

## Grievance #406356221

**Profile Photo:**



**Audit Photo:**



**Resident Info**

Name: Letecia Stauch (1983-08-04)
Booking Number: 129417
Submitted Date: 12/21/23 17:13
Submitted Room: 03,011139/011
Current Room: 03,011139/011
Facility: Topeka Correctional (KSDOC) - KS
MAC ID:
Device ID:

**Form Info**

Category: Grievance
Form: Unit Team Grievance

**Grievance Info**

Grievance ID #:
Status: CLOSED by HChavez2
Facility Deadline: 01/23/24 23:59
Grievance Level: 3
Resident can reply: No
Disposition @ 1: Invalid Complaint
Disposition @ 2: Invalid Complaint

**Summary:**

Continued Discrimination

**Details:**

Hull-Veria

I am documenting that not only did you give me a false write-up in which I have tons of documentation and copies of my religious practice and of contact between the Unit Team. You then took my job and put me as a lay-in for observing prayer times and rituals of Hanukkah the week of 7th-15th. And for an error that occurred through you and EAI for telling Johnston and Griffin that i was locked in on Wednesday. No one ever told me to go to medical and i verified that today with Officer Griffin that i was locked in because I was in a mental health crisis due to trauma not behavior. You have already did this to me with the paint job when I did not get a DR because I did nothing wrong. (By the way Evans apologized to me yesterday in the dayroom for concocting that entire false story.) Then you discriminated on me about the Rec. job. And I have documentation/proof from an inmate who was told by Mr. wright what you did there. In addition, you did this on the tutor job I asked for and the Library assistant job. There is an IMPP against this. You have discriminated on me and then once I pointed it out on 12/11 and 12/12 on electronic form 9's, you then made up a false write up as a way to cover up the retailaton. Finally you put me as a lay for a write up that you errored on. This all needs to be corrected and the bigger issue needs to be addressed. I would like this sent to a grievance so that I can show leadership how the UTM and counselors are wreckless in actions and discriminatory

