| Received | KDOC # | Resident Name | Housing Unit | Work Assignment | Sender | Date Delivered | Delivered By | Mailroom Staff | Comments | Returned |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/29/2023 | 129417 | STAUCH, LETECIA | OUTGOING | | COLORADO DOC HQ | | | CLA | | |
| 9/7/2023 | 129417 | STAUCH, LETECIA | OUTGOING | | COLORADO DEPARTMENT OF CORRECTIONS | | | CLA | | |
| 9/25/2023 | 129417 | STAUCH, LETECIA | ICH | LAYIN | SAMLER & WHITSON PC | 9/27/2023 | UT | HC | | 9/27/2023 |
| 1/29/2024 | 129417 | STAUCH, LETECIA | OUTGOING | LAYIN | LARRY TURNER CDOC | | | DW | | |
| 1/29/2024 | 129417 | STAUCH, LETECIA | OUTGOING | LAYIN | THE DISTRICT COURT OF SHAWNEE COUNTY | | | DW | | |
| 2/20/2024 | 129417 | STAUCH, LETECIA | I-1-139 | LAYIN | OFFICE OF THE CLERK UNITED STATES DISTRICT COURT | 2/21/2024 | UT | CLA | | 2/21/2024 |
| 2/20/2024 | 129417 | STAUCH, LETECIA | I-1-139 | LAYIN | CLERK OF THE DISTRICT COURT 3RD JUDICIAL DISTRICT | 2/21/2024 | UT | CLA | | 2/21/2024 |
| 2/21/2024 | 129417 | STAUCH, LETECIA | OUTGOING | | COURT OF APPEALS -CLERK OF COURT | | | BRP | | |
| 2/22/2024 | 129417 | STAUCH, LETECIA | OUTGOING | | SHAWNEE COUNTY COURTHOUSE CLERK OF THE DISTRICT COURT | | | BRP | | |
| 2/26/2024 | 129417 | STAUCH, LETECIA | I-1-139 | LAYIN | STATE OF COLORADO DEPARTMENT OF CORRECTIONS OFFENDER SERVICES UNIT | 2/28/2024 | UT | CLA | | 2/28/2024 |
| 2/26/2024 | 129417 | STAUCH, LETECIA | I-1-139 | LAYIN | OFFICE OF THE CLERK UNITED STATES DISTRICT COURT | 2/28/2024 | UT | CLA | | 2/28/2024 |
| 2/29/2024 | 129417 | STAUCH, LETECIA | OUTGOING | | US DISTRICT COURT OF COLORADO | | | DW | | |
| 2/29/2024 | 129417 | STAUCH, LETECIA | I-1-139 | ICH PORTER | THE SUPREME COURT OF KANSAS | 3/1/2024 | UT | CLA | | 3/1/2024 |
| 3/7/2024 | 129417 | STAUCH, LETECIA | OUTGOING | | KANSAS DEPT OF CORRECTIONS | | | BRP | | |
| 3/11/2024 | 129417 | STAUCH, LETECIA | I-1-139 | ICH PORTER | OFFICE OF THE CLERK UNITED STATES DISTRICT COURT | 3/13/2024 | UT | CLA | | 3/13/2024 |
| 3/11/2024 | 129417 | STAUCH, LETECIA | I-1-139 | ICH PORTER | OFFICE OF THE CLERK UNITED STATES DISTRICT COURT | 3/13/2024 | UT | CLA | | 3/13/2024 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/11/2024 | 129417 | STAUCH, LETECIA | I-1-139 | ICH PORTER | ERIC A SAMLER ATTORNEY | 3/13/2024 | UT | CLA | | | 3/13/2024 |
| 3/15/2024 | 129417 | STAUCH, LETECIA | I-1-139 | ICH PORTER | CLERK OF THE DISTRICT COURT THIRD JUDICIAL DISTRICT | 3/18/2024 | UT | CLA | | | 3/18/2024 |
| 3/21/2024 | 129417 | STAUCH, LETECIA | I-1-139 | ICH PORTER | CLERK US DISTRICT COURT | 3/22/2024 | UT | CLA | | | 3/22/2024 |
| 3/27/2024 | 129417 | STAUCH, LETECIA | OUTGOING | | SHAWNEE COUNTY COURTHOUSE CLERK OF THE DISTRICT COURT | | | DW | | | |
| 4/8/2024 | 129417 | STAUCH, LETECIA | OUTGOING | | JOSEPH SALAMON INTERSTATE COMPACT COLORADO DEPT OF CORRECTIONS | | | DW | | | |
| 4/11/2024 | 129417 | STAUCH, LETECIA | I-1-139 | ICH PORTER | CLERK OF THE DISTRICT COURT THIRD JUDICIAL DISTRICT | 4/12/2024 | UT | BRP | | | 4/12/2024 |
| 4/11/2024 | 129417 | STAUCH, LETECIA | I-1-139 | ICH PORTER | CLERK OF THE DISTRICT COURT THIRD JUDICIAL DISTRICT | 4/12/2024 | UT | BRP | | | 4/12/2024 |
| 4/11/2024 | 129417 | STAUCH, LETECIA | I-1-139 | ICH PORTER | CLERK OF THE DISTRICT COURT THIRD JUDICIAL DISTRICT | 4/12/2024 | UT | BRP | | | 4/12/2024 |
| 4/12/2024 | 129417 | STAUCH, LETECIA | I-1-139 | ICH PORTER | UNITED STATES DISTRICT COURT | 4/16/2024 | UT | BRP | | | 4/16/2024 |
| 4/22/2024 | 129417 | STAUCH, LETECIA | I-1-139 | ICH PORTER | CLERK OF THE DISTICT COURT 3RD JUDICIAL DISTRICT TOPEKA KS | 4/29/2024 | UT | CLA | Resident is unable to sign is under continuous observataion. Met with her cellside. Put it into locker per Hull-Viera 04/29/2024 | | 4/29/2024 |
| 5/3/2024 | 129417 | STAUCH, LETECIA | I-1-139 | | CLERK US DISTRICT COURT | 5/6/2024 | UT | CLA | | | 5/6/2024 |
| 5/7/2024 | 124417 | STAUCH, LETECIA | OUTGOING | | SHAWNEE COUNTY DISTRICT COURT NOTICE OF APPEAL-CIVIL HABEAS | | | DW | | | |
| 5/7/2024 | 129417 | STAUCH, LETECIA | OUTGOING | | KANSAS CLERK OF APPELLETE COURT | | | DW | | | |
| 5/15/2024 | 129417 | STAUCH, LETECIA | I-1-139 | ICH PORTER | THE SUPREME COURT OF KANSAS | 5/16/2024 | UT | CLA | | | 5/16/2024 |
| 5/16/2024 | 129417 | STAUCH, LETECIA | I-1-139 | ICH PORTER | OFFICE OF THE CLERK UNITED STATES DISTRICT COURT TOPEKA KS | 5/17/2024 | UT | CLA | | | 5/17/2024 |
| 5/16/2024 | 129417 | STAUCH, LETECIA | I-1-139 | ICH PORTER | OFFICE OF THE CLERK UNITED STATES DISTRICT COURT TOPEKA KS | 5/17/2024 | UT | CLA | | | 5/17/2024 |

| Date | ID | Name | Direction | Code | Porter | Recipient | Date2 | Type | Staff | Notes | Date3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/17/2024 | 129417 | STAUCH, LETECIA | OUTGOING | | | THE APPELLATE COURTS OF KANSAS TOPEKA, KS | | | BRP | | |
| 5/20/2024 | 129417 | STAUCH, LETECIA | I-1-139 | ICH PORTER | | ERIC SAMLER ATY REG #32349 SAMLER AND WHITSON PC | 5/21/2024 | UT | BRP | | 5/21/2024 |
| 5/28/2024 | 129417 | STAUCH, LETECIA | OUTGOING | | | SHAWNEE COUNTY COURT | | | BRP | | |
| 6/4/2024 | 129417 | STAUCH, LETECIA | I-1-139 | ICH PORTER | | THE SUPREME COURT OF KANSAS | 6/6/2024 | UT | CLA | | |
| 6/6/2024 | 129417 | STAUCH, LETECIA | I-1-139 | ICH PORTER | | CLERK OF THE DISTRICT COURT 3RD JUDICIAL DISTRICT TOPEKA KS | Refused | | CLA | Resident refused legal mail 06/11/2024 CLA will return to united states district court | |
| 6/7/2024 | 129417 | STAUCH, LETECIA | OUTGOING | | | EL PASO COUNTY COURT | | | DW | | |
| 6/10/2024 | 129417 | STAUCH, LETECIA | I-1-139 | ICH PORTER | | UNITED STATES DISTRICT COURT | Refused | | BRP | Resident refused legal mail 06/11/2024 CLA will return to united states district court | |
| 6/17/2024 | 129417 | STAUCH, LETECIA | I-1-139 | ICH PORTER | | OFFICE OF THE CLERK UNITED STATES DISTRICT COURT | 6/18/2024 | UT | CLA | | |
| 6/20/2024 | 129417 | STAUCH, LETECIA | OUTGOING | | | UNITED STATES DISTRICT COURT | | | BRP | | |
| 6/20/2024 | 129417 | STAUCH, LETECIA | I-1-139 | ICH PORTER | | FOURTH JUDICIAL DISTRICT CLERKS OFFICE COLORADO SPRINGS CO | | | | | |