# DISCIPLINARY REPORT

Attachment B, IMPP 11-119
Effective: 12-11-13

**Topeka Correctional Facility**
(FACILITY)

| Case No. *1361* | Date of Alleged Violation: 12/13/23 | Time: 10:00 ☒A.M. ☐P.M. |
|---|---|---|
| Date This Report Written: 12/13/23 | | Time: 2:17 ☐A.M. ☒P.M. |

| Name of Inmate: | **STAUCH** | **Letecia** | **Taylor** | No.: **129417** |
|---|---|---|---|---|
| | LAST | FIRST | MI | |
| Duty Assignment: | ICH Porter | | Cell No.: I 1B, 139 | |

**Alleged Violation of Law or Rule** *(Identify by Code No., Short Title, and Class)* 44-12-401b Work Performance (Class II)

**FACTS:** Resident Stauch has not reported to work in two (2) days - 12/12/23 and 12/13/23, and has not been on a medical lay-in. She is assigned to the ICH Porter position doing the ICH stairs up to 2nd Floor, Conference Room, Counselor and Medical Offices and No Contact Visitation Rooms.

(Attach Additional Sheet(s) if necessary)

Staff Witness:

*(Signature)*

Linda Hull-Viera, UTM
Printed Name and Title of Employee Writing Report

Approved by: (Shift Supervisor, Unit Team Manager & Title)

I declare (or verify, certify, or state) under penalty of perjury under the laws of the State of Kansas that the foregoing is true and correct.

Executed on  12.13.23                Signature

| I received a copy of this report on 12-15-2023 , 10¹⁵ pm | (Inmate Signature & No.) |
|---|---|
| | Date            Time | |
| I served a copy of this report on 12-15-23 , 10¹⁵ pm | (Signature of Officer or Unit Team Manager & Title) |
| | Date            Time | |

*Technical and clerical errors in the writing and/or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.*

Effective: 12-11-13

DISPOSITION AND HEARING RECORD

**INMATE NAME & NO:** Stauch 129417

**FACILITY:** TCF          **CASE NO:** 2023-12-1361          **HEARING DATE:** 12/27/23

**CHARGING** Hull-Viera, L          **TIME:** 1:35pm

**HEARING**

| Violation | Class | Amended Violation | Amended Class | Plea | Finding |
|-----------|-------|-------------------|---------------|------|---------|
| 401 (b) | 2 | | | ☐G ☑N/G ☐NC | ☐G ☑N/G ☐DISM. |

Reason: Plea of not guilty

| | | | | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐DISM. |

Reason: _____

| | | | | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐DISM. |

Reason: _____

| | | | | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐DISM. |

Reason: _____

| | | | | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐DISM. |

Reason: _____

| | | | | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐DISM. |

Reason: _____

| | | | | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐DISM. |

Reason: _____

☐ Reporting Officer Sworn In / Affirmed          ☒ Notarized Testimony Read into the Record

**Staff Testimony / Cross Examination (Attach Testimony)**

☐ Inmate Sworn in / Affirmed

☐ Hearing held Inabsentia  Reason_____

          **Staff Assistant Assigned:** _____

☐ Inmate Not Sworn In/Affirmed    Explain_____

_____
_____

**Inmate Testimony / Cross Examination (Attach Testimony)**

Attachment D1, IMPP 11-119
Effective: 12-11-13

## KANSAS DEPARTMENT OF CORRECTIONS
## DISCIPLINARY OFFICE
### INMATE DISCIPLINARY SUMMONS

TO: _____**Stauch**_____    ___129417___    DATE: 12/21/2023
            INMATE NAME           NUMBER

HOUSING UNIT/CELL: _____ I C H _____

CASE NO.: _____2023-12-1361_____

---

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE A HEARING OFFICER AS DEFENDANT IN THE ABOVE REFERENCED CASE.

          TIME: _____TBD_____

          DATE: _____12/28/2023_____

          LOCATION: _____ICH_____

**FAILURE TO REPORT WILL RESULT IN THE ISSUANCE OF A DISCIPLINARY REPORT FOR THE VIOLATION OF K.A.R. 44-12-501; A CLASS III OFENSE.**

---

INMATE SIGNATURE: _____

STAFF SIGNATURE: ____B. Appler 151_____

SERVED: _____12/21/23_____    __4:44pm_____
              DATE                           TIME

---

PLEASE RETURN ORIGINAL SUMMONS TO THE DISCIPLINARY ADMINISTRATOR'S OFFICE.  GIVE THE INMATE THE COPY FOR HER RECORDS.



Topeka Correctional Facility
Gloria Geither, Warden
815 SE Rice Road
Topeka, KS 66607

Kansas
Department of Corrections

Phone: (785) 296-3432
Fax: (785) 559-5112
kdocpub@ks.gov
www.doc.ks.gov

Jefferey Zmuda, Secretary

Laura Kelly, Governor

Date: 12/27/2023

DR#: 2023-12-1361

### Summary of Findings

Resident (Name) Stauch (KDOC #)  129417 was charged with 44-12-401b. on (date) 12/13/2023.

Resident (Name) Stauch was served Disciplinary Report # 1361 on (date) 12/13/2023. The resident

plead ☐ No contest  ☐ Guilty  ☒ Not Guilty waiver on (date) 12/27/2023. Disciplinary

Administrator found Resident (Name) Stauch ☐ Guilty  ☒ Not Guilty  ☐ Dismissed of the charge

based on the plea and/or the information provided in the Disciplinary Report.

Notes/Justification:

The Disciplinary Hearing Administrator (DA) Ms. Gibson held a hearing with resident Stauch# 129417 on 12/27/2023 at 1:354pm for violating rule 44-12-401b. Resident Stauch plead not guilty to violating rule 44-12-401b. DA Ms. Gibson found resident Stauch not guilty for violating rule 44-12-401b. DA, Ms. Gibson found resident Stauch not guilty due to on 12/12/23 resident was practing her religion (Hunakka) and OCI Johnstone reports he was given a directive to have resident Stauch placed in her cell until further notice for something going on with a PREA incident.

_CC tt Gibson_____                    _12/27/23_

Disciplinary Administrator Signature              Date

Page 2 of 3, Attachment L, IMPP 11-119
Effective: 12-11-13

**INMATE NAME & NO.:** Stauch 129417                     **CASE NO:**   2023-12-1361

☐ Witness(es) Sworn In/Affirmed _____

_____

**Witness(es) Testimony / Cross Examination  (Attach Testimony)**

**Closing Statement(s):  (Attach Arguments)**

If applicable include inmate's testimony/ arguments on restitution

Sanction(s): _44-12- 4010 - N/A_ _____

_____

_____

**Reason for Sanctions:** _____

_____

**Disposition of Evidence:** _____

☑ Inmate advised of right to Appeal,  Inmate Initial _____

HEARING OFFICER SIGNATURE _____ DATE _12/22/23_

**FINAL ACTION BY FACILITY WARDEN:**
☑ **APPROVED**                                              ☐ **REDUCE TO SUMMARY JUDGMENT**
☐ REINSTATE DISMISSED CHARGES; REMAND NEW HEARING     - restriction from privileges up to 10 days
☐ AMEND THE CHARGE                                          - fine not to exceed $10.00
☐ DISAPPROVE/DISMISS                                        - extra work w/o incentive pay for no more than 2 hrs/day
                                                            no more than 5 days
☐ REDUCE THE PENALTY
☐ SUSPEND ALL OR PART OF SENTENCE                           - work w/o incentive pay not to exceed 5 days
☐ REMAND NEW HEARING                                        - restitution not less than $3.00 or more than $20.00
☐ CLARIFICATION OF RECORD

Comments: _____
    WARDEN/DESIGNEE SIGNATURE _McCabe_ DATE _12/29/23_

I received a Copy of the Hearing Record and understand I have 15 days to Appeal this decision.

INMATE SIGNATURE _____  DATE _1/4/24_

I served a copy of the Hearing Record

_____                     _1/4/24_
    STAFF SIGNATURE                                       DATE

Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.

Attachment I, IMPP 11-119
Effective: 12-11-13

ACKNOWLEDGMENTS/INMATE WAIVER OF RIGHTS

| INMATE NAME/NUMBER: <u>Stauch  129417</u> | CASE NO: | 2023-12-1361 |

## ACKNOWLEDGMENTS

☑ I received a copy of the Disciplinary Report and was advised of the charge within 48 hours after issuance of the report.

☐ I submitted request for Witness Form within 48 hours after receipt of the Disciplinary report.

☑ I received at least 24 hour notice of the time of the hearing.

☑ I was advised at the beginning of the hearing of the amount of restitution proposed and had opportunity to submit contrary evidence regarding value.

☑ I was advised as to the possible penalty involved with a plea or a finding of guilty.

## WAIVERS

Initials
☑ I Waive time limits or other procedure(s) as stated below:

Inmate's

Time limits Waiver or other procedure(s): _Waived time limits_

☐ I Waive reporting officer/reporting staff member testifying.  Class I cases.  Inmate's Initials

Inmate Signature: _____ No:_____ Date: _____

Hearing Officer: _CCIF Gibson_    Date: _12/27/23_

Attachment B, IMPP 11-119
Effective: 12-11-13

# DISCIPLINARY REPORT

Topeka Correctional Facility
( FACILITY)

| Case No. 0178 | Date of Alleged Violation: December 12, 2024 | Time: 0800 ☒A.M.☐ P.M. |
|---|---|---|
| Date This Report Written:February 15, 2024 | | Time: 1530 ☐A.M.☒ P.M. |

| Name of Inmate: | STAUCH | Letecia | T | No.0129417 | Cell No: I 139 |
|---|---|---|---|---|---|
| | LAST | FIRST | MI | | |

Duty Assignment: _____

**Alleged Violation of Law or Rule** (*Identify by Code No., Short Title, and Class*) Kansas Administrative Regulation (KAR) 44-12-209, a class III offense. Entering into contracts, incurring financial obligations. *new*

FACTS: I, Special Agent Ryan SHANKS, am assigned to the Kansas Department of Corrections (KDOC) Enforcement, Apprehensions, and Investigations (EAI) Unit at the Topeka Correctional Facility (TCF), located at 815 SE Rice Road, Topeka, Shawnee County, KS 66607.

On February 01, 2024, the EAI Unit at TCF became aware of TCF Resident Letecia STAUCH (0129417) entering a contract with a known member of the public to sell a pair of sweat pants via the online auction site eBay. Review of her Global Tel Link (GTL) emails, phone calls, and a search of eBay resulted in a discovery to sell the sweat pants for $200, to which STAUCH would receive a partial portion of these funds, with the member of the public profiting from a partial portion of the funds as well.

On December 12, 2024, STAUCH requested to mail the sweat pants out to the member of the public as indicated in a KDOC Request/ Authorization to Remove Property Form, thus, fulfilling her end of the contract.

For entering into a verbal and written contract to sell a pair of sweat pants without the consent of the appointing authority, and for her own financial benefit, STAUCH is in violation of KAR 44-12-209: Entering into contracts, incurring financial obligations, a class III violation. All evidence is retained in the EAI office under TCF-SP-24-3, which I closed on February 15, 2024.

Staff Witnesses:_____     (Signature) _____

_____SAG SISCO_____

_____     Printed Name and Title of Employee Writing Report
Ryan Shanks, Special Agent

Approved by: _____ cSII
(Shift Supervisor, Unit Team Manager & Title)

I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct.

Executed on  02/15/2024      Signature _____

I received a copy of this report on 02/15/24, 6:58 , _____ (Inmate Signature & No)
(Date)     (Time)

I served a copy of this report 02/15/24, 6:19 , COI _____
(Date)     (Time)     (Signature of Officer or Unit Team Manager & Title)

*Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuant to K.A.R. 44-13-707. Harmless error; Plain error.*

## DISPOSITION OF DISCIPLINARY CASE

| RESIDENT NAME & NO.  Stauch, Letecia 129417 | CASE NO.   2024-02-0178 |
|---|---|

## TESTIMONY

**The following is a summary; it is not a detailed transcript of testimony taken or received.**

**Hearing conducted 2/26/2024 in the ICH Disciplinary office.  Present at the hearing was charged Offender Stauch, Capt. Scharf and Hearing Officer CSI T. Van Dyke. Offender Stauch was sworn in to testify and provided a written statement that was entered into testimony. The disciplinary report was read and the pleas were explained. When asked to enter a plea, Offender Stauch pled "not guilty" to the charges of 44-12-209.**

**Hearing Officer Van Dyke asked Offender Stauch was ask to explain why she didn't believe she was guilty, she said, "I sent out gifts for Hanukkah, I never wanted anything in return."**

**Questions asked by Hearing Officer Van Dyke to Offender Stauch.**

**Q: Did you ask for your sweats to be put on Ebay?**
**A: "I didn't ask for that, we set someone else up to do that for their youtube."**
**Q: Did you stand to profit from it?**
**A: "No, I didn't stand to gain from Ebay or any of those channels at all."**

**When asked if Offender Stauch would like to make a final statement, she declined.**

**Based on the reports and testimony, I, CSI T. Van Dyke find offender Stauch guilty of 44-12-209 Entering into contracts.  She has been given 10 days of LOP (no dayroom/ no microwave) 2/26/2024-3/6/2024.**

Attachment I, IMPP 11-119
Effective: 12-11-13

ACKNOWLEDGMENTS/INMATE WAIVER OF RIGHTS

| INMATE NAME/NUMBER: <u>Stauch, Letecia  129417</u> | CASE N° | 2024-12-0178 |
|---|---|---|

## ACKNOWLEDGMENTS

[X] I received a copy of the Disciplinary Report and was advised of the charge within 48 hours after issuance of the report.

[ ] I submitted request for Witness Form within 48 hours after receipt of the Disciplinary report.

[X] I received at least 24 hour notice of the time of the hearing.

[X] I was advised at the beginning of the hearing of the amount of restitution proposed and had opportunity to submit contrary evidence regarding value.

[X] I was advised as to the possible penalty involved with a plea or a finding of guilty.

## WAIVERS

**Initials**                                                                              **Inmate's**

[ ] I Waive time limits or other procedure(s) as stated below:                    [   ]

Time limits Waiver or other procedure(s): _____
_____

[ ] I Waive reporting officer/reporting staff member testifying.  Class I cases.    [   ] **Inmate's Initials**

Inmate Signature: _Letecia_ _____  No: _129417_  Date: _2/24/24_

Hearing Officer: _CS1 J. Van Dyke_ _____  Date: _2/26/24_

Attachment D1, IMPP 11-119
Effective: 12-11-13

## KANSAS DEPARTMENT OF CORRECTIONS
### DISCIPLINARY OFFICE
### INMATE DISCIPLINARY SUMMONS

TO: _____ Stauch, Letecia _____    _____ 129417 _____    DATE: _2/16/24_
_____ INMATE NAME _____    _____ NUMBER _____

HOUSING UNIT/CELL: _ICH_ _____

CASE NO.: _____    _____ 2024-02-0178 _____

---

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE A HEARING OFFICER AS DEFENDANT IN THE ABOVE
REFERENCED CASE.

TIME: ___ TBD ___

DATE: ___ 2/22/24 ___

LOCATION: _RH_

**FAILURE TO REPORT WILL RESULT IN THE ISSUANCE OF A DISCIPLINARY REPORT FOR THE VIOLATION OF
K.A.R. 44-12-501; A CLASS III OFENSE.**

---

INMATE SIGNATURE: _Conflict w/ LSW_

STAFF SIGNATURE: _CSI L. Van Dyke_

SERVED: ___ 2/16/24 ___    _8:14_
_____ DATE _____    _____ TIME _____

---

PLEASE RETURN ORIGINAL SUMMONS TO THE DISCIPLINARY ADMINISTRATOR'S OFFICE. · GIVE THE INMATE
THE COPY FOR HER RECORDS.

Attachment M, IMPP 11-119
Effective: 12-11-13

# CONTINUANCE/RECESS LOG

| Inmate Name/Number: | Stauch, Letecia                    129417 | **Case No:** | 2024-12-0178 |
|---|---|---|---|

**Facility:** TCF

| Inmate Request | Staff Request | Warden Extension | Date | 30 Day Review | Reason | Initial |
|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | 2/22/24 | ☐ | Capt Scharf to be Present | Jur |
| ☐ | ☐ | ☐ | | ☐ | Hearing will take place 2/26/24 | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| RECESS | | | | | | |
| RECESS | | | | | | |

## TOPEKA CORRECTIONAL FACILITY

## NON-STAFF MEMBER NARRATIVE REPORT

Date: 2/26/2024                                                    Page 1 of  1

Name/Number LeKeaStewer      109417

Subject: _____

Narrative:
On Dec. 12th I sent to sent out gifts for Jewish Holday. I actualy
sent out muitiple during the week of Hannuk. I have not engaged in
in other activities with anyone. The general public is inaccurate as
This is a family member. This is a Campagen of Harrasment from
this same individual.

(Attach additional pages if necessary but sign only last page.)

I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____    Signature _Jerrery_  4/26/2024

Page 1 of 1, Attachment A, TCF 15-101
Effective 09-30-2018

# Topeka Correctional Facility

### Restriction from Privileges Checklist

FROM:     Disciplinary Administrator

DATE:     _2/26/24_

SUBJECT:     **Restriction from Privileges**

---

Offender **Stauch, L.** # _129417_ has received Restriction from Privilege(s) for _10_ day(s). This is effective from 0800 hours on _2/26/24_ to 0800 hours on _3/6/24_ due to sentencing on disciplinary case # _0178_ .

---

In addition to the privileges that are automatically restricted based on conviction of the disciplinary case noted above, the following additional restrictions shall be imposed as indicated with an X on the line preceding the privilege. Automatic restriction includes use of certain electronic equipment, canteen expenditures per IMPP 04-108D and 11-101A, limitations on use of outgoing funds, including self-help group fundraisers, and Fresh Favorites.

|   |   |
|---|---|
|   | Offender telephone use only with approval of Unit Team |
|   | Offender may not use of Gym/yard |
| X | Offender may not occupy or linger in Dayrooms and Alcoves |
|   | Offender may not participate in organized sporting activities |
|   | Only Non-contact visitation will be allowed |
|   | Programs participation restricted to only those as required by Offender Program Plan (OPP) |
| X | Offender may not use microwave ovens |
|   | Offender hair care services are limited to haircuts |
|   | Required to complete literary assignment |

---

**All offenders on restriction shall be issued an identifiable smock or bracelet.**
**This shall be worn and/or displayed with the offender's ID badge. Violation of this order shall be a Class II offense.**

---

I acknowledge the fact that I have been placed on Restriction from Privileges. I also acknowledge that I received a written notice of this restriction on _2/26/24_ at _8?_ hours. I fully understand the restriction(s) imposed, and I also understand that any violation of the above will result in me being charged with 44-12-505, Restriction, a Class II offense.

_139_ | _Anti-Senate Behavior Management Violation_ | _2/26/24_
Room Number | Offender Signature and Number | Date Signed

cc:     Offender
        Unit Team

HHPage 1 of 3, Attachment L, IMPP 11-119

Effective: 12-11-13

**DISPOSITION AND HEARING RECORD**

**INMATE NAME & NO:** Stauch, Letecia 129417    \Uf

| FACILITY: | TCF | CASE NO: | 2024-02-0178 | HEARING: DATE | 2/26/24 |
|---|---|---|---|---|---|
| CHARGING | Shanks, R | | | TIME: | 7:43 |
| HEARING | Van Dyke | | | | |

| Violation | Class | Amended Violation | Amended Class | Plea | Finding |
|---|---|---|---|---|---|
| 209 | 3 | | | ☐G ☒N/G ☐NC | ☒G ☐N/G ☐DISM. |

Reason: Reports and testimony

| | | | | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐DISM. |
|---|---|---|---|---|---|

Reason:

| | | | | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐DISM. |
|---|---|---|---|---|---|

Reason:

| | | | | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐DISM. |
|---|---|---|---|---|---|

Reason:

| | | | | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐DISM. |
|---|---|---|---|---|---|

Reason:

| | | | | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐DISM. |
|---|---|---|---|---|---|

Reason:

| | | | | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐DISM. |
|---|---|---|---|---|---|

Reason:

☐ Reporting Officer Sworn In / Affirmed        ☒ Notarized Testimony Read into the Record

Staff Testimony / Cross Examination (Attach Testimony)

☐ Inmate Sworn in / Affirmed

☐ Hearing held Inabsentia  Reason_____

Staff Assistant Assigned:_____

☐ Inmate Not Sworn In/Affirmed    Explain_____

Inmate Testimony / Cross Examination (Attach Testimony)

**INMATE NAME & NO.:** Stauch, Leticia 129417          **CASE NO:** 2024 02-0178

☐ Witness(es) Sworn In/Affirmed _____

Witness(es) Testimony / Cross Examination  (Attach Testimony)

Closing Statement(s): (Attach Arguments)

If applicable include inmate's testimony/ arguments on restitution

Sanction(s): 44-12-209 Entering into contracts class 3
10 days LOP No Dayroom, No microwave
2/26 - 3/6/24

Reason for Sanctions: 1303

Disposition of Evidence: _____

☒ Inmate advised of right to Appeal,  Inmate Initial  _LS_

HEARING OFFICER SIGNATURE CSI L Van Dyke     DATE 2/26/24

**FINAL ACTION BY FACILITY WARDEN:**

☒ APPROVED                                    ☐ REDUCE TO SUMMARY JUDGMENT
☐ REINSTATE DISMISSED CHARGES; REMAND NEW HEARING    - restriction from privileges up to 10 days
☐ AMEND THE CHARGE                             - fine not to exceed $10.00
☐ DISAPPROVE/DISMISS                            - extra work w/o incentive pay for no more than 2 hrs/day
                                               no  more  than 5 days
☐ REDUCE THE PENALTY
☐ SUSPEND ALL OR PART OF SENTENCE               - work w/o incentive pay not to exceed 5 days
☐ REMAND NEW HEARING                            - restitution not less than $3.00 or more than $20.00
☐ CLARIFICATION OF RECORD

Comments: _Nelson_____

          WARDEN/DESIGNEE SIGNATURE _Sam Hook_     DATE  3-7-24

I received a Copy of the Hearing Record and understand I have 15 days to Appeal this decision.

INMATE SIGNATURE _____     DATE 3/8/24

I served a copy of the Hearing Record

_____     3/8/24
     STAFF SIGNATURE                          DATE

Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.