# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LETECIA STAUCH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
| | ) Case No. 24-3027-JWL |
| **JEFF ZMUDA,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### DECLARATION OF JESSE WALLER

Comes now, Jesse Waller, and declares under the penalty of perjury as follows:

1. I am currently employed by the Kansas Department of Corrections ("KDOC") as the Chaplain for the Topeka Correctional Facility ("TCF"). I have been employed in this position since November of 2017.

2. My duties as Chaplain include working to meet the spiritual and religious needs of residents, manage and arrange for religious services, and respond to religious grievances.

3. During my time as Chaplain, I have not encountered a complaint or grievance regarding a resident's ability to choose any religious affiliation they prefer upon intake to TCF, aside from Letecia Stauch's #129417 claim.

4. Ms. Stauch was not denied the ability to attend Jewish church services; because she was the only Jewish resident in her building at that time, there was no Jewish church service available.

5. I did not tell Ms. Stauch that her religious freedoms were being limited by any person or entity at TCF.

6. I did not tell Ms. Stauch that male residents have any greater freedom to pursue religious interests than female residents. All residents have equal access and involvement in religious services regardless of their sex or gender.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 5/21/2024

/s/ *Jesse Waller*