# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LETECIA STAUCH,** | )<br>) |
|           **Plaintiff,** | )<br>) |
| **v.** | )<br>)   Case No. 24-3027-JWL |
| **JEFF ZMUDA,** *et al.*, | )<br>) |
|           **Defendants.** | )<br>) |

### DECLARATION OF VALERIE WATTS

Comes now, Valerie Watts, and declares under the penalty of perjury as follows:

1. I am currently employed by the Kansas Department of Corrections ("KDOC") as the PREA Compliance Manager for the Topeka Correctional Facility ("TCF"). I have been employed in this position since February of 2023.

2. My duties as PREA Compliance Manager include managing PREA complaints, ensuring the safety of residents, and ensuring TCF's compliance with PREA Standards.

3. Retaliation meetings are held to gain additional details of how the resident is being treated following the complaint and to ensure the resident is not facing retaliation from other residents or staff.

4. I take this information, if any is provided, and I consider ways to address any reported issues to prevent future harm to the resident.

5. PREA Standards require an initial meeting with the claimant then meetings 30, 60, and 90 days from the date of the complaint.

6. After receiving Letecia Stauch's #129417 PREA complaint on December 4, 2023, I followed federal PREA Standards and met with Ms. Stauch for the Initial Retaliation Monitoring Meeting that day.

7. I scheduled the 30-day meeting for January 8, 2024. Ms. Stauch attended this meeting but refused to participate in the 60-day meeting on February 9, 2024.

8. Ms. Stauch attended the 90-day meeting, on March 29, 2024. She refused to participate in an additional meeting on May 10, 2024, which would have been 120 days after the complaint was filed. This is not required by PREA, but it is something I do to give residents more support.

9. I would describe Ms. Stauch as generally uncooperative.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 6/18/2024.

/s/ *Valerie Watts*