ATTACHMENT A, IMPP 10-110
EFFECTIVE 03-08-16

# KANSAS DEPARTMENT OF CORRECTIONS
## RELIGIOUS AFFILIATION INFORMATION

DATE 8/14/2023

RESIDENT NAME: Stauch, Letecia        NUMBER# 179417

PRESENT RELIGIOUS AFFILIATION:

___Asatru/Odinist    ___Assembly of Yahweh    ___Buddhist    ___Catholic

___Christian Science    ___Hinduism    ___House of Yahweh    ___Islam

___Jehovah Witness   ✓ Judaism    ___Krishna

___Mormon    ___MSTA    ___Native American    ___Christian/Protestant

___Rastafarian    ___7-Day Adventist    ___Sikh    ___Thelema

___Unity    ___Wiccan    ___Other(_____)


NAME OF YOUR OUTSIDE RELIGIOUS GROUP:
_____

NAME OF RELIGIOUS LEADER (Priest, Pastor, Imam, Sheik, Medicine Man, etc.):
_____

ADDRESS OF RELIGIOUS LEADER:_____
                              Number       Street
                              _____
                              City    State    Zip Code


If I decide to change my religious affiliation, I will make my request to the Pastoral Care Department.

Signed: _[signature]_____    _____    8/14/2023
        Residents Name/Number      Chaplain/Warden's Designee    Date


Cc:    Unit Team File
       Central File

Attachment D, IMPP 10-110D
Effective 01-30-18

## KANSAS DEPARTMENT OF CORRECTIONS
## CHANGE OF RELIGION REQUEST

ICH-1B

OFFENDER NAME Letecia Stauch   NUMBER 129417 CELL 222

MOST CURRENT RELIGOUS PREFERENCE: Jewish Christian

CHANGE TO RELIGIOUS PREFERENCE (Check One):

| | | | |
|---|---|---|---|
| ___Asatru/Odinist | ___Assembly of Yahweh | ___Buddhist | ___Catholic |
| ___Christian Science | ___Hinduism | ___House of Yahweh | ___Islam |
| ___Jehovah Witness | ___Judaism | ___Krishna | ___Mormon |
| ___MSTA | ___Native American | ✓ Christian/Protestant | ___Rastafarian |
| ___7-Day Adventist | ___Sikh | ___Thelema | ___Unity |
| ___Wiccan | ___Other (_____) | | |

Do you wish to have your name placed on all the applicable religious activities in your faith group?

✓ YES      ___NO

Complete the information below if there is a religious official, (Priest, Pastor, Imam, Sheik, Medicine Man, etc.), that you wish to have visit:

Name: _____

Street Address: _____

City: _____   State: _____   Zip Code: _____

Offender's Signature: [signature]
Date: 10-2-2023

Chaplain's/Warden's/Superintendent's Designee Signature: [signature]
Date: 10-9-23

Entered into OMIS/JCFS Date 10/11/23 Initials: AP

Note: Facility is requiring other methods for inmates who are Jewish to attend church. This is an act of anti-semitism and in order for me to attend I had to abandon my Jewish Christian affiliation to just Christian. This is another form of documenting as I am collecting data to file a US 1983 on TCF. Instead of housing individuals appropriately or treating all inmates the same, they engage in 1st, 8th, 14th amendment violations - they are aware + complicit

cc:   Unit Team/Unit
      Central File