An official State of Kansas government website. Here's how you know

Kansas Secretary of State - KAR Regulations

# Scott Schwab
# Kansas Secretary of State

## Agency 44

## Department of Corrections

Article 12.—Conduct and Penalties

Printable Format

**44-12-209. Entering into contracts, incurring financial obligations.** No inmate shall enter into a contract, or incur any financial obligation, including orders by mail, without the principal administrator's approval. Violation of this rule shall be a class III offense. (Authorized by and implementing K.S.A. 1990 Supp. 75-5210; effective May 1, 1980; amended May 1, 1981; amended April 20, 1992.)

Printable Format

---

### Kansas Secretary of State

- Memorial Hall, 1st Floor
  120 SW 10th Avenue
  Topeka, KS 66612-1594
- 785-296-4564
- kssos@ks.gov
- 8:00 a.m. to 5:00 p.m.

### Business Services Division

- 785-296-4564
- kssos@ks.gov

### Elections Division

- 800-262-VOTE(8683)
- election@ks.gov

### Publications Division

- 785-296-BOOK(2665)
- sos_lawbooks@ks.gov