# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LETECIA STAUCH, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 24-3027-JWL |
| JEFF ZMUDA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF TORY VAN DYKE

Comes now, Tory Van Dyke, and declares under the penalty of perjury as follows:

1. I am currently employed by the Kansas Department of Corrections ("KDOC") as a Corrections Specialist I for the Topeka Correctional Facility ("TCF"). I have been employed in this position since August 2021.

2. In my capacity as a Corrections Specialist, a portion of my responsibility is to oversee disciplinary hearings for alleged resident misconduct.

3. I was the disciplinary officer that oversaw Letecia Stauch's #129417 disciplinary report for violating K.A.R. 44-12-209 after selling her clothing through a third party online.

4. I did not at any time threaten Ms. Stauch.

5. Ms. Stauch was afforded the opportunity to address the evidence and charge against her during the hearing.

6. During her testimony, Ms. Stauch admitted to performing the actions of providing her sweatpants to a third party so they could be sold for financial gain. I found this sufficient to find her guilty.

7. I did not have a punishment planned or written before the hearing began.

8. The punishment I gave Ms. Stauch was not excessive or for a prolonged period of time that would be unusual for a Class III violation.

9. Ms. Stauch was not denied access to the grievance process after being found guilty.

10. Ms. Stauch had access to physical forms of religious materials and legal resources while she was restricted from tablet use.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 6/4/2024

*/s/ Tory Van Dyke*