Attachment B, IMPP 10-111D
Effective 03-09-23

## KANSAS DEPARTMENT OF CORRECTIONS
### Application for Registration as Registered Attorney

**ATTORNEY INSTRUCTIONS**

- Complete sections I and II, except for information fields marked with an asterisk (*).
- Email the completed form to KDOC_Legal@ks.gov. **NOTE: A legible copy of your current attorney bar card and driver's license must be included with your application.**
- Confirm the application approval and procedures with the resident's unit of assignment the business day prior to the requested phone call.

NOTE: Eligible residents shall be permitted to place calls to their registered attorney(s) using the Resident Telephone Service once the attorney has successfully registered. If you have any questions regarding the completion of this form, please contact KDOC Legal.

**I. RESIDENT IDENTIFICATION**

Resident Name: Letecia Stauch     KDOC #: 129417     *Facility: Topeka Corr. Facility
*Custody Status: Special Management     *Job Assignment: Not working     *Housing Location: _____

**II. ATTORNEY INFORMATION AND AFFIRMATION**

Name: Eric A. Samler     Bar No./State: 32349-Colorado

Business Address: 1600 Stout Street Suite 1400 Denver, CO 80202

Business Telephone No.: 303 670 0575     Fax No.: 303 446 9400
(This number *must* be listed with the licensing authority and is subject to verification)

Personal relationship (friends, family, etc.) with the resident? No: __X__ Yes: _____ (State specifically the nature of your relationship: _____.

*Attorney Affirmation:* I hereby certify that [check one]: ☒ I have an existing attorney-client relationship with the resident identified in this application regarding [matter name, case no., body where pending]: People v. Letecia Stauch 2023CA1067- Colo. Court of Appeals. ☐ A confidential telephone call is requested for the purpose of discussing a prospective attorney-client relationship. I understand that I have other confidential means of communicating with my client, including visits and mail. I understand that the confidential telephone call for which I am applying shall not be used to accomplish any non-attorney-client communication. I understand that this application is subject to review and renewal on an at least annual basis for existing clients, and 90 days for prospective clients (subject to renewal). I agree that I will notify the KDOC Legal Department immediately if my representation of the resident ends. I understand that this confidential telephone call privilege may be revoked and/or my number blocked if the telephone calls are used for any non-attorney client communication or if any other KDOC rules, including but not limited to registration requirements, are violated. I also understand that any false certification or violation of KDOC rules may be referred to the appropriate authorities.

Attorney signature: *Eric Samler*     Date: 07/10/2024

**III. OFFICIAL USE ONLY**

Date Application Received: 7/11/2024     Copy of Bar Card Attached?: Yes     Copy of DL Attached?: Yes
Method used to verify attorney's identity: ✓ State Bar: Colorado Supreme Court Reg.     Other: _____

Attorney telephone number verified? Yes     303.670.0575     7/11/2024

REGISTRATION APPROVED: ✓ Yes: ___ No: ___     Date: 7/11/2024

Signature: *Julie C Horsley*     Printed Name: Julie C Horsley

Reason not approved, if applicable: _____