**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
444 S.E. QUINCY, ROOM 490
TOPEKA, KANSAS 66683

❖ OFFICIAL BUSINESS



FILED

JUL 12 2024

Clerk, U.S. District Court
By: _____ Deputy Clerk

KANSAS CITY 640
12 JUN 2024 PM 6 L



quadient
FIRST-CLASS MAIL
IMI
$000.64 ⁰
06/07/2024 ZIP 66683
043M31223333

US POSTAGE

Case No. 24-3027-JWL Doc.#21

resident refused legal mail

Letecia Stauch #129417

**Return to Sender:**
☐ Resident's name does not match number.
☐ Wrong Resident ID Number.
☐ Must have Resident Name (first, last)/Number
☐ Resident No Longer at TCF Facility
☐ All mail incomings must bear sender's first/last name and a
valid postal address bearing street, city, state, and zip code

RE:   66683 > 3587

NIXIE        641    DC 1          0007/08/24
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC:  66683358799      *2060-03085-08-25