## Count I- Right To Access The Courts and Right To an attorney

①

The Martinez report is to be treated like an affidavit and the Court is not authorized to accept factual findings of the prison investigation when the plaintiff has presented conflicting evidence (Hail v. Bellmon, 935, 10th Circuit, 1991). Below is a list of Conflicting evidence that is available during discovery or at the present time:

1) Did Grieve both issues to defendants and exhausted all remedies all the way to the Secretary of Corrections (Exhibt 2)

2) As provided by Ms. Chavez, the statement and evidence showed I did not have access to Colorado Courts, Case law, any resources outside of Kansas, nor the statues. As mentioned in the original Complaint, I needed more than the statues and suffered personal injury as followed:

A) The lack of resources caused me to miss out on filing a Pro Se Appellate Brief in my criminal appeals case

B) Inadequate resources for illegal detention for Colorado Habeas

②

C) Subject to dismissal of Civil
action in Colorado (Exhibit 1)
D) Subject to dismissal for judicial
misconduct case

## Tampering with Mail

The list that KDOC provided includes
mail that was actually sent or received.
The claim is about several letters that
were sent out that was never received. In
addition, I never refused any mail. This is
a cover-up for officials tampering with mail.
Defendant Hartpence took legal mail in
front of 1SGT Jaques and told me I could
not mail the items. Finally, I am missing
letters from attorneys, Shawnee County Court,
and from Colorado Courts that were sent to
Topeka Correctional that I never received. In
addition Legal Mail is denied (Exhibit 9).

## Update Since receiving the Martinez Report

A) Defendants are interfering with my
law library access completely by blocking
my access or denying my attendance. I
filed electronic forms about their actions

③

that would demonstrate the continued
denial of the courts in addition to other
forms mentioned in this document. Evidence
available during discovery phase will be
electronic numbers 47862981, 472192731,
4728444131, and 472875141. Evidence
available with this response is Exhibt 2
and Exhibt 3.

## Count II
### Contaminated Water

A) Plaintiff disagrees with the Martinez Report
for several reasons and it conflicts with
Plaintiff's allegations.
B) No Advisory was posted as this was
a weekend and Unit Team was not at
Topeka Correctional. No other employees
posted an advisory as mentioned in the
KDOC response.
C) Statements are available from inmates
explaining the contaminated water issue. Please
see exhibt 4, 5, and 6. Additional statements
can be provided during the discovery phase.
D) Did grieve and exhaust remedies - see
exhibt 7.

(4)

Count II Continued... Mold, Toxins, and Improper Ventilation

A) Statements provided in Exhibt 6 are from individuals housed with or close to Plaintiff - Personal Injury can be showed during discovery

B) No one has entered or tested any of the cells that Plaintiff has lived in nor were there any statements saying that. The statements provided were by individuals who do not check our cells or are trained to know what to look for. During discovery Plaintiff can provide additional statements from inmates.

c) Hot water never works in our cells nor has anyone checked any cells that I have lived in.

D) The report focused on cells but did not mention any common areas, the Cafeteria, the Law Library, etc. that have Mold, toxins, and lack Ventilation

E) At no time has anyone checked the windows on any cell that I have lived in nor was a report provided by qualified individuals to verify leaks, improper ventilation, or how we cannot see out our windows

F) Plaintiff followed grievance procedure through 44-15-201 Special kind of Problems and through the Emergency Grievance Procedure, (Exhibt 8).

## Deliberate and Indifference : Food and Nutrition    ⑤

A) Martinez report conflicts with Pro Se Plaintiffs' allegations and ask the District Court to accept the allegations as true, not the records of the report by individuals not responsible for food preparation or testing of mold or unclean areas.

B) Food is served at improper temperatures and sometimes undercooked or cold.

C) Below required Calorie amount listed in the KDOC Policy and Federal Standards for FDA.

D) Deprivation to our health to be fed nutritional food instead of food that causes personal injury.

E) During discovery Plaintiff can show personal injury and long-term effects

F) Food is prepared in unclean/non-sanitary conditions

G) Anyone can sign off on a nutritional plan — however, we do not "see" or receive what is on the plan.

H) A disposable camera would show the court that these allegations are true

J) Mold and Improper Ventilation in the cafeteria and where food is prepared.

## Count III    Religion

⑥

4) There are continued religious violations as mentioned in my 1983 and documents provided by KDOC.

B) Chaplin Waller did make the statement about Jewish services and that the male inmates do not face these challenges.

C) Male inmates have chapels and places of worship, females do not. Male inmates can attend various services for different religions and/or their own religion, females cannot.

D) I was forced to change religion as demonstrated in the KDOC Martinez Report to attend church.

E) Topeka Correctional does not recognize Jewish faith as shown in report and treat members of some religious groups different from others.

F) I exhausted all remedies by following KDOC policies including the informal process, emergency grievances, etc. for several months at TCF.

⑦

Plaintiff ask the court to continue with the claims already accepted and to add the areas listed in this response. There is more evidence that would be available during the discovery phase in addition to the exhibits attached to this document. Defendants are deliberate and Indifferent to my health and safety and have denied me access to the courts and tampered with mail without a valid reason.

I declare under penalty of perjury that these statements are true and correct on August 5, 2024.     _Leticia Stauch_   8/5/2024

Leticia Stauch