

**U.S. District Court - District of Colorado**

**District of Colorado**

## Notice of Electronic Filing

The following transaction was entered on 1/29/2024 at 2:57 PM MST and filed on 1/29/2024

| | |
|---|---|
| **Case Name:** | Stauch v. El Paso County et al |
| **Case Number:** | 1:22-cv-02467-SKC |
| **Filer:** | |
| **Document Number:** | 55(No document attached) |

**Docket Text:**
ORDER TO SHOW CAUSE, returnable by Plaintiff Letecia Stauch, why this case should not be dismissed for failure to prosecute. On 12/18/2023, the Court mailed to Plaintiff a copy of the Court's [52] [51] Order on Motion to Withdraw as Attorney. On 1/2/2024, that mailing was returned as undeliverable. *See* [53]. *Pro se* parties must keep the Court informed of their contact information. *See* D.C.COLO.LCivR 5.1(c) ("Notice of change of name, mailing address, or telephone number of an unrepresented prisoner or party shall be filed not later than five days after the change."). The Court, however, has not received any change of address filing from Plaintiff since 12/18/2023. Therefore, <u>the Court ORDERS Plaintiff to respond, in writing, on or before 2/29/2024</u> as to why the Court should not dismiss this case for failure to prosecute.

The Court FURTHER ORDERS all counsel for Defendants to promptly attempt to notify Plaintiff by any and all means of which they are aware (mailing address, email address, telephone number, etc.) of this Order to Show Cause.

**SO ORDERED** by U.S. District Judge S. Kato Crews on 1/29/2024. Text Only Entry (skclc3)


**1:22-cv-02467-SKC Notice has been electronically mailed to:**

Catherine O'Brien Crum (Terminated)    cobrien@hallboothsmith.com, , dchild@hallboothsmith.com, lwhalen@hallboothsmith.com

Zane Allen Gilmer    zane.gilmer@stinson.com, DEN.LSSTeam@stinson.com, tayler.bradley@stinson.com

Nathan James Whitney    nathanwhitney@elpasoco.com, aprilwillie@elpasoco.com, deelambert@elpasoco.com, jaydahlstrom@elpasoco.com,

Exhibit 1

# U.S. District Court - District of Colorado

## District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 6/6/2024 at 10:46 AM MDT and filed on 6/6/2024

**Case Name:**        Stauch v. El Paso County et al
**Case Number:**      1:22-cv-02467-SKC
**Filer:**
**Document Number:** 61(No document attached)

**Docket Text:**
**ORDER This matter is before the Court sua sponte upon review of the docket. It appears that the Plaintiff did not receive the Order to Show Cause at ECF [55] and it was returned to the Court as undeliverable. Plaintiff provided the Court with an updated address at ECF [60]. The Court will send the Order to Show Cause [55] to Plaintiff at the updated address. Plaintiff shall respond to the Order by 7/8/2024. By U.S. District Judge S. Kato Crews on 6/6/2024. Text Only Entry (skcja, )**

**1:22-cv-02467-SKC Notice has been electronically mailed to:**

Catherine O'Brien Crum (Terminated)    cobrien@hallboothsmith.com, ,
dchild@hallboothsmith.com, lwhalen@hallboothsmith.com

Zane Allen Gilmer    zane.gilmer@stinson.com, DEN.LSSTeam@stinson.com,
tayler.bradley@stinson.com

Nathan James Whitney    nathanwhitney@elpasoco.com, aprilwillie@elpasoco.com,
briannaseifert@elpasoco.com, deelambert@elpasoco.com,
jaydahlstrom@elpasoco.com, meleahwilliams@elpasoco.com,
sarametz@elpasoco.com, tarazemaitaitis@elpasoco.com

Steven Ward Martyn    stevenmartyn@elpasoco.com, aprilwillie@elpasoco.com,
briannaseifert@elpasoco.com, deelambert@elpasoco.com,
meleahwilliams@elpasoco.com, sarametz@elpasoco.com,
tarazemaitaitis@elpasoco.com

Christopher Michael Strider    chrisstrider@elpasoco.com, aprilwillie@elpasoco.com,
briannaseifert@elpasoco.com, cmstrider17@gmail.com, deelambert@elpasoco.com,

Exhibit 2

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: Leticia Stauch          Facility: Topeka Correction

Inmate Number: 109417          Grievance Serial No.: (Several from Chavez) #(331
#4035397891 #4054925871

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:   Kansas Department of Corrections          Date Mailed: 2/1/2024
           714 SW Jackson
           Suite 300                          Placed in U.S. Mail ✓
           Topeka, KS 66603          See back of sheet

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.)

Right to Access Court - I need access to Colorado Court of Appeals not just statues. I also need resources for a Habeas, for a Colorado civil case for prison Conditions, and right to my attorney.          Leticia Stauch
                                                                     Signature of Inmate

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____          Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

_____
Signature of Secretary of Corrections

**For D.O.C. Staff Use Only**

Type of Response (Item 6b:  Code   01, 02, 08 or 09) _____

DC 090, Effective May 1, 1988

A) I need more than the Colorado Statues. I need access to the courts. The computer only has Kansas Case Law and Kansas Appeals and State Combined Cases.

B) I have tried multiple times to add an attorney to my list. See grievance #

C) I received a letter of dismissal due to not having access to the Colorado Courts.

1) <u>Timeline of grievances</u>    1) original with Chavez electronic #'s

Filed Special Kind of Problems 44-15-201 to higher authority after not getting responses about ongoing issues ⟶ Warden

3) No response and proceeded with final step to Secretary of Corrections.

44-15-201 Special Kind of Problems

INMATE REQUEST TO STAFF MEMBER

Denial of the Courts

To: _____   Date: 8/2/24

(Name and Title of Officer or Department)

Copy Made

_____
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

44-15-201 Special Kind of problems
Right to Access Court (Denial)

Stluch

**Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**

129417

**Number**

**INMATE REQUEST TO STAFF MEMBER**

To: Warden                                    Date: August 2nd, 2024

(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

Please see #47287541 - I am being denied the Law Library per your directive as a form of retaliation. There is no reason to deny this service as I am general population and I went for 11 months without any DRs or any reports of abusing the library services. This is as a result of filing a right to access claim and a way to prevent me from proceeding forward with my civil claim. This is in addition to

Work Assignment: None          Living Unit Assignment: JCH

Comment:                        Detail or C.H. Officer: Cell Hill

already denying me the Colorado Courts. The inability to use the law

Disposition: library limited & Denied my right to access the courts + causes injury.

_____

_____

_____

To: _____   Date: _____

(Name & Number)

Disposition: _____

_____

_____

_____

_____

Employee's Signature                          **To be returned to inmate.**

P-0009

Exhibt ④

On January 14th 2024 I was housed on J Cell house second floor. That day there was an advisory on Topeka Kansas water. This advisory was on the news and that is how other residents and I were informed that we should not drink the water unless it was boiled. At no time on January 14th were there ever signs posted nor an announcement stating we should not drink/use the water from the faucets. Around 9:00pm Officers came around and brought each resident two bottles of water.

Aiia Lucas #
8-1-2024

Exhibt (5)                                                    ①

7/24/2024

I, Mia Hidalgo am writing on behalf of the Martinez report ~~legal~~ In regards to TCF living Condition, lack of saefety and regard for resident being housed here, food sanitation procedure & prep and disregard for basic Human rights and decency.

On Jan 14 2024 I was housed on J-2 of TCFS J-cell Dorm. Lataladdi SR. was working as our floor deputy that day and stg. Willis was the Stg. on duty that day as well. I had heard from multiple residents that the City of Topeka was on a boil advisory but I had not seen or heard for myself on a proper news reporting Channel nor did the Staff notify us of any Concern pertaining to the water. That evening residents including myself called home to see if our families would do a google search about anything being reported from Topeka news Sources about the boil advisory. My Mother who resides in Sedgwick County had no knowledge of this due to living there but did Conduct a google Search and Confirmed that Shawnee County was In fact under a boil advisory and asked me if the guards had notified the floors of this. I told her "no" and voiced my Concerns and anxieties to her. She told me she would call

②

the facility and see whats going on. I went to my floor officer and asked him how come the floor was not notified of the boiling advisory. He responed with "We're not under a boiling advisory." I said "Yes, we are. Its on the news." He perceeds to tell me he I would of heard about it in my breifing before I started this shift. You guys are fine to drink and use the water." I grew upset and irritated with him placing the saftey and health of us at risk and told him that he then rolled his eyes and told me he's done talking about this and to get out of his face. I told him im calling my mom and reporting him + his response to me. I called my mother back. explained to her what he said. She said she called the facility and spoke with Sgt Willis who told her that bottled waters had been givien out, Resident were notified and advised to not drink or us the water and that they would be providing Bottle Water to the residents as they had done at the beginning of the shift. There is camera footage showing when they handed out bottle water and it was rite at Nicint after the 9pm count. KDHE issued a news report Jan 14, 2024 at 12:00pm CT notifiying the pubic of this issue. The officers on shift that day took the post at 2:00pm CT that gave #CT facility staff 12hrs to access the problem and breif the next shift to not let the faucit water be used

(3)

Which they did that whole day and days to follow without any Signs being up. They disregarded and Jepordiec our Safty and health and Should be held responsible for their actions just as we Inmates are here doing Sentences being held accountable for our wrong doings.

End of report

Mia Hidalgo #0125599
7/24/2024

Exhibit 6

In The United States District Court of Kansas

Letecia Stauch, Plantiff

Case No: 24-CV-3027-JWL

v.

Jeff Zmuda, et al
Defendants

Declaration Of
Shamaja Rayford

1) No signs were posted about a water advisory on Jan. 14th, 2024.

2) We drank contaminated water for 24 hrs before we found out.

3) We are exposed to toxins, mold and improper ventilation and no one ever checks our cells or has been in our cell to verify the toxins or the lack of hot water. ICA 139

4) Food is often cold, uncooked, and not nutritional.

I declare under penalty of perjury that the following is true and correct on 5 24 24

Shamaja Rayford

Exhibit 7

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: _Letecia Stauch_    Facility: _Topeka Correctional_

Inmate Number: _29417_    Grievance Serial No.: _____

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:    Kansas Department of Corrections    Date Mailed: _2/15/2024_
714 SW Jackson
Suite 300
Topeka, KS 66603    Placed in U.S. Mail ✓ _ls_

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.)

A) We were exposed to Contaminated water on 1/14. It was the weekend and no one warned us. We drank the water for 24 hrs before anyone knew.    → (Turn over)

Signature of Inmate _Letecia Stauch_

---

DECISION BY SECRETARY OF CORRECTIONS (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____    Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

Signature of Secretary of Corrections

---

**For D.O.C. Staff Use Only**

Type of Response (Item 6b: Code    01, 02, 08 or 09) _____

DC 090, Effective May 1, 1988

B) We did not have any notifications on the message board nor did anyone come in on their off day (weekend) to let us know. Please see inmate statements as well.

c) We did not receive water bottles until Monday when regular staff returned (1/15/24) (This was late afternoon)

D) In addition to waiting on the grievance process, I have began to experience symptoms from the exposure such as headaches, dizziness, cough, etc.

E) Timeline of grievance
 - Emergency Procedure  44-15-106 to Warden
 - Warden did not respond within 15 business days (Paper - Tablet Suspended still)
 - escalated to Secretary of Corrections

→ risk of personal injury and irreparable harm

*Exhibit 8    page 13*

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: *Letecia Stauch*                    Facility: *Topeka Correctional*

Inmate Number: *129417*                    Grievance Serial No.: _____

*Emergency grievance*

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:    Kansas Department of Corrections            Date Mailed: *1-3-2024*
714 SW Jackson
Suite 300
Topeka, KS 66603        *Placed in U.S. Mail*

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) *Deliberate and Indifferent*
*to Our Health and Safety*
*A) Food and Nutrition*
*B) Exposure to Mold - Improper Ventilation*            Signature of Inmate

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____            Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

_____
Signature of Secretary of Corrections

**For D.O.C. Staff Use Only**

Type of Response (Item 6b: Code    01, 02, 08 or 09) _____

DC 090, Effective May 1, 1988

Exhibit 8

1) Followed Emergency Procedure 44-15-106 to warden — No response

2) Filed with Unit Team — No response

3) According to policy, I can escalate to the next step if there is no response.

4) Mailed to KDOC

*Exhibit 8*

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: _Leticia Staich_                    Facility: _Topeka Correctional Facility_

Inmate Number: _129417_          Grievance Serial No.: _#024905 → Failed to assign no another number except stamped #_

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:   Kansas Department of Corrections          Date Mailed: _4/24/2024_
                714 SW Jackson
                Suite 300
                Topeka, KS  66603

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take.  (Use extra paper as needed.)

_Warden never responded in the time required per policy. Did not provide duplicate to #. And no findings of fact and conclusion drawn attaching all documents and why its incorrect_

Signature of Inmate _Leticia_

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____          Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

_____
Signature of Secretary of Corrections

**For D.O.C. Staff Use Only**

Type of Response (Item 6b:  Code     01, 02, 08 or 09) _____

DC 090, Effective May 1, 1988

Exhibt 8

INMATE REQUEST TO STAFF MEMBER

To: _Special Kind of Problems_____

Date: _____

(Name and Title of Officer or Department)

_____

Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Liles

**Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**

122198

**Number**

**INMATE REQUEST TO STAFF MEMBER**

To: _Unit Team to Warden Special (Kind of_    Date: _4/12/2024_

(Name and Title of Officer or Department) Problems

State completely but briefly the problem on which you desire assistance. (Be specific.)

Deliberate Indifference to health and Safety by exposing inmates to contaminated water, mold, improper ventilation (as a result) unsanitary prison conditions, and extreme temperatures. Negative affects include fatigue, cough, breathing issues (sewer gas), etc. Officials are aware of these issues that have been present for years and the increasing negative effects and fail to remedy them.

Work Assignment: _Rec. Porter_ Living Unit Assignment: _B_

Comment: _____ Detail or C.H. Officer: _____

Disposition: _____

_____

_____

_____

To: _____ Date: _____

(Name & Number)

Disposition: _____

_____

_____

_____

Employee's Signature **To be returned to inmate.**

P-0009

*Exhibit 8*

INMATE REQUEST TO STAFF MEMBER

To: _____          Date: _____
      (Name and Title of Officer or Department)

_____
   Unit Team, Detail, or Cellhouse Officer's Signature          **To be retained by inmate**

**Form 9**
For Cellhouse Transfer                                            K Joungen
Work Assignment _____                    Last Name Only
Interview Requests

**KANSAS DEPARTMENT OF CORRECTIONS**                            126377
                                                                 Number

**INMATE REQUEST TO STAFF MEMBER**

To: Warden. Special Grend & Problems Date: 4/8/24
      (Name and Title of Officer or Department)
      State completely but briefly the problem on which you desire assistance. (Be specific.)

I am a member of a class of inmates potentially involved in a
class action for deliberate indifference and 8th amendment violations and
equal protection/similarly situated. You are aware of the risk of
harm and not remeding it is disregarding the risk. TCF has improper
ventilation, lack of sanitation, exposure to mold, contaminents, toxins,
black mold, poor sanitation in the cafeteria, no hot water for sanitizing, —
                                                                 back page

Work Assignment: education          Living Unit Assignment: B

Comment: _____          Detail or C.H. Officer: _____

Disposition: _____
_____
_____
_____

To: _____          Date: _____
      (Name & Number)

Disposition: _____
_____
_____
_____

_____
         Employee's Signature                    **To be returned to inmate.**

P-0009

Exhibt 8

Rats/Rodents in the kitchen, cold non-nutritional food in the cafeteria, and sewer gas from the pit and other unsanitary prison conditions. Negative effects include but not limited to cough, headaches, fatigue, shortness of breath, dizziness and other medical issues.

Next, we are not similarly situated. Some members of max are treated differently (blue Tier) but they are still Max. IB is an extension of Seg and no incentives are given on programming as other females in the prison and males across KDOC.

Other areas of concern - Equal Protection

— No afternoon yard

Exhibit 8

INMATE REQUEST TO STAFF MEMBER

To: _____
_____(Name and Title of Officer or Department)_____

Date: _____

_____
_____Unit Team, Detail, or Cellhouse Officer's Signature_____

**To be retained by inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Stauch ① of 2
**Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**

129417
**Number**

**INMATE REQUEST TO STAFF MEMBER**

To: Warden - Special kind of Problems     Date: 4/20/2024
_____(Name and Title of Officer or Department)_____
State completely but briefly the problem on which you desire assistance. (Be specific.)

I am a member of a class of inmates potentially involved in a class action for deliberate and Indifference and 8th Amendment violations and Equal protection (similarly situated) You are aware of the risk of harm and not remedying it would be disregarding the risk A) Improper ventilation, sanitation, exposure to mold, Contaminents toxins (never cleaning the individual pods) black mold poor sanitation in Cafeteria no hotwater for cleaning in 1B rooms, rats/rodents in kitchen, cold food, sewer gas (pit) and unsanitary prison conditions

Work Assignment: _____     Living Unit Assignment: _____

Comment: _____     Detail or C.H. Officer: _____

Negative effects: Cough, sneezing, headaches, fatigue, Shortness of breath, dizziness, etc →

Disposition: _____
Turn

_____
_____
_____

To: _____
_____(Name & Number)_____

Date: _____

Disposition: _____
_____
_____
_____

_____
Employee's Signature

**To be returned to inmate.**

P-0009

Exhibt 8

The next concern is... we are not similarly situated.

- Some members of Max are treated differently (Blue) but they are still Max

- IB is an extension of Seg. and no incentives are given or programming as other females in the prison and males across KDOC

Exhibt 8

INMATE REQUEST TO STAFF MEMBER

To: WARdEN - Special Kinds of Problems                    Date: 4-21-24
(Name and Title of Officer or Department)

_____
Unit Team, Detail, or Cellhouse Officer's Signature          **To be retained by inmate**

Form 9                                                  FRANTZ
For Cellhouse Transfer                        _____
Work Assignment _____           **Last Name Only**
Interview Requests

**KANSAS DEPARTMENT OF CORRECTIONS**            124145
                                              _____
                                                      **Number**

**INMATE REQUEST TO STAFF MEMBER**

To: WARdEN - Special Kinds of Problems    Date: 4-20-24
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I Am A member of A CLASS of inmates potentially involved in A CLASS ACTion
for deliberate And indifference And 8th Amendment Violations And Equal Protection/
(Similarly Situated). You Are Aware of the Risk of Harm And Not Remeding it would be
disregarding the Risk. A) Improper Venhlahon, Sanitation, Exposure to Mold,
Contaminents toxins (Never cleaning the individual pods), black mold Poor Sanitation
in Cafeteria No Hot water for cleaning in 18 Rooms Rats/Rodents in Kitchen, cold food,
Sewer gas (Pit) And Unsanitary Prison conditions.

Work Assignment: _____     Living Unit Assignment: _____

Comment: _____             Detail or C.H. Officer: _____

Negative effects: Cough, Sneezing, Headaches, fatigue, Shortness of breath, dizziness, etc.
                                                                    BACK
Disposition: _____       SIDE
_____           1 of 2
_____
_____
_____


To: _____         Date: _____
        (Name & Number)


Disposition: _____
_____
_____
_____
_____

_____
        Employee's Signature                      **To be returned to inmate.**

P-0009

Exhibt 8

4-21-24

THE NEXT CONCERN IS . . WE ARE NOT SIMILARLY SITUATED.

- SOME MEMBERS OF MAX ARE TREATED DIFFERENTLY (BLUE TIER) but
  THEY ARE STILL MAX

— IB IS AN EXTENSION OF SEG, AND NO INCENTIVES ARE GIVEN
  OR PROGRAMMING AS OTHER FEMALES IN THE PRISON AND MALES
  ACROSS KDOC.

4-21-24

BARBARA FRANTZ

2 OF 2

*Exhibit 9*

*Continued Mail Denial*

RECEIVED

JUL 22 2024

BOC Facility Management Area

Page 2 of 2 Attachment B, TCF 16-101
Effective 09-30-2021

Kansas Department of Corrections
Protest of Mail Censorship

Date of Notice: **7-2-2024**                                    Tracking #: **24-464**

Mail To: Kansas Department of Corrections Mail Censorship From: *Letecia Stauch*

    714 SW Jackson, Suite 300                                    *#129417*

    Topeka, Kansas 66603

In the space below, please print legibly your reason(s) for protesting this censorship action by the Facility. *the entire contents are legal documents printed from Pacer since I do not have access to Colorado Courts and have not had access to the courts my entire stay. The law brary does not print out of state cases nor has access. I am Pro Se and this is a 1st Amen-*

The author or addressee of the censored correspondence will have fifteen (15) business days from the date of the *violation-access* Notice of Censorship to protest that decision. *Facility can verify in my presence that it* *to the courts* *is legal documents for Habeas + Case.*

Protests will be forwarded to the Secretary of Corrections or the Secretary's Designee for final review and disposition by mail and at the author of addressee's expense.

If the Office of the Secretary grants the protest, the material will be delivered to the resident.

If the protest is not granted, each resident will have the option of having censored correspondence or other materials in their entirety either mailed out at the expense of the resident or discarded.

*Letecia Stauch*                          *Letecia Stauch*                    *7/2/2024*
Printed Name of Person Protesting        Signature of Person Protesting      Date

Request Disposition of Material/Items if Protest is not granted (resident only)  *I need Hems please*

| | | |
|---|---|---|
| **NO** | I wish to have the censored material/item destroyed. | |
| **NO** | I wish to have the censored material/item mailed to the following     person/address: | |
| | Name: | |
| | Address: | |
| | City/State/Zip: | |

I understand that I must pay all postage and other costs associated with mailing this material/item.

*Letecia Stauch #129417*                                    *7-2-2024*
Resident Signature and Number                              Date

Secretary's Decision:    Protest Granted    ~~Protest Denied~~  *7-25-24*

*[signature]*
Secretary of Corrections or Designee                       Date

Disposition of Censored Material/Item  *Too far overweight limits; not from courts or atty*

| Delivered to Resident on: | | Mailed on: | | Destroyed on | |
|---|---|---|---|---|---|
| | | | | | |

Printed Name of Person Responsible for Disposition          Signature of Person Responsible for Disposition