# E-FILING  COVER SHEET

From:  Letecia Stauch

To:

U.S. District Court
District of Kansas

Case Name: Stauch v. Zmuda

Case Number: 24: 3027 - JWL

Date of E-filing: 8/7/24

Number of pages excluding this page: 30