IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LETECIA STAUCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 24-3027-HLT-BGS |
| | ) |
| JEFF ZMUDA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## WAIVER OF SERVICE OF SUMMONS EXECUTED

### KDOC Defendants

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the Kansas Department of Corrections ("KDOC") agrees on behalf of the defendants listed below (the "KDOC Defendants") to waive service of process and complaint in this matter:

Jeff Zmuda
Printed name of party who waives service

Printed name of party who waives service

Darcie Holthaus
Printed name of party who waives service

Printed name of party who waives service

Dona Hook
Printed name of party who waives service

Printed name of party who waives service

Holly Chavez
Printed name of party who waives service

Printed name of party who waives service

Dalton Hartpence
Printed name of party who waives service

Printed name of party who waives service

Travis Dietrick
Printed name of party who waives service

Printed name of party who waives service

Printed name of party who waives service

Printed name of party who waives service

1

## Non-KDOC Defendants

The defendants listed below are not believed to be current or former KDOC employees and will not be represented by the Kansas Attorney General ("AG"):

| | |
|---|---|
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |

## Concluding Remarks

Pursuant to the Court's order on October 31, 2024 (Doc. 30), the KDOC Defendants have sixty days after the filing of this waiver to file an answer or other responsive pleading.

| | |
|---|---|
| December 2, 2024 | s/Matthew L. Shoger |
| Date | Signature of Assistant Attorney General |