IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LETECIA STAUCH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 24-3027-HLT-BGS |
| | ) |
| JEFF ZMUDA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Assistant Attorney General Matthew L. Shoger hereby enters his appearance as counsel of record for Defendants Jeff Zmuda, Dalton Hartpence, (fnu) Dietrick, Darcie Holthaus, Dona Hook, Holly Chavez.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL

/s/ Matthew L. Shoger
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of January, 2025, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy also served by means of first-class mail, postage prepaid, addressed to:

Letecia Stauch, #129417
Topeka Correctional Facility
815 S.E. Rice Road
Topeka, Kansas 66607
*Plaintiff Pro se*

                                            */s/ Matthew L. Shoger*
                                            Matthew L. Shoger
                                            Assistant Attorney General