IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LETECIA STAUCH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 24-3027-HLT-BGS |
| ) | |
| JEFF ZMUDA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER FOR CLERK'S FOURTEEN-DAY EXTENSION

Pursuant to Local Rule 77.2, Defendants Jeff Zmuda, Dalton Hartpence, (fnu) Dietrick, Darcie Holthaus, Dona Hook, Holly Chavez should be and hereby are granted fourteen (14) additional days in which to answer or otherwise plead to the petition filed herein. This is the first request for an extension. Defendants' answer or other responsive pleading was originally due January 31, 2025. The time to answer has not expired. Defendants' answer or other responsive pleading is now due on or before February 14, 2025.

Dated this 21st day of January 2025.

                                              Clerk of the United States District Court
                                              For the District of Kansas


                                              By: s/ J. Kendall
                                                  Deputy Clerk

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL

/s/ Matthew L. Shoger
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January, 2025, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy also served by means of first-class mail, postage prepaid, addressed to:

Letecia Stauch, #129417
Topeka Correctional Facility
815 S.E. Rice Road
Topeka, Kansas 66607
*Plaintiff Pro se*

/s/ Matthew L. Shoger
Matthew L. Shoger
Assistant Attorney General