IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LETECIA STAUCH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 24-3027-HLT-BGS |
| | ) |
| **JEFF ZMUDA,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants Jeff Zmuda, Darcie Holthaus, Dona Hook, Holly Chavez, Dalton Hartpence, and (fnu) Dietrick ("Defendants") respectfully move this Court, through Assistant Attorney General Matthew L. Shoger, for an order allowing an additional fourteen (14) days in which to file a response to Plaintiff's Amended Complaint (Doc. 12). In support of the requested extension, the Defendants state the following:

1. Currently, Defendants must respond by February 14, 2025.

2. Defendants have previously received a 14-day clerk's extension as to this deadline.

3. Defendants have not conferred with the Plaintiff in this matter.

4. Good cause exists for the requested motion.

5. On February 9, 2025, the Governor of Kansas proclaimed a State of Disaster Emergency due to an impending winter storm. Many state offices are closing due to this inclement weather, which hinders the preparation of Defendants' response.

6. This Motion is made in good faith and is not presented for the purpose of delay. The extension is requested due to the press of other business and the undersigned counsel's previously scheduled obligations.

For these reasons, Defendants request this Court enter an Order granting an extension of the time allowing fourteen days to answer or otherwise plead to Plaintiff's Amended Complaint, and any further relief this Court deems just and proper.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February, 2025, the foregoing document was filed with the clerk of the court by using the CM/ECF system. As soon as the undersigned counsel's office re-opens, Defendants will serve a copy by first-class mail, postage prepaid, addressed to:

> Letecia Stauch #129417
> Topeka Correctional Facility
> 815 S.E. Rice Road
> Topeka, Kansas 66607
> *Plaintiff, pro se*

At that time, Defendants will file an Amended Certificate of Service specifying the date of mailing.

> */s/ Matthew L. Shoger*
> Matthew L. Shoger
> Assistant Attorney General