N/a

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 02/21/24 16:04 | HChavez2 | Staff Response | Printed and responded via paper due to electronic suspension and Resident Stauch had not electronic access. |
| 02/21/24 16:04 | HChavez2 | Changed Status | From 'Open' to 'Closed' |
| 02/21/24 16:03 | HChavez2 | Changed Disposition | Changed the disposition value for level 3 from to Invalid Complaint |
| 01/09/24 07:23 | Letecia Stauch | Escalated | Stauch, Letecia has escalated the grievance on 01/09/2024 07:23 -06:00 Response: This is not about disciplinary as I was found not guilty. This is about the retaliation. TCF continues to be negligent in responding to this. It is up to the facility to keep us safe. However, this is an issue with retaliation from UT. |
| 01/09/24 07:23 | | Changed Status | From Closed to Open due to Appeal |
| 01/09/24 07:20 | | Changed Level | Level changed from 2 to 3 due to Appeal |
| 01/09/24 07:20 | Letecia Stauch | Viewed Staff Response | |
| 01/09/24 07:20 | Letecia Stauch | Viewed Staff Response | |
| 01/08/24 09:18 | Jacob Phelps | Staff Response | The grievance was received and reviewed. Your grievance is being returned to you as invalid. KAR 44-15-101 (a)(d)(2) states "the grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision making process, the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure." Therefore, the statute prohibits the use of the grievance procedure to address this concern. Jacob Phelps Grievance Coordinator |
| 01/08/24 09:18 | Jacob Phelps | Changed Status | From 'Open' to 'Closed' |
| 01/08/24 09:17 | Jacob Phelps | Changed Disposition | Changed the disposition value for level 2 from from Invalid Complaint to Invalid Complaint |
| 01/08/24 09:17 | Jacob Phelps | Changed Disposition | Changed the disposition value for level 2 from to Invalid Complaint |
| 12/28/23 16:38 | Letecia Stauch | Viewed Staff Response | |
| 12/26/23 21:01 | Letecia Stauch | Viewed Staff Response | |
| 12/26/23 21:00 | Letecia Stauch | Viewed Staff Response | |
| 12/25/23 16:36 | Letecia Stauch | Escalated | Stauch, Letecia has escalated the grievance on 12/25/2023 16:36 -06:00 Response: This is not about disciplinary. This is about retaliation and being singled out or treated differently. Individuals are incompetent in their responses as I stated before that I was not appealing for that reason. The retaliation as a whole over job discrimination, failing to handle case files appropriately, failure to respond to CERTAIN form 9's, failure to perform duties as UT for inmate is all retaliation. |
| 12/25/23 16:36 | | Changed Status | From Closed to Open due to Appeal |
| 12/25/23 16:36 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 12/25/23 16:33 | Letecia Stauch | Viewed Staff Response | |
| 12/22/23 16:14 | Linda Hull-Vera | Staff Response | Again, KAR 44-15-101 (a)(d)(2) states "the grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision making process, the property loss or personal injury claims procedure, or the procedure for censorship of publications |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| | | | specified in the secretary's internal management policy and procedure." Therefore, the statute prohibits the use of the grievance procedure to address this concern. You will have a hearing with the Disciplinary Administrator to address any and all of your concerns regarding this matter. |
| 12/22/23 16:14 | Linda Hull-Vera | Changed Status | From 'Open' to 'Closed' |
| 12/22/23 16:13 | Linda Hull-Vera | Changed Disposition | Changed the disposition value for level 1 from to Invalid Complaint |
| 12/21/23 17:14 | Letecia Stauch | Request turned into Grievance | Letecia turned request 405048061 into grievance 406356221 |
| 12/21/23 17:13 | Letecia Stauch | Appeal Answer | Appeal Answer: This is an inaccurate response. I did not ask for anything about a disciplinary process. This was an excuse or cover up. I documented retaliation from these individuals for false reporting and for violating a religious holiday. There is a difference. Discrimination and Retaliation are present. Nothing to do with a false write up as I have religious rights. Hull-Veria retaliates on me and I have documentation this was done as a result of me bringing this to her attention. As well as documentation for filing a PREA. |
| 12/21/23 17:09 | Letecia Stauch | Viewed Staff Response | |
| 12/21/23 16:46 | Letecia Stauch | Viewed Staff Response | |
| **12/20/23 23:43** | **Linda Hull-Vera** | **Staff Response** | **KAR 44-15-101 (a)(d)(2) states "the grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision making process, the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure." Therefore, the statute prohibits the use of the grievance procedure to address this concern. **As for your GTL message directly about this to Mr. Hartpence, I have actually forwarded that to Ms. Golightley, as she is my direct supervisor. She will respond accordingly .** |
| 12/20/23 23:43 | Linda Hull-Vera | Changed Status | From 'Open' to 'Closed' |
| 12/20/23 15:57 | Letecia Stauch | Viewed Staff Response | |
| 12/17/23 13:13 | Letecia Stauch | Viewed Staff Response | |
| 12/17/23 13:02 | Letecia Stauch | Viewed Staff Response | |
| 12/17/23 13:02 | Letecia Stauch | Viewed Staff Response | |
| 12/17/23 13:02 | Letecia Stauch | Viewed Staff Response | |
| 12/17/23 12:52 | Letecia Stauch | Viewed Staff Response | |
| **12/17/23 12:52** | **Letecia Stauch** | **Submitted New** | **Continued Discrimination** |

**Topeka Correctional Facility**
**Warden's Response to Offender Grievance**

DATE:         February 20, 2024

TO:           Stauch, Letecia 129417--ICH

RE:           Response to Your Grievance Received: 1/10/24
              Grievance:  # 406356221

Finding of Fact:

Your grievance was received and reviewed. You state that you believe you were fired from your job as recreational porter and written by UTM Hull-Viera due to retaliation.

Conclusions:

The responses from UTM Hull-Viera and Grievance Coordinator, Mr. Phelps are correct in saying that you cannot grieve an issue that was part of the disciplinary process per KAR 44-15-101(a)(d)(2). Your loss of your recreational porter job was part of a DR, regardless of if it was dismissed or not, you cannot grieve it using the grievance process/procedure.

I realize that you are not grieving the DR, you are stating that it was retaliation from UTM Hull-Viera as she fired you for being involved in Jewish practices of observing prayer times and Hanukkah. You filed a change of religion form on 10/9/23, changing your religion to Christian/Protestant and there were no rituals of Hanukkah openly scheduled that you would have been participating in at the facility occurring the week of the 7th-15th as you have stated in your grievance.

PREA Coordinator, Ms. Watts, has been meeting with you for retaliation monitoring for three months. You met with Ms. Watts on 12/4/23 and 1/8/24 and 2/9/24, and after speaking to Ms. Watts, she stated that this was issue was investigated and determined not to be retaliation but that you were removed from your job based on identified risk as well as the safety and security of the residents, staff and the overall facility.

Action Taken:

The issue regarding your recreational porter job was investigated and determined to not be retaliation and you have been receiving retaliation monitoring for three months now with PREA Coordinator, Ms. Watts. With these actions in place, there is no reason for further action regarding this matter at this time.

_____
Dona Hook, Warden

## Grievance #404578081

**Profile Photo:**


**Audit Photo:**


**Resident Info**
Name: Letecia Stauch (1983-08-04)
Booking Number: 129417
Submitted Date: 12/15/23 11:35
Submitted from Location/Room: 03,0I1139/0I1
Current Location/Room: 03,AI4105/AI4
Facility: Topeka Correctional (KSDOC) - KS
MAC ID: 48:7B:5E:01:08:FE
Device ID: 487B5E0108FE

**Form Info**
Category: Emergency Grievance
Form: Emergency Grievance

**Grievance Info**
Grievance ID #:
Status: OPEN
Facility Deadline: 01/17/24 23:59 (-104d)
Grievance Level: 2
Resident can reply: No
Disposition @ 1: Remedy Denied

*(handwritten note, yellow highlight):* facility cannot reply to emergency grievances higher than level 1.

**Summary:**

Retaliation

**Details:**

**Please provide the date of the incident or discovery of the concern:**
12-2 through current

**Please provide a detailed description of your grievance, including what or who is the subject of the complaint, related dates, and effect the situation, problem, or person is having on you to make the complaint necessary. An informal resolution attempt is required prior to filing a grievance. Explain what steps you have taken to resolve this concern.:**
I have documented forms of retaliation from staff at this facility for reporting a PREA and for reporting Hull-Veria and unit team. I have made an informal resolution through Valorie Watts the PREA supervisor. I cannot continued this through Unit Team beause they are the main retaliators. Huil-Veria discriminated on me for reporting a PREA and told another staff member that I did. Then she denied me a job because of this and passed info to Mr. Wrigt and another inmate. Now she is writing false DR's on me when I was at the Law Library one of the days for e filing (witness Blankenship) and another day when I was locked in my room for a medical evaluation per EAI. The facility has a policy in place stating that inmates will not get retaliated on for reporting. Unit Team continues to deny adding my attorney to my phone list, job's, and any assistance since I filed this PREA. I have already sustained a broken finger from staff in the past. I am a victim in the PREA. My own UTM is retaliating on me and discriminating on me. How is she to go frward with paperwork or assistance. When its clear she is retaliating on me. The electronic numbers are #403637321, #404803901 and several Form 9's on paper. This should classify as an emergency because UTM has access to my personal files and I am at a grave risk of danger when they control everything of ours. If they are doing this now, what happens when it results to more physical injury because I reported this is harassment to her prior.

**Action Requested for remedy::**
Due to the retaliation, these individuals should not handle my files+ stop harassment. Add info to Interstate Compact revocation

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 02/21/24 16:02 | HChavez3 | Staff Response | Printed and responded via paper due to electronic suspension and Resident Stauch had not electronic access. |
| 01/03/24 13:22 | Letecia Stauch | Escalated | Stauch, Letecia has escalated the grievance on 01/03/2024 13:22 -06:00 Response: This is an emergency grievance. I am in substantial risk of hartm from the UTM and staff. This is a seoorate incident than those you mentioned as the facility continues to ignore the abuse and retaliation. This is irreversible harm to include mental, emotional and physical. |
| 01/03/24 13:22 | | Changed Status | From Closed to Open due to Appeal |
| 01/03/24 13:22 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 01/03/24 13:20 | Letecia Stauch | Viewed Staff Response | |
| 01/02/24 13:14 | HChavez3 | Staff Response | There was a mix up with the notification system to the person who was to be replying to the Emergency grievances, so we are have fixed the notification system and we are getting those delinquent grievances caught up. Response to your grievance: Per KAR 44-15-106. Emergency procedure. "Emergency grievances" shall mean those grievances for which disposition according to the regular time limits would subject the inmate to a substantial risk of personal injury or cause other serious and irreparable harm to the inmate. You do not provide any evidence stating that you feel your life is at substantial risk of personal injury, there are only statements with no additional information and since we are responding to these late, we know that you have received answers to several of these complaints already through other grievances that you have entered into the grievance system. You can move this through the grievance process as a regular grievance, but does not meet emergency grievance standards as all the issues mentioned have been addressed through other grievances in which you have already received responses. This is a duplicate since the issues have already been replied to. |
| 01/02/24 13:14 | HChavez3 | Changed Status | From 'Open' to 'Closed' |
| 01/02/24 13:13 | HChavez3 | Changed Disposition | Changed the disposition value for level 1 from to Remedy Denied |
| 01/02/24 13:11 | HChavez3 | Changed Disposition | Changed the disposition value for level 1 from to Remedy Denied |
| 12/25/23 16:44 | Letecia Stauch | Viewed Staff Response | |
| 12/20/23 16:02 | Letecia Stauch | Viewed Staff Response | |
| 12/15/23 15:48 | Letecia Stauch | Viewed Staff Response | |
| 12/15/23 11:35 | Letecia Stauch | Submitted New | Retaliation |



KANSAS DEPARTMENT OF CORRECTIONS
INTERDEPARTMENTAL MEMORANDUM
*A Safer Kansas Through Effective Correctional Services*

DATE:        February 15, 2024

TO:          Stauch, Letecia #129417--ICH

FROM:        Chavez, Holly—Facility Services Administrator

SUBJECT:     Grievance: # 404578081

I have received and reviewed your grievance. You claim that you have documented forms of retaliation from staff, and you claim it was because you filed a PREA complaint.

PREA Coordinator, Valerie Watts met with you on 1/8/24 for retaliation monitoring and she stated that you discussed this issue but did not contest it heavily and that you signed the retaliation paperwork. Valerie Watts and CCI Matthew Miller met with you on 2/9/24 for a PREA retaliation meeting and during the meeting they were there to discuss several points you wanted to discuss regarding retaliation. It was stated to me that during the first point, to which you claimed a DR was used as retaliation, you got upset and removed yourself from the meeting and did not return to finish the discussion on the remaining points of retaliation.

In conclusion, it appears that staff are addressing your concerns for retaliation and that when provided an opportunity to address it on 1/8/24 you did not. You also had the opportunity to address it this month during the retaliation meeting on 2/9/24 and you did not address it then either. This grievance does not meet the definition of Emergency Grievance stated in KAR 44-15-106.

Holly Chavez
Facility Services Admin.

# Request #288011501

**Profile Photo:**



**Audit Photo:**



### Resident Info

**Name:** Letecia Stauch (1983-08-04)
**Booking Number:** 129417
**Submitted Date:** 09/06/23 07:48
**Submitted Room:** 03,0I1239/0I1
**Current Room:** 03,0I1139/0I1
**Facility:** Topeka Correctional (KSDOC) - KS
**MAC ID:** 48:7B:5E:01:08:FE
**Device ID:** 487B5E0108FE

### Form Info

**Category:** Form 9
**Form:** Chaplain Form 9
**Internal Tag:** No Tag

### Request Info

**Status:** CLOSED **by** Jesse Waller
**Facility Deadline:** 09/20/23 23:59

**Summary of Request:**

Church

**Details of Request:**

**To::**
*(Name and Title of Officer or Department)*
Chaplin

**Please provide details about your request:**
*State completely but briefly the problem on which you desire assistance. (Be specific)*
Hi, I tried to go to church Sunday and I was told I couldn't. I understand I am down as Jewish. There is no Rabbi here on ICH nor any judiasm church service. I believe in Christ and Protestant or Christian services would be appropriate. I don't know anything about this cupcaking thing the officers were talking about. I just know that I have a 1st amendment right to practice religion. The facility is already breaking that right of inmates by denying them access to any service. I know this to be true because I have read several court cases in my profession before prison about inmate rights in prison. I know you would never do this, I just always document these instances. Can I please be on the list to attend church? Thank you!

**Work Assignment:**
None

**Comment:**

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 09/18/23 16:59 | Letecia Stauch | Viewed Staff Response | |
| 09/08/23 11:38 | Letecia Stauch | Viewed Staff Response | |
| 09/07/23 16:47 | Letecia Stauch | Viewed Staff Response | |
| 09/07/23 16:47 | Letecia Stauch | Viewed Staff Response | |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 09/07/23 16:43 | Letecia Stauch | Viewed Staff Response | |
| 09/07/23 16:10 | Letecia Stauch | Request turned into Grievance | Letecia turned request 288011501 into grievance 304921741 |
| 09/07/23 16:02 | Letecia Stauch | Viewed Staff Response | |
| 09/07/23 15:53 | Letecia Stauch | Viewed Staff Response | |
| **09/07/23 13:08** | **Jesse Waller** | **Staff Response** | **Greetings, In order to attend Christian Protestant Services at ICH, you must be listed as Christian Protestant as your Religion. This is per our facility G.O. Blessings, Chaplain Waller** |
| 09/07/23 13:08 | Jesse Waller | Changed Status | From 'Open' to 'Closed' |
| 09/06/23 07:48 | Letecia Stauch | Viewed Staff Response | |
| **09/06/23 07:48** | **Letecia Stauch** | **Submitted New** | **Church** |

## Grievance #316585401

**Profile Photo:**



**Audit Photo:**

**Resident Info**

Name: Letecia Stauch (1983-08-04)
Booking Number: 129417
Submitted Date: 09/16/23 07:48
Submitted from Location/Room: 03,0I1239/0I1
Current Location/Room: 03,A14105/AI4
Facility: Topeka Correctional (KSDOC) - KS
MAC ID:
Device ID:

**Form Info**

Category: Grievance
Form: Chaplain Grievance

**Grievance Info**

Grievance ID #:
Status: CLOSED by Linda Hull-Vera
Facility Deadline: 09/30/23 23:59
Grievance Level: 1
Resident can reply: No
Disposition @ 1: Invalid Complaint

**Summary:**

Response

**Details:**

Chaplin

I received your response about services. Thank you for documenting this to me as the facility does not have a Rabbi nor any Judaism weekly service and is in violation now of a 1st amendment right. I wanted to make sure you are aware because I will be filing an inmate complaint packet in a federal court for the freedom of religion for violating an inmates right to practice religion. Case precedent shows that an inmate can chose a secondary comparable service or practice if the facility fails to provide one. Any individuals who contribute to this matter (if can be determined even by a lay witness) are in violation of it to. Nothing towards you...I just have to type it this way for documentation as I'm sure you wouldn't do this without the facility forcing you. Thank youu.

None

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 10/05/23 16:04 | Letecia Stauch | Viewed Staff Response | |
| 09/25/23 11:20 | Linda Hull-Vera | Changed Status | From 'Open' to 'Closed' |
| **09/25/23 11:20** | **Linda Hull-Vera** | **Staff Response** | **You filed a paper grievance regarding the same matter. Mr. Phelps is working on that reply. This is a duplicate of a paper grievance.** |
| 09/25/23 11:17 | Linda Hull-Vera | Changed Disposition | Changed the disposition value for level 1 from to Invalid Complaint |
| 09/16/23 07:48 | Letecia Stauch | Request turned into Grievance | Letecia turned request 304799361 into grievance 316585401 |
| 09/16/23 07:48 | Letecia Stauch | Appeal Answer | Appeal Answer: I understand your policy but it is unconstitutional. Prison policies that are in violation of a constitutional right are eligible to be filed in a federal court. I am preparing those documents now. The facility violates 1st amendment rights by denying Native American offenders church. This is a culture. They are also in violation of kosher and promoting antisemitism. Denying Jewish offenders church services even those that are comparable is discriminatory in nature. It also puts you and anyone else involed to be sued in your individual and official capacity for antisemitism and 1st amendment violations. |
| 09/16/23 07:42 | Letecia Stauch | Viewed Staff Response | |
| 09/11/23 14:14 | HChavez3 | Changed Status | From 'Open' to 'Closed' |
| **09/11/23 14:14** | **HChavez3** | **Staff Response** | **please review our IMPP 10-110D and review our KDOC policy and procedures regarding religious practices.** |
| 09/08/23 11:37 | Letecia Stauch | Viewed Staff Response | |
| 09/08/23 11:37 | Letecia Stauch | Viewed Staff Response | |
| 09/07/23 16:12 | Letecia Stauch | Viewed Staff Response | |
| **09/07/23 16:02** | **Letecia Stauch** | **Submitted New** | Response |



Topeka Correctional Facility
David McCabe, Interim Warden
815 SE Rice Road
Topeka, KS 66607

**Kansas**
Department of Corrections

Phone: (785) 296-3432
Fax: (785) 559-5112
kdocpub@ks.gov
www.doc.ks.gov

Jeffery Zmuda, Secretary                                                     Laura Kelly, Governor

September 12, 2023

Stauch, Letecia 129417
TCF—ICH
Re: grievance form

Ms. Stauch,

I received two separate forms stating that you have made several attempts to resolve several issues on the tablet since 8/18/23. You are stated that you are seeking a remedy for discrimination, cruel & unusual punishment, refusal of law library, freedom of religion and housing discrimination. Each of these issues are addressed below:

According to KAR 44-15-102 you are to seek "Informal Resolution" with your Unit Team Manager, meaning you should be going to Ms. Hull-Viera before filing a formal grievance. The IMPP requires you to attach all documentation of your attempts at informal resolution prior to filing a formal grievance. There was no additional information attached to your grievance paperwork.

According to KAR 44-15-101 you are unable to grieve your housing as it is part of a classification decision and this a concern that cannot be addressed via the grievance process.

The "voyeurism informational" you filed on Officer Dietrick was reviewed, reported to his supervisors and EAI. The outcome is confidential and if there is discipline or any other feedback that is private, you will not be notified.

General Order 14-104 states that you are to request law library time to the librarian, and you will be scheduled. After consultation with the librarian, you did not reach out to her or me, FSA Chavez requesting law library time. Please send a request to the Librarian so you can get on the schedule for law library.

According to your religious affiliation's documentation, you are listed as Jewish. We currently do not have any volunteers to lead Jewish services, and you are the only resident on the I/J side of the facility to list Jewish as their religious affiliation. Our policy IMPP 10-110D states that in order to schedule a group service there must be 2 or more with approval from the Chaplain. You are not being denied your right to religious services, you are able to practice in your cell and if you need any materials, we will do

our best to accommodate with what we might have. Please review IMPP 10-110D for any further clarification.

Please note that you to address your concerns individually in their own grievances, multiple issues should not be addressed in one grievance. It makes it harder to ensure that we have addressed and provided a response for all your concerns and provided you with the information necessary for you to understand the policies.


Respectfully,




_____
Holly Chavez, FSA                    Date

# Request #407595901

**Profile Photo:**



**Audit Photo:**



### Resident Info

**Name:** Letecia Stauch (1983-08-04)
**Booking Number:** 129417
**Submitted Date:** 12/27/23 11:33
**Submitted Room:** 03,0I1139/0I1
**Current Room:** 03,0I1139/0I1
**Facility:** Topeka Correctional (KSDOC) - KS
**MAC ID:** 48:7B:5E:01:08:FE
**Device ID:** 487B5E0108FE

### Form Info

**Category:** Form 9
**Form:** Chaplain Form 9
**Internal Tag:** No Tag

### Request Info

**Status:** CLOSED **by** Jesse Waller
**Facility Deadline:** 01/10/24 23:59

**Summary of Request:**

Chaplin

**Details of Request:**

**To::**
*(Name and Title of Officer or Department)*
Chaplin

**Please provide details about your request:**
*State completely but briefly the problem on which you desire assistance. (Be specific)*
So I am sending you the violations I was telling you about. First, KDOC policy 10-110D dietary guidelines for Judaism is Kosher. Plus attachment A. The facility does not offer Kosher nor does the current one follow a Kosher. Certified religious diet is not Kosher. This is the antisemitic and against its own policy. Next, the similarly situated is under the equal protection clause of the constitution. This includes saying we are part of a specific group. The specific group is females. KDOC has a lot of religious discrepancies when compared to male facilities. Last, its a big concern that the Friday night service at I is not church. But even more disturbing he is false teaching. He spoke last week saying Jesus was not born in Bethlehem but in a tower. He then went on to change the Bible and to spread that to us. He taught from books not in the Bible. This is disturbing and was noticed by several inmates. So not only are we denied church....we are having a false speaker at ICH which interferes with the word of God.

**Work Assignment:**
None

**Comment:**

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/04/24 18:37 | Letecia Stauch | Viewed Staff Response | |
| 01/04/24 18:37 | Letecia Stauch | Viewed Staff Response | |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| **01/04/24 15:25** | **Jesse Waller** | **Staff Response** | **Greetings, thank you for making me aware of these things. That is the starting place for us to begin to make changes. You are free to attend the service or not. This is a church that has been coming to the facility for a long time. We are working to add more worship services at ICH. Hopefully, these will begin to happen in the next few weeks! Blessings, Chaplain Waller** |
| 01/04/24 15:25 | Jesse Waller | Changed Status | From 'Open' to 'Closed' |
| 01/03/24 14:32 | Letecia Stauch | Viewed Staff Response | |
| 12/27/23 11:38 | Letecia Stauch | Viewed Staff Response | |
| 12/27/23 11:38 | Letecia Stauch | Viewed Staff Response | |
| **12/27/23 11:34** | **Letecia Stauch** | **Submitted New** | **Chaplin** |