**Exhibit B**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

LETECIA STAUCH,                         )
                                        )
      Plaintiff,                    )
                                        )
v.                                      )    **Case No. 24-3027-HLT-BGS**
                                        )
JEFF ZMUDA, *et al.*,                   )
                                        )
      Defendants.                   )
                                        )

## DECLARATION OF HOLLY CHAVEZ

I, Holly Chavez, being of lawful age, make the following declaration pursuant to 28
U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and
information made known to me from official records reasonably relied upon by me in the course
of my employment.

1. I am currently the Facility Services Administrator at Topeka Correctional Facility
   (TCF).

2. I have worked for the Kansas Department of Corrections (KDOC) for 18 years.

3. As part of my job duties, I have access to inmate grievance records.

### Electronic Grievance System

4. In addition to the paper grievance system already in place, KDOC has supplemented
   that system with an electronic grievance system across all KDOC facilities.

5. Inmates can make use of the electronic grievance system to file informal resolution
   attempts, grievances, and grievance appeals using electronic tablets.

### Grievance No. 406356221

6.  A fair and accurate copy of the electronic grievance record for grievance number 406356221, along with a corresponding paper response letter from the TCF warden, is contained in Document 24-10 on pages 12 through 14.

7.  This electronic grievance record shows that inmate Letecia Stauch (#129417) electronically filed an informal resolution attempt on December 17, 2023.

8.  On December 20, 2023, Stauch's unit team, through Linda Hull-Vera, answered with a "Staff Response" denying the relief requested. Hull-Vera also changed the status to "Closed."

9.  Stauch appealed the answer, which turned the informal resolution attempt into a level 1 grievance, on December 21, 2023.

10. Level 1 electronic grievances represent a grievance to staff members, usually to the inmate's unit team.

11. The staff members who receive a Level 1 grievance are specified by the type of grievance in the "Form" field. (For example, "Unit Team Grievance" or "Chaplain Grievance.")

12. On December 22, 2023, Stauch's unit team, through Linda Hull-Vera, answered with a "Staff Response" denying the grievance, marked the disposition for level 1 as "Invalid Complaint," and changed the status to "Closed."

13. Stauch appealed the answer, which escalated the grievance from level 1 to level 2, on December 25, 2023.

14. Level 2 electronic grievances represent a grievance to the inmate's unit team manager.

15. On January 8, 2024, Jacob Phelps, representing Stauch's unit team manager, answered with a "Staff Response" denying the grievance, marked the disposition for level 2 as "Invalid Complaint," and changed the status to "Closed."

16. Stauch appealed the answer, which elevated the grievance from level 2 to level 3, on January 9, 2024.

17. Level 3 electronic grievances represent a grievance to the warden and are responded to by the warden or the warden's designee.

18. On February 1, 2024, Warden Hook suspended Stauch's electronic access due to a pending investigation into potential misuse of the electronic tablet system by Stauch. During that time, Stauch still had full access to all paper grievance forms.

19. Exhibit 1 is a fair and accurate copy of a letter from the warden to Stauch regarding the suspension of electronic access.

20. Stauch's suspension from electronic access ended May 1, 2024.

21. Due to Stauch's suspension from electronic access, the warden responded to Stauch's appeal with a paper response letter dated February 20, 2024, denying the grievance.

22. The letter was printed, signed by the warden, and delivered to inmate Stauch.

23. In addition, on February 21, 2024, Holly Chavez, as the warden's designee, electronically answered with a "Staff Response" documenting that the response was

made via paper due to Stauch's suspension from electronic access. She marked the disposition for level 3 as "Invalid Complaint" and changed the status to "Closed."

24. Stauch had access to paper forms to appeal the grievance to the Secretary of Corrections.

25. Stauch did not appeal the grievance to the Secretary of Corrections by paper or electronically.

26. Level 4 electronic grievances represent an appeal to the Secretary of Corrections and are responded to by the Secretary or the Secretary's designee. Level 4 electronic grievances are the final step of KDOC's electronic grievance process. But the traditional paper forms can be used to appeal the grievance to the Secretary instead, especially if the electronic grievance system is unavailable to an inmate.

27. In the grievance records contained in Doc. 24-10, I have several aliases: Holly Chavez, HChavez2, HChavez3, and FSA Chavez. I have multiple aliases in the electronic system because each alias has different levels of access. I assist unit team managers in making sure grievances are caught up (at levels 1 and 2), and I assist Warden Hook in submitting grievance responses electronically when necessary (at level 3). I have also been assigned by the warden as the point person to handle grievances from Stauch because Stauch has repeatedly sent multiple, similar grievances to multiple staff members. When this occurs, I provide a single, unified response to the scattered similar grievances.

**Example of a Level 4 Electronic Grievance Appeal**

28. For reference, the attached Exhibit 2 is a fair and accurate copy of the electronic grievance record for an electronic grievance that a different inmate appealed to Level 4 and which was responded to by Darcie Holthaus, the Secretary's designee.

**Emergency Grievances**

29. For emergency grievances filed in the electronic grievance system, Level 2 emergency grievances represent an appeal to the Secretary of Corrections and are responded to by the Secretary or the Secretary's designee. For emergency grievances, Level 2 emergency grievances are the final step of KDOC's electronic grievance process. But the traditional paper forms can be used to appeal the grievance to the Secretary instead, especially if the electronic grievance system is unavailable to an inmate.

30. If an electronic emergency grievance is deemed to be an improper use of the emergency grievance process, then the staff response will note that and the grievance will be considered as a grievance to the unit team in accordance with the regular paper grievance process. From that point, the regular paper grievance process's steps apply.

**Technical Issue Regarding Grievance Notifications**

31. Normally, an electronic notification alerts the appropriate staff member that an electronic grievance or grievance appeal has been filed and is in need of a response.

32. A technical issue with the electronic grievance system following a system update in late 2023 resulted in electronic access permissions for some TCF staff members being

lost or reset. This affected some notifications regarding grievances. Notifications regarding emergency grievances at TCF were affected from late 2023 until the issue was discovered and corrected in January 2024.

33. During that timeframe, some expected electronic notifications failed to send to the appropriate TCF staff members when a grievance or an appeal of a grievance was filed.

34. As a result, a backlog formed of grievances and appeals that had not been responded to during that timeframe.

35. When the issue was discovered in January 2024, I submitted a "Staff Response" on some of these unanswered grievances explaining the delay. That counted as the facility's response in the electronic system, and I was then unable to submit a second electronic response responding to the contents of those grievances. For at least some of those grievances, a paper response letter was later used to respond to the contents of the grievances.

36. After the issue was discovered, the appropriate TCF staff members promptly responded to the unanswered grievances and appeals from that timeframe, and the backlog was resolved.

**Other Grievance Records**

37. Exhibit 3 consists of a fair and accurate copy of the electronic grievance record for grievance number 358227081, along with a corresponding paper response letter from the TCF warden.

38. The letter in Exhibit 3 was printed, signed by the warden, and delivered to inmate Stauch.

39. Exhibit 4 is a fair and accurate copy of the electronic grievance record for grievance number 358380041.

40. Exhibit 5 consists of a fair and accurate copy of the electronic grievance record for grievance number 403626461, along with a corresponding paper response letter from the warden.

41. The letter in Exhibit 5 was printed, signed by the warden, and delivered to inmate Stauch.

42. Exhibit 6 consists of a fair and accurate copy of the electronic record for informal request number 405397891, along with a corresponding paper response letter to related grievance number 408018511.

43. The letter in Exhibit 6 was printed and delivered to inmate Stauch.

44. Exhibit 7 is a fair and accurate copy of the electronic record for informal request number 407581871.

45. Exhibit 8 is a fair and accurate copy of the electronic record for informal request number 409500561.

46. Exhibit 9 is a fair and accurate copy of the electronic record for informal request number 411181831.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2025.

Holly Chavez
Facility Services Administrator, TCF
Kansas Department of Corrections

**Exhibit 1**



Topeka Correctional Facility
Dona Hook, Warden
815 SE Rice Rd.
Topeka, KS 66607

Phone: (785) 296-3432
Fax: (785) 559-5112
kdocpub@ks.gov
www.doc.ks.gov

Jefferey Zmuda, Secretary of Corrections                                    Laura Kelly, Governor

February 1, 2024

To: Stauch, Letecia # 129417
Re: Suspension of Use of Electronic Communications

Ms. Stauch,

Due to a pending investigation regarding violations of IMPP, your access to the use of GTL for electronic communications has been revoked until the investigation has been completed. Upon completion of the investigation, you will be notified of the outcome.

You are free to utilize paper to file your form9's, grievances, AWRs or any other communication with staff moving forward. You are also free to utilize the mail system via the mailroom as you have before. This suspension is for the electronic system at this time.

Respectfully,

*Dona Hook*

_____
Warden Hook, TCF

Exhibit 2

# Audit Grievance #470833741

**Profile Photo:**



**Audit Photo:**



**Resident Info**

**Name:** Barbara Frantz (1966-06-12)
**Booking Number:** 124145
**Submitted Date:** 07/26/24 19:27
**Submitted Room:** 03,0I1129/0I1
**Current Room:** 03,0I1129/0I1
**Facility:** Topeka Correctional (KSDOC) - KS
**MAC ID:**
**Device ID:**

**Form Info**

**Category:** Grievance
**Form:** Unit Team Grievance

**Grievance Info**

**Grievance ID #:**
**Status:** CLOSED **by** Darcie Holthaus
**Facility Deadline:** 10/30/24 23:59
**Grievance Level:** 4
**Resident can reply:** No

**Summary:**

COMPLAINT ON TCF OPTOMETRIST DR. RANDAL DYCK AND REQUESTING FOR A SECOND OPINION

**Details:**

UTM MS. HULL VERIA

7-25-24,

I AM FILING A COMPLAINT AGAINST TCF OPTOMETRIST DR. RANDAL DYCK AND REQUESTING FOR A SECOND OPINION FROM AN OPTOMETRIST OUTSIDE OF THE FACILITY.

TODAY'S VISIT WITH DR. DYCK HE RFUSED TO DILATE MY EYES FOR LOOKING INTO OTHER MEDICAL CONDITIONS AS HE IS QUALIFIED FOR DOING SO AND FURTHER I CONTINUE TO REPORT TO HIM OF STABBING PAINS IN MY EYES AND MY HEAD AND HEAD FOR YEARS NOW.

DR.DYCK REFUSES TO SEEK FURTHER INTO MY MEDICAL COMPLAINTS OF MY LEFT EYE AND EAR MOVED UPWARD FROM MY SKULL SWELLING AND MY RIGHT EY BULGING. DR. DYCK ALSO STATED TODAY I HAVE 20/20 VISION WHICH SINCE 2013 I HAVE HAD PERSCRIPTION EYE GLASSES FOR, FAR AND NEAR SIGHTED PERSCRIPTION EYE GLASSES, THAT HAS WORSENED EACH YEAR AND HAVING DOUBLE VISION.

ON 3-24-22 DR. DYCK HAD REFERRED ME FOR AN MRI FROM ACKNOWLEDGING MY LEFT EYE AND EAR MOVED UPWARD FROM MY SKULL SWELLING.
ON 6-8-23 DR. DYCK PERFORMD ANOTHER EYE EXAM AND STATED HE WOULD AGAIN REFER ME FOR NOTHER MRI, BUT SENT IT TO THE PREVIOUS MEDICAL PROVIDER.
ON 7-27-23 I SEEN DR DYCK SPECIFICALLY FOR MY SKULL SWELLING FORCING MY LEFT EYE AND EAR UPWARD WHICH HE AGAIN SENT CENTURION MEDICAL PROVIDER ANOTHER REFERRAL FOR ME AN MRI.

NOW ALL OF A SUDEEN I HAVE 20/20 VISION ?

DR DYCK REFUSING TO SEEK FURTHER INTO VISIBLE MEDICAL CONDITIONS AND DENYING TO DILATE MY EYES CHECKING INTO OTHER POSSIBLE MERICAL CONDITIONS AND DEPRIVING MY MEDICAL COMPLAINTS OF ME HAVING STABBING PANS IN MY EYES AND HEAD OCCURRING AS MY SKULL SWELLING WORSENS.

Lay in due to debilitating life threatening medical conditions being deprived medical care until it kills me being murder by dep

| DATE/TIME | USER | ACTION | SOURCE | DETAILS | |
|---|---|---|---|---|---|
| 01/29/25 07:19 | Darcie Holthaus | Viewed | | | |
| 01/22/25 05:18 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 01/17/25 12:44 | HChavez3 | Viewed | | | |
| 12/27/24 15:47 | Holly Chavez | Print | | Has been printed without notes by Holly.Chavez@ks.gov | |
| 12/27/24 15:47 | Holly Chavez | Viewed | | | |
| 11/29/24 15:50 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 11/26/24 15:59 | HChavez3 | Print | | Has been printed without notes by HChavez3 | |
| 11/26/24 15:59 | HChavez3 | Viewed | | | |
| 11/20/24 19:04 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 11/16/24 12:08 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 11/16/24 11:18 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 11/16/24 10:24 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 11/16/24 10:18 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 11/10/24 05:25 | Barbara Frantz | Viewed Staff Response | Tablet | | |

| DATE/TIME | USER | ACTION | SOURCE | DETAILS | |
|-----------|------|--------|--------|---------|--|
| 11/05/24 05:47 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 10/30/24 10:58 | Darcie Holthaus | Staff Response | | The optometrist does the testing that is medically necessary per his/her findings. I have asked for a review of your file to ensure responses and treatments are appropriate; if action is necessary you will hear from your medical staff. | |
| 10/30/24 10:58 | Darcie Holthaus | Changed Status | | From 'Open' to 'Closed' | |
| 10/30/24 10:56 | Darcie Holthaus | Viewed | | | |
| 10/30/24 10:56 | Darcie Holthaus | Changed Disposition | | Changed the disposition value for level 4 from to Invalid Complaint | |
| 10/30/24 10:56 | Darcie Holthaus | Viewed | | | |
| 10/30/24 10:50 | Darcie Holthaus | Emailed | | to joshua.murtaugh@ks.gov | |
| 10/30/24 10:48 | Darcie Holthaus | Viewed | | | |
| 10/28/24 17:40 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 10/28/24 17:38 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 10/16/24 19:00 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 10/16/24 18:57 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 10/16/24 18:57 | Barbara Frantz | Escalated | Tablet | Frantz, Barbara has escalated the grievance on 10/16/2024 18:57 -06:00 Response: 10-16-24, RESPONSE IS UNSATISFACTORY. THE FACT THAT THERE IS A MESSAGE SHOWING "ERROR DOWNLOADING RESOURCE". MAKING IT SO THAT I CAN'T READ THE WARDENS RESPONSE IS EXTREMELY UNSATISFACTORY AND FURTHER I CONTINUE TO COMPALIN ABOUT THIS. FURTHER I CONTINUE TO BE DEPRIVED PERSCRIPTION EYE GLASSES WHICH I HAVE HAD FOR NEAR AND FAR SIGHTED SINCE 2013. I CONTINUE TO BE DEPRIVED ADEQUATE MEDICAL CARE FOR OPTOMETRY TO DILATE ME EYES FOR LOOKING | |

| DATE/TIME | USER | ACTION | SOURCE | DETAILS | |
|---|---|---|---|---|---|
| | | | | INTO MY SUBSTANTIALLY SERIOUS MEDICAL COMPLAINTS OF STABBING PAINS IN MY EYES AND HEAD WITH MY SKULL SWELLING. MY VISIT ON 7-25-24 WITH DOCTOR RANDAL DYCK SHOULD HAVE WARRANTED A PROVIDER VISIT WITH SUCH SERIOUS MEDICAL COMPLAINTS ON GOING AND OBVIOUS TO A LAYPERSON, WITNESSED IN 6-SWORN DECLARATION STATEMENTS, TWO RESIDENTS KNOWING ME PRIOR TO TCF INTAKE, FROM CO. JAIL, KNOWING ME BEFORE MY SKULL SWELLING. THIS INJURY FROM PREA P/S ASSAULTS, INJURIES WHICH I HAVE SHOWN IN INJURY TO MY HEAD OCCURRING IN CO. JAIL ON 7-24-17 PREA DATE, OF HEAD TRAUMA AND NOW JAIL DOCUMENTS SHOWING NO MEDICAL PERSONNEL ON DUTY... FOR ME BEING " UNRESPONSIVE" AND "SHOOK LIKE SHE WAS HAVING A SEIZURE".. NO MEDICAL PERSONNEL ON DUTY. BLUNT FORCE TRAUMA TO MY HEAD HAVING SKULL SWELLING VISIBLE SINCE MY INTAKE AT TCF 7-23-2020. WORSENING FROM DELIBERATE INDIFFERENCE DEPRIVATION OF MEDICAL CARE. DOCTOR ORDERED 2-2-21 FOR EAR-NOSE-THROAT CONSULT OPTOMETRIST REFERRAL FOR ME A MRI ON 3-24-22 AND AGAIN 7-27-23 CONTINUED REQUEST FOR SECOND OPINION FOR OPTOMETRY | |
| 10/16/24 18:57 | | Changed Status | | From Closed to Open due to Appeal | |
| 10/16/24 18:57 | | Changed Level | | Level changed from 3 to 4 due to Appeal | |
| 10/16/24 18:36 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 10/15/24 13:43 | HChavez2 | Changed Status | | From 'Open' to 'Closed' | |
| 10/15/24 13:43 | HChavez2 | Document added | | Document Frantz, Barbara 124145 470833741.pdf was added. Shared with Resident: Yes | |
| 10/15/24 13:41 | HChavez2 | Document added | | Document Frantz, Barbara 124145 470833741.pdf was added. Shared with Resident: No | |
| 10/15/24 13:41 | HChavez2 | Changed Status | | From 'Closed' to 'Open' | |
| 10/15/24 13:39 | HChavez2 | Viewed | | | |
| 10/15/24 13:36 | HChavez2 | Staff Response | | Response sent via paper. | |
| 10/15/24 13:36 | HChavez2 | Changed Status | | From 'Open' to 'Closed' | |

| DATE/TIME | USER | ACTION | SOURCE | DETAILS | |
|---|---|---|---|---|---|
| 10/15/24 13:35 | HChavez2 | Viewed | | | |
| 10/15/24 13:35 | HChavez2 | Changed Disposition | | Changed the disposition value for level 3 from to Invalid Complaint | |
| 10/15/24 13:34 | HChavez2 | Viewed | | | |
| 10/15/24 13:34 | HChavez2 | Changed Disposition | | Changed the disposition value for level 3 from to Invalid Complaint | |
| 10/15/24 13:34 | HChavez2 | Viewed | | | |
| 10/15/24 13:32 | Holly Chavez | Viewed | | | |
| 10/15/24 13:32 | Holly Chavez | Viewed | | | |
| 10/15/24 13:31 | Holly Chavez | Print | | Has been printed without notes by Holly.Chavez@ks.gov | |
| 10/15/24 13:31 | Holly Chavez | Viewed | | | |
| 10/14/24 15:08 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 10/10/24 12:14 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 10/09/24 19:16 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 10/06/24 06:33 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 10/06/24 06:30 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 09/23/24 13:08 | Holly Chavez | Print | | Has been printed without notes by Holly.Chavez@ks.gov | |
| 09/23/24 12:46 | Holly Chavez | Viewed | | | |

| DATE/TIME | USER | ACTION | SOURCE | DETAILS | |
|---|---|---|---|---|---|
| 09/20/24 06:46 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 09/18/24 23:13 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 09/18/24 23:12 | Barbara Frantz | Escalated | Tablet | Frantz, Barbara has escalated the grievance on 09/18/2024 23:12 -06:00 Response: 9-18-24, RESPONSE IS UNSATISFACTORY. WARDEN DONA HOOK IS RESPONSIBLE FOR PROVIDING ME ADEQUATE MEDICAL CARE. CENTURION IS NOT PROVIDING ME ADEQUATE MEDICAL CARE. HSA MICHELLE CLAVIN, LCP SHE MALICIOUSLY RESPONDS THAT I " FOCUS ON THINGS WHICH THERE IS NO CLINICAL EVIDENCE" DOCTOR GREG ERB, MD RESPONDS " REGIONAL KEEPS DENYING EVERYTHING". FURTHER MALICIOUS STATEMENTS FROM KDOC-TCF-CENTURION CONSTANTLY STATING WITH DELIBERATE INDIFFERENCE THAT " THESE ARE OLD MEDICAL COMPLAINTS" AND "THESE ISSUES HAVE BEEN ADDRESSED AND WILL NO LONGER ADDRESS OLD ISSUES. THESE ARE SERIOUS MEDICAL COMPLAINTS THAT I HAVE REPORTED THAT THIS FACILITY CONTINUES TO DEPRIVE ME FOR, FOR THE LAST FOUR YEARS !! SUBSTANTIALLY DISREGARDING WITH SUCH CALLOUS DISREGARD, ABUSE OF DISCRETION TO DEPRIVEME ACCESS TO SPECIALISTS CAPABLE TO EVALUATE ME FOR MY CONTINUED MEDICAL COMPLAINTS. DR. DYCK OF OPTOMETRY I STATED TO HIM OF SUBSTANTIAL SERIOUS MEDICAL COMPLAINTS WHICH SHOULD HAVE PROVIDED ME A CENTURION PROVIDER VISIT AND DID NOT !! FURTHER DR.DYCK DENYING TO DILATE MY EYES FOR LOOKING INTO MEEICAL CONDITIONS HE IS QUALITIED FOR DOING SO AND REFUSED. HIM DENYING ME EYE GLASSES WHICH I HAVE HAD SINCE 2013 PERSCRIPTION EYEGLESSES FOR NEAR AND FAR SIGHTED. AS LONG AS CENTURION HAS EXTREMELY INADEQUATE MERICAL CARE, I WILL REPORT TO THE WARDEN FOR REMEDY FOR ADEQUATE MEEICAL CARE DEPT. DR. DYCK HAS MADE 2 REFERRALS FOR ME AN MRI OF MY HEAD FOR MY SERIOUS MEDICAL COMPLAINTS BEING DEPRIVED CARE | |
| 09/18/24 23:12 | | Changed Status | | From Closed to Open due to Appeal | |
| 09/18/24 23:12 | | Changed Level | | Level changed from 2 to 3 due to Appeal | |
| 09/18/24 23:11 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 09/18/24 22:45 | Barbara Frantz | Viewed Staff Response | Tablet | | |

| DATE/TIME | USER | ACTION | SOURCE | DETAILS | |
|-----------|------|--------|--------|---------|---|
| 09/18/24 22:45 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 09/18/24 14:54 | Holly Chavez | Staff Response | | The medical department has operated with formal grievances via paper for a few years now, which you should be familiar with the process as you have used this method many times. GTL is only one method of grievances we have available, please use a paper grievance for medical complaints. | |
| 09/18/24 14:53 | Holly Chavez | Changed Status | | From 'Open' to 'Closed' | |
| 09/18/24 14:51 | Holly Chavez | Viewed | | | |
| 09/18/24 14:51 | Holly Chavez | Changed Disposition | | Changed the disposition value for level 2 from to Invalid Complaint | |
| 09/18/24 14:49 | Holly Chavez | Viewed | | | |
| 09/08/24 16:43 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 09/08/24 16:26 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 09/06/24 05:36 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 09/03/24 17:15 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 08/16/24 05:46 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 08/12/24 16:29 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 08/11/24 16:05 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 08/08/24 13:43 | HChavez3 | Viewed | | | |

| DATE/TIME | USER | ACTION | SOURCE | DETAILS | |
|---|---|---|---|---|---|
| 08/05/24 13:59 | Jacob Phelps | Viewed | | | |
| 08/05/24 08:02 | Linda Hull-Vera | Viewed | | | |
| 08/05/24 06:02 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 08/05/24 05:53 | Barbara Frantz | Escalated | Tablet | Frantz, Barbara has escalated the grievance on 08/05/2024 05:53 -06:00 Response: 8-5-24, RESPONSE IS UNSATISFACTORY. RESPONSE DOES NOT ADDRESS MY COMPLAINT AT ALL, AND FURTHER, THERE IS A REASON WHY RESIDENTS HAVE GTL ELECTRONIC METHOD FOR FILING GRIEVANCES THROUGH GTL IF WE CHOOSE TO DO SO WHICH I HAVE IN THIS CASE. ELECTRONIC GRIEVANCE'S AREA ELECTRONIC STORIES D AND FURTHER GRIEVANCE APPEAL IS SENT ELECTRONICALLY TO KDOC AT LEVEL 4 NOT NEEDING A POSTAGE STAMP TO BE DELIVERED TO KDOC, AND ISN'T DESTROYED BY STAFF.. DOCTOR RANDAL DYCK, OPTOMETRIST THAT IS CONTRACTED THROUGH TCF WHICH TCF WARDEN IS RESPONSIBLE FOR PROVIDING AN ADEQUATE MEDICAL DEPT. AND IS FAILING TO PROVIDE WHERE THE CENTURION MEDICAL CARE IS EXTREMELYINADEQUATE. AS ALSO OPTOMETRIST DR DYCK FOR MY OPTOMETRY CARE. I CONTINUE TO REQUEST FOR INVESTIGATION ON DR. RANDAL DYCK REFUSING TO DILATE MY EYE'S FOR LOOKING INTO FURTHER MEDICAL CONDITIONS AS HE IS TRAINED AND MY REQUEST FOR A SECOND OPINION FROM AN OPTOMETRIST OUTSIDE OF THE FACILITY FOR REMEDY TO MY COMPLAINT. | |
| 08/05/24 05:52 | | Changed Status | | From Closed to Open due to Appeal | |
| 08/05/24 05:52 | | Changed Level | | Level changed from 1 to 2 due to Appeal | |
| 08/05/24 05:36 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 08/02/24 09:55 | Linda Hull-Vera | Staff Response | | This cannot be handled through the GTL system. You must submit a paper copy of this grievance request through a paper/hard copy grievance. | |
| 08/02/24 09:55 | Linda Hull-Vera | Changed Status | | From 'Open' to 'Closed' | |
| 08/02/24 09:34 | Linda Hull-Vera | Viewed | | | |

| DATE/TIME | USER | ACTION | SOURCE | DETAILS | |
|---|---|---|---|---|---|
| 08/02/24 09:34 | Linda Hull-Vera | Changed Disposition | | Changed the disposition value for level 1 from to Invalid Complaint | |
| 08/02/24 09:15 | Linda Hull-Vera | Viewed | | | |
| 07/26/24 19:34 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 07/26/24 19:27 | Barbara Frantz | Request turned into Grievance | Tablet | Barbara turned request 470515491 into grievance 470833741 | |
| 07/26/24 19:27 | Barbara Frantz | Appeal Answer | Tablet | Appeal Answer: 7-26-23, RESPONSE IS UNSATISFACTORY. FOR FACTS THAT THE TCF OPTOMETRIST IS CONTRACTED WITH TOPEKA CORRECTIONAL FACILITY, NOT....CENTURION. THIS FACILITY IS NOT PROVIDING ME ADEQUATE MEDICAL CARE AND THIS IS THE WARDENS RESPONSIBILITY TO PROVIDE ME ADEQUATE MEDICAL DEPARTMENT. I AM ONCE AGAIN FILING A COMPLAINT ON TCF OPTOMETRIST DR. RANDAL DYCK REQUESTING AN INVESTIGATION INTO HIS DENYING TO PROVIDE ME ADEQUATE OPTOMETRY AND REQUESTING FOR A SECOND OPTINION OUTSIDE THE FACILITY. THE FACTS THAT I HAVE COMPLAINED TO OPTOMETRIST DR. DYCK EINCE MARCH 24, 2022 OF MY STABBING PAINS IN MY EYES AND HEAD WHICH HE CAN SEE MY VISIBLE SKULL SWELLING FORCING MY LEFT EYE AND EAR UPWARD, MY RIGHT EYE BULGING AND COMPLETELY DISREGARDING BY DELIBERATE INDIFFERENCE FOR CONCEALMENT PURPOSES AND DENYING ME EYE PERSCRIPTION EYE GLASSES. | |
| 07/26/24 19:16 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 07/26/24 11:04 | Linda Hull-Vera | Staff Response | | At this time, medical concerns must be addressed through hard copy form 9 or by going to medical sick call for concerns. You must submit a paper copy of this grievance request through a paper/hard copy grievance. | |
| 07/26/24 11:04 | Linda Hull-Vera | Changed Status | | From 'Open' to 'Closed' | |
| 07/26/24 05:40 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 07/25/24 19:02 | Barbara Frantz | Viewed Staff Response | Tablet | | |

| DATE/TIME | USER | ACTION | SOURCE | DETAILS | |
|-----------|------|--------|--------|---------|---|
| 07/25/24 19:00 | Barbara Frantz | Viewed Staff Response | Tablet | | |
| 07/25/24 19:00 | Barbara Frantz | Submitted New | Tablet | COMPLAINT ON TCF OPTOMETRIST DR. RANDAL DYCK AND REQUESTING FOR A SECOND OPINION |  |

**Exhibit 3**

# Grievance #358227081

**Profile Photo:**



**Audit Photo:**

### Resident Info

**Name:** Letecia Stauch (1983-08-04)
**Booking Number:** 129417
**Submitted Date:** 10/06/23 16:08
**Submitted Room:** 03,AI4207/AI4
**Current Room:** 03,0I4202/0I4
**Facility:** Topeka Correctional (KSDOC) - KS
**MAC ID:** 48:7B:5E:01:08:FE
**Device ID:** 487B5E0108FE

### Form Info

**Category:** Emergency Grievance
**Form:** Emergency Grievance

### Grievance Info

**Grievance ID #:**
**Status:** OPEN
**Facility Deadline:** 01/17/24 23:59 **(-399d)**
**Grievance Level:** 2
**Resident can reply:** No
**Disposition @ 1:** Remedy Denied

**Summary:**

Facility Danger

**Details:**

**Please provide the date of the incident or discovery of the concern:**
Aug 14-Oct 7

**Please provide a detailed description of your grievance, including what or who is the subject of the complaint, related dates, and effect the situation, problem, or person is having on you to make the complaint necessary. An informal resolution attempt is required prior to filing a grievance. Explain what steps you have taken to resolve this concern.:**
I am in danger in this facility. I cannot type a long message here as the system will shit down and all my items have been taken to do it manually. I have seen the abuse on the news from this facility both physical and mental. I am experiencing it now. Religious, cruel and unusual, voyeuristic by staff, no clothing, no Bible, and all as a result of me preparing to file a civil suit for all these reasons. I am in fear for my life from the staff to remain in this building.

**Action Requested for remedy::**
I do not owe Kansas any time. I am on an IC. Send me back to do my time in the correct state to remove me from your abuse.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/19/24 17:53 | Letecia Stauch | Viewed Staff Response | |
| 01/03/24 13:26 | Letecia Stauch | Viewed Staff Response | |
| 01/03/24 13:23 | Letecia Stauch | Viewed Staff Response | |

2/19/2025, 3:21 PM

| DATE/TIME | USER | ACTION | DETAILS |
|-----------|------|--------|---------|
| **01/03/24 13:19** | Letecia Stauch | Escalated | **Stauch, Letecia has escalated the grievance on 01/03/2024 13:19 -06:00 Response: This is against policy and due process. This is an emergency grievance because the abuse and danger in this facility continues and no there has not been an remedy to these. Instead the facility has worked to conceal this information. Had the facility acted on these sooner, I wouldn't of sustained injuries, continued sexual abuse, etc. KDOC's on policy and grievance system has been violated even when I wrote several form nines asking someone to look into these. The threat is still present, I am in danger in this facility due to staff.** |
| 01/03/24 13:19 | | Changed Status | From Closed to Open due to Appeal |
| 01/03/24 13:19 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 01/03/24 13:16 | Letecia Stauch | Viewed Staff Response | |
| 01/03/24 12:44 | Letecia Stauch | Viewed Staff Response | |
| **01/02/24 12:50** | **HChavez3** | **Staff Response** | **There was a mix up with the notification system to the person who was to be replying to the Emergency grievances, so we are have fixed the notification system and we are getting those delinquent grievances caught up. Response to your grievance: Per KAR 44-15-106. Emergency procedure. "Emergency grievances" shall mean those grievances for which disposition according to the regular time limits would subject the inmate to a substantial risk of personal injury or cause other serious and irreparable harm to the inmate. You do not provide any evidence stating that you feel your life is at substantial risk of personal injury, there are only statements with no additional information and since we are responding to these late, we know that you have received answers to several of these complaints already through other grievances that you have entered into the grievance system.** |
| 01/02/24 12:50 | HChavez3 | Changed Status | From 'Open' to 'Closed' |
| 01/02/24 12:49 | HChavez3 | Changed Disposition | Changed the disposition value for level 1 from to Remedy Denied |
| 12/28/23 16:37 | Letecia Stauch | Viewed Staff Response | |
| 12/18/23 16:06 | Letecia Stauch | Viewed Staff Response | |
| 10/07/23 11:35 | Letecia Stauch | Viewed Staff Response | |
| 10/06/23 16:09 | Letecia Stauch | Viewed Staff Response | |
| 10/06/23 16:08 | Letecia Stauch | Viewed Staff Response | |
| **10/06/23 16:08** | Letecia Stauch | **Submitted New** | **Facility Danger** |

**Topeka Correctional Facility**
**Warden's Response to Offender Grievance**

DATE:        March 8, 2024

TO:          Stauch, Letecia 129417

RE:          Response to Your Grievance Received: 3/4/24
             Emergency Grievance--escalated.

Finding of Fact:
Your escalated emergency grievance was received and reviewed. You stated that you were returning from A&D and a threatening statement was made to you by a staff member where you claim they stated, "You need to get your head out your ass before I do it for you." You stated that it occurred on 1/15/24 around 9:03am as you were returning from JCH Law Library.

Conclusions:
The electronic communication system was updated and during this update, the staff notifications for Emergency Grievances were interrupted and resulted in several emergency grievances not being opened. Your grievance was found once your electronic communication was stopped, because of the sanction you received for inappropriate use of the electronic communication system. All your open/active grievances were printed and responded to at that time. Upon investigation of this issue, it was determined that in the emergency grievance you did not name the staff and it was only after the DR process did you name the staff member. After checking with supervisors. The staff you claimed to have threated you was not scheduled to work on 1/15/24, the day you claimed the incident occurred.
After asking Unit Team staff and security in ICH, it appears you did not bring this to the immediate attention of anyone on 1/15/24. There is no record that you mentioned or discussed this issue when you had retaliation monitoring meetings with PREA Coordinator, Ms. Watts either.

Action Taken:
Had this been brought to the attention of staff verbally or in your PREA meetings, this could have been investigated sooner and the response could have been more immediate. My expectation is that staff and residents treat each other respectfully and we will continue to foster a respectful culture at TCF. For reasons mentioned above, this issue has been found to be unsubstantiated.

_____

Dona Hook
TCF Warden

# Grievance #358380041

**Exhibit 4**

**Profile Photo:**



**Audit Photo:**

### Resident Info

**Name:** Letecia Stauch (1983-08-04)
**Booking Number:** 129417
**Submitted Date:** 10/07/23 11:41
**Submitted Room:** 03,AI4207/AI4
**Current Room:** 03,0I4202/0I4
**Facility:** Topeka Correctional (KSDOC) - KS
**MAC ID:** 48:7B:5E:01:08:FE
**Device ID:** 487B5E0108FE

### Form Info

**Category:** Emergency Grievance
**Form:** Emergency Grievance

### Grievance Info

**Grievance ID #:**
**Status:** OPEN
**Facility Deadline:** 01/17/24 23:59 (-399d)
**Grievance Level:** 2
**Resident can reply:** No
**Disposition @ 1:** Invalid Complaint

**Summary:**

Help Help

**Details:**

**Please provide the date of the incident or discovery of the concern:**
Ongoing abuse from facility

**Please provide a detailed description of your grievance, including what or who is the subject of the complaint, related dates, and effect the situation, problem, or person is having on you to make the complaint necessary. An informal resolution attempt is required prior to filing a grievance. Explain what steps you have taken to resolve this concern.:**
Help me. I have been sexually harassed by Dietrick in this building, I was abused physically by a staff member here not an officer but an outside staff member, the Unit Team member is trying to kill me. I've been threatened by the Chaplin. I am losing it mentally and I am in fear of my life at TCF.

**Action Requested for remedy::**
Help me get away from the abuse of this building.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 02/21/24 16:17 | Holly Chavez | Staff Response | Printed and responded via paper due to electronic suspension and Resident Stauch had not electronic access. |
| 01/03/24 13:14 | Letecia Stauch | Escalated | Stauch, Letecia has escalated the grievance on 01/03/2024 13:14 -06:00 Response: First, the grievances system "being late" is in violation of your policy which ia against due process and |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| | | | equal protection. Second, there can't be human error with these nor computer error as I have proof that I reached out to several people to respond to these. Third, no I have not received anything through any grievance process about the abuse sustained in this facility. In fact, the PREA coordinator has left her form 9's open past the policy due date as well. Are you claiming this to be an error as well. |
| 01/03/24 13:14 | | Changed Status | From Closed to Open due to Appeal |
| 01/03/24 13:14 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 01/03/24 13:12 | Letecia Stauch | Viewed Staff Response | |
| **01/02/24 12:54** | **HChavez3** | **Staff Response** | **There was a mix up with the notification system to the person who was to be replying to the Emergency grievances, so we are have fixed the notification system and we are getting those delinquent grievances caught up. Due to the delinquent response to this complaint because of the issue listed above these have already been turned into our PREA coordinator and addressed either via investigative measures or via other grievances.** |
| 01/02/24 12:54 | HChavez3 | Changed Status | From 'Open' to 'Closed' |
| 01/02/24 12:53 | HChavez3 | Changed Disposition | Changed the disposition value for level 1 from to Invalid Complaint |
| 12/28/23 16:36 | Letecia Stauch | Viewed Staff Response | |
| 12/18/23 16:05 | Letecia Stauch | Viewed Staff Response | |
| 10/30/23 08:49 | Letecia Stauch | Viewed Staff Response | |
| 10/16/23 08:00 | Letecia Stauch | Viewed Staff Response | |
| **10/07/23 11:41** | **Letecia Stauch** | **Submitted New** | Help Help |

**Exhibit 5**

# Grievance #403626461

**Profile Photo:**



**Resident Info**

**Name:** Letecia Stauch (1983-08-04)
**Booking Number:** 129417
**Submitted Date:** 12/12/23 11:40
**Submitted Room:** 03,0I1139/0I1
**Current Room:** 03,0I4202/0I4
**Facility:** Topeka Correctional (KSDOC) - KS
**MAC ID:**
**Device ID:**

**Audit Photo:**



**Form Info**

**Category:** Grievance
**Form:** Unit Team Grievance

**Grievance Info**

**Grievance ID #:**
**Status:** CLOSED **by** HChavez2
**Facility Deadline:** 01/23/24 23:59
**Grievance Level:** 3
**Resident can reply:** No
**Disposition @ 1:** Remedy Denied

**Summary:**

GO 15-108

**Details:**

Unit Team

The current General Orders in the law library referred to as GO section 15-108 talks about the ICH Incentive Management Plan. In section II it says curfew for Level Zero is at 9pm. Curfew for level two and three will be 10:30pm on weekdays and midnight on weekends. Now this is under the GO for ICH not any other building. It also says they Level 3 will have access to the level three day room on weekends and holidays. Finally, it also says that we would have level hedges with stripes. None of this policy is in effective. Policy is policy and its clearly under the GO's in the Library. What is going on with this? Thank You

Porter

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| **02/21/24 16:27** | **HChavez2** | **Staff Response** | **this was printed and responded to electronically due to resident Stauch losing electronic communication privileges.** |
| 02/21/24 16:27 | HChavez2 | Changed Status | From 'Open' to 'Closed' |
| 02/21/24 16:26 | HChavez2 | Changed Disposition | Changed the disposition value for level 3 from to Remedy Denied |
| 01/30/24 09:14 | Letecia Stauch | Viewed Staff Response | |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/29/24 17:20 | Letecia Stauch | Viewed Staff Response | |
| 01/19/24 17:51 | Letecia Stauch | Viewed Staff Response | |
| 01/09/24 08:13 | Letecia Stauch | Viewed Staff Response | |
| **01/09/24 07:53** | **Letecia Stauch** | **Escalated** | **Stauch, Letecia has escalated the grievance on 01/09/2024 07:53 -06:00 Response: I asked officers if they policy could be followed. Told no. I asked the SSGT and was told that this policy isn't real. I then messaged the UT and said hey the response says remedy granted so how does the policy start taking place? I was told the grievance coordinator was working on this. However, this says that they grievance coordinator has already taken care of it. No one seems to know why policy isn't followed and others continue to think this is not a policy.** |
| 01/09/24 07:53 | | Changed Status | From Closed to Open due to Appeal |
| 01/09/24 07:53 | | Changed Level | Level changed from 2 to 3 due to Appeal |
| 01/09/24 07:48 | Letecia Stauch | Viewed Staff Response | |
| 01/08/24 08:29 | Letecia Stauch | Viewed Staff Response | |
| 01/08/24 08:18 | Letecia Stauch | Viewed Staff Response | |
| 01/08/24 08:16 | Letecia Stauch | Viewed Staff Response | |
| **01/03/24 14:23** | **Jacob Phelps** | **Staff Response** | **The grievance was received and reviewed. G.O. 15-108 is an active policy as you have stated, we will ensure policy is up to date, and followed if applicable. The Warden has an expectation of everyone who works at TCF to treat all residents and staff with dignity, respect, to enforce policy and to be professional. If that is not happening, then that is between UTM Hull-Viera and her supervisor. Those conversations are private and confidential, and you will not be notified if or when that process takes place. As a follow up to this grievance the appropriate TCF staff have been notified.** |
| 01/03/24 14:23 | Jacob Phelps | Changed Status | From 'Open' to 'Closed' |
| 01/03/24 14:03 | Jacob Phelps | Changed Disposition | Changed the disposition value for level 2 from from Remedy Granted to Remedy Granted |
| 01/03/24 14:02 | Jacob Phelps | Changed Disposition | Changed the disposition value for level 2 from to Remedy Granted |
| 12/20/23 16:03 | Letecia Stauch | Viewed Staff Response | |
| 12/20/23 15:49 | Letecia Stauch | Viewed Staff Response | |
| 12/20/23 15:49 | Letecia Stauch | Viewed Staff Response | |
| **12/20/23 15:48** | **Letecia Stauch** | **Escalated** | **Stauch, Letecia has escalated the grievance on 12/20/2023 15:48 -6:00 Response: This is a common practice of the facility to have policy listed and then say that it is not in effect. Is this accurate with all policy? What is the purpose of general orders or policy if the facility does not follow them? This would mean that no policy is in effect because no one is actually aware of what we follow or don't. Putting something in the library as an effective policy is lying about what is allowed and what is not. This sets the policy system up for failure without revoking it. Now the entire GO's are invalid if this is selective but never repealed.** |
| 12/20/23 15:48 | | Changed Status | From Closed to Open due to Appeal |

| DATE/TIME | USER | ACTION | DETAILS |
|-----------|------|--------|---------|
| 12/20/23 15:47 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 12/20/23 15:42 | Letecia Stauch | Viewed Staff Response | |
| **12/19/23 11:17** | **Linda Hull-Vera** | **Staff Response** | **Even though it is listed in the library, this policy is not in effect at this time.** |
| 12/19/23 11:17 | Linda Hull-Vera | Changed Status | From 'Open' to 'Closed' |
| 12/19/23 11:12 | Linda Hull-Vera | Changed Disposition | Changed the disposition value for level 1 from to Remedy Denied |
| 12/16/23 14:49 | Letecia Stauch | Viewed Staff Response | |
| 12/15/23 15:49 | Letecia Stauch | Viewed Staff Response | |
| 12/15/23 15:49 | Letecia Stauch | Viewed Staff Response | |
| 12/13/23 22:45 | Letecia Stauch | Viewed Staff Response | |
| 12/12/23 11:40 | Letecia Stauch | Request turned into Grievance | Letecia turned request 403269311 into grievance 403626461 |
| 12/12/23 11:40 | Letecia Stauch | Appeal Answer | Appeal Answer: The response was the policy is not in effect at this time. I would like to grieve this because the policy is still current in the General Orders. It is still listed as current in the Law Library. I also have not found anything that would revoke this policy. Thank you. |
| 12/12/23 11:38 | Letecia Stauch | Viewed Staff Response | |
| 12/12/23 11:38 | Letecia Stauch | Viewed Staff Response | |
| 12/12/23 11:38 | Letecia Stauch | Viewed Staff Response | |
| **12/11/23 23:12** | **Linda Hull-Vera** | **Staff Response** | **This policy is not in effect at this time.** |
| 12/11/23 23:12 | Linda Hull-Vera | Changed Status | From 'Open' to 'Closed' |
| 12/11/23 11:47 | Letecia Stauch | Viewed Staff Response | |
| 12/11/23 11:47 | Letecia Stauch | Viewed Staff Response | |
| **12/11/23 10:35** | **Letecia Stauch** | **Submitted New** | **GO 15-108** |

2/19/2025, 3:15 PM

**Topeka Correctional Facility**
**Warden's Response to Offender Grievance**

DATE:        February 20, 2024

TO:          Stauch, Letecia 129417--ICH

RE:          Response to Your Grievance Received: 1/30/24
             Grievance:  #403626461

Finding of Fact:
Your grievance was received and reviewed. You stated that GO 15-108 is listed in the JCH library, however, it is not currently in effect in ICH.

Conclusions:
Based on conversations with UTM Hull-Veira who has been the UTM in ICH since July 2023, the General Order has not been active since then. There have been recent changes to ICH which includes using part of the level 3 dayroom for the ICH library and also using the current tier schedule, which supersedes the incentive level schedule that would be in place per GO 15-108.

In March 2020, COVID forced TCF to change to a different way of scheduling, which forced some General Orders to be placed on a back burner to accommodate what needed to happen to keep residents safe. Since COVID, some of those scheduling changes have not gone back to before COVID and the housing rules currently in place will remain in effect.

Action Taken:

It was explained that during COVID, schedules changes from an incentive level system to a tier system, making GO 15-108 no longer accurate. No further action is necessary as the tier system is working based on the needs of ICH currently.

_____

Dona Hook, Warden

**Exhibit 6**

# Request #405397891

**Profile Photo:**



**Audit Photo:**



### Resident Info

**Name:** Letecia Stauch (1983-08-04)
**Booking Number:** 129417
**Submitted Date:** 12/18/23 16:27
**Submitted Room:** 03,0I1139/0I1
**Current Room:** 03,0I4202/0I4
**Facility:** Topeka Correctional (KSDOC) - KS
**MAC ID:** 48:7B:5E:01:08:FE
**Device ID:** 487B5E0108FE

### Form Info

**Category:** Form 9
**Form:** Library Form 9
**Internal Tag:** No Tag

### Request Info

**Status:** CLOSED **by** Ms. Boeding
**Facility Deadline:** 01/01/24 23:59

**Summary of Request:**

Lex Nex

**Details of Request:**

**To::**
*(Name and Title of Officer or Department)*
Ms. Boeding

**Please provide details about your request:**
*State completely but briefly the problem on which you desire assistance. (Be specific)*
Concern number 1: The computers or should I say the program that is in the law library has the state codes for all States but it does not have the appeals court nor information that I need for my appeals for Colorado. Everything is on there for Kansas appeals. But what about those here on an interstate compact? They would need access to their state information.

Concern number 2 : I have started a log of the computers not working. On 12/11 and 12/18 the computers say terminal offline and/or not connected to a network.

Concern 3: Case law shows that it is an 8th Amendem violation when a prisoner is forced to choose between using limited out of cell time for exercise, religious, or basic care (mental or Physical) for access to the law library.

I want this established and I plan to send this through the grievance process because the law library is not in line with case law even in the 10th circuit which included Kansas. I also want these issues addressed because I would have access to these things in my home state which is a constitutional violation and in return a violation of my interstate corrections compact because it violates my civil liberties.

**Work Assignment:**
None

**Comment:**

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/28/23 16:35 | Letecia Stauch | Request turned into Grievance | Letecia turned request 405397891 into grievance 408018511 |
| 12/28/23 16:31 | Letecia Stauch | Viewed Staff Response | |
| 12/28/23 16:31 | Letecia Stauch | Viewed Staff Response | |
| 12/21/23 17:15 | Letecia Stauch | Viewed Staff Response | |
| 12/21/23 17:15 | Letecia Stauch | Viewed Staff Response | |
| 12/21/23 16:47 | Letecia Stauch | Viewed Staff Response | |
| **12/21/23 13:55** | **Ms. Boeding** | **Staff Response** | **I will discuss some things with my boss and get back to you soon. Thank you for your concern.** |
| 12/21/23 13:55 | Ms. Boeding | Changed Status | From 'Open' to 'Closed' |
| 12/20/23 16:13 | Letecia Stauch | Viewed Staff Response | |
| 12/19/23 11:14 | Letecia Stauch | Viewed Staff Response | |
| 12/18/23 16:28 | Letecia Stauch | Viewed Staff Response | |
| **12/18/23 16:27** | **Letecia Stauch** | **Submitted New** | **Lex Nex** |



KANSAS DEPARTMENT OF CORRECTIONS
<u>INTERDEPARTMENTAL MEMORANDUM</u>
*A Safer Kansas Through Effective Correctional Services*

DATE:        February 20, 2024

TO:           Stauch, Letecia #129417--ICH

FROM:       Chavez, Holly—Facility Services Administrator

SUBJECT:    Grievance: # 408018511

I have received and reviewed your grievance. You stated that you went to the law library on 12/11/23 and 12/18/23 and you claim that the terminal was not working as you were not able to pull up Colorado case law. You state that this is something that you are to have access to and that is a Constitutional right of yours.

After consultation with Facility Management Division in Central Office it was determined that LexisNexis has the capacity to provide you with case law as well as statutes. I have been provided with the information that you can customize your searches by subject matter, and it has everything you need to be able to look up for your defense regardless of the state.

After being provided with the information above, the decision on this matter is considered closed as the access you were requesting is available to you through LexisNexis in the library and the access in the library is working properly.

_____

**Exhibit 7**

# Request #407581871

**Profile Photo:**




### Resident Info

**Name:** Letecia Stauch (1983-08-04)
**Booking Number:** 129417
**Submitted Date:** 12/27/23 10:58
**Submitted Room:** 03,0I1139/0I1
**Current Room:** 03,0I4202/0I4
**Facility:** Topeka Correctional (KSDOC) - KS
**MAC ID:** 48:7B:5E:01:08:FE
**Device ID:** 487B5E0108FE

**Audit Photo:**

### Form Info

**Category:** Form 9
**Form:** Unit Team Form 9
**Internal Tag:** No Tag

### Request Info

**Status:** CLOSED **by** HChavez3
**Facility Deadline:** 01/10/24 23:59

**Summary of Request:**

Warden McCabe

**Details of Request:**

**To::**
*(Name and Title of Officer or Department)*
Warden McCabe

**Please provide details about your request:**
*State completely but briefly the problem on which you desire assistance. (Be specific)*
Interim Warden McCabe, the Interstate Compact needs revocation per 11-104 because the inmate is no longer safe in this facility due to staff and the facilities failure to follow its on policy. Summary is documented in evidence. First, the continued retaliation from unit team including 11-106 violations, PREA violations and EAI per Go 01-102 and IMPP 10-103D to include retaliation and policies violating reporting. Next, religious violations to include antisemitic behaviors, violation of 10-110 D, and discrimination towards religious groups on I. The continued equal protection clause of the constitution violations to include educational opportunities, work, programing, and women on I and J are discriminated on for being women with extended time and treated differently than males who are similarly situated and females on the compound in the comparison group. Inmate does not have behavior issues and is constantly around institutional violent offenders. I have a record of names and dates. Inmate has sustained an injury at the hands of staff. The facility is trying to cover it up. This includes the sexual harassment and abuse. This is a 14th and 8th amendment violation. The inmate is a security risk to the facility according to a prior letter from you, the Unit Team, the mail room (even when other inmates are not targeted), and due to the actions of classification and housing. There is other compelling factors as well to include state statutes & Interstate Corrections Compact.

**Work Assignment:**
None

**Comment:**

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/30/24 09:13 | Letecia Stauch | Viewed Staff Response | |
| 01/29/24 17:34 | Letecia Stauch | Viewed Staff Response | |
| 01/29/24 17:34 | Letecia Stauch | Viewed Staff Response | |
| 01/29/24 17:17 | Letecia Stauch | Viewed Staff Response | |
| 01/29/24 17:17 | Letecia Stauch | Viewed Staff Response | |
| 01/25/24 21:50 | Letecia Stauch | Viewed Staff Response | |
| 01/25/24 21:20 | Letecia Stauch | Viewed Staff Response | |
| 01/25/24 21:20 | Letecia Stauch | Viewed Staff Response | |
| **01/25/24 15:43** | **HChavez3** | **Staff Response** | **After speaking to Central Office, all Interstate Compact conversation regarding revocation of your contract between Colorado and Kansas must be initiated by you through Colorado as Kansas Dept of Corrections is housing you at the request of Colorado.** |
| 01/25/24 15:43 | HChavez3 | Changed Status | From 'Open' to 'Closed' |
| 01/03/24 14:01 | Letecia Stauch | Viewed Staff Response | |
| 01/03/24 13:56 | Letecia Stauch | Viewed Staff Response | |
| 01/03/24 13:56 | Letecia Stauch | Viewed Staff Response | |
| 12/27/23 11:13 | Letecia Stauch | Viewed Staff Response | |
| **12/27/23 10:58** | **Letecia Stauch** | **Submitted New** | **Warden McCabe** |

**Exhibit 8**

# Request #409500561

**Profile Photo:**



**Audit Photo:**

### Resident Info

**Name:** Letecia Stauch (1983-08-04)
**Booking Number:** 129417
**Submitted Date:** 01/03/24 13:45
**Submitted Room:** 03,0I1139/0I1
**Current Room:** 03,0I4202/0I4
**Facility:** Topeka Correctional (KSDOC) - KS
**MAC ID:** 48:7B:5E:01:08:FE
**Device ID:** 487B5E0108FE

### Form Info

**Category:** Form 9
**Form:** IMT Form 9
**Internal Tag:** No Tag

### Request Info

**Status:** CLOSED **by** HChavez3
**Facility Deadline:** 01/17/24 23:59

**Summary of Request:**

Illegal detention

**Details of Request:**

**To::**
*(Name and Title of Officer or Department)*
Holly Chavez

**Please provide details about your request:**
*State completely but briefly the problem on which you desire assistance. (Be specific)*
Note: No I have not sent this to you before nor is this a duplicate. This is different from the prior forms and grievance about KSA 76-3001, 3002, and 3003 being violated.

Hello, I would like to address the issue under KSA 60-1501. Any person who is detained illegally or confined against state statues is a violation of law. I tried to reach out to Ms. Darcie the IC person and others letting them know that there is a violation under 1501. Once again Dalton Hartpence is interfering with a legal process under a Habeas Corpus proceeding. I tried to mail the form out to HQ and it was confiscated by the facility. So I called HQ and was told to give it to my counselor and he would pass it on. Dalton Hartpence intervened again blocking contact. I tried to ask my counselor to send it certified mail. No help from him. The facility is interfering with getting the information to the correct individuals. Topeka Correctional is knowingly restraining me of my liberties under KSA 60-1501 and impeding the process of Habeas Corpus and illegal detention in the state of Kansas per this statue. I am in danger in this facility by staff. I did grieve it and the responses back said that there was an error in the system and no one saw them. We both know this is a cover up. But either way, this is against KDOC policy and therefore against due process. This is adding to the statue violation.

**Work Assignment:**
None- they give false reports

**Comment:**

| DATE/TIME | USER | ACTION | DETAILS |
|-----------|------|--------|---------|
| 01/23/24 14:44 | Letecia Stauch | Viewed Staff Response | |
| **01/23/24 13:37** | **HChavez3** | **Staff Response** | OK, I appreciate you letting me know this information and providing some insight about your and your studies. I did not realize you had the information I had sent, I was under the impression that is what you were asking for. After speaking to Darcie from Central Office, it appears that she has responded to you on 10/31/23 stating that your issues were not emergent and not a special kind of problem per KAR 44-15-101. She also responded to you on 12/4/23 stating that there is NO lack of MH access and you are not listed as Jewish, therefore no need for a diet based on religion. Several issues you have continued to bring up have been addressed. It was also stated by Darcie that any issues with your Interstate Compact must be addressed with Colorado as Kansas is housing you at the request of Colorado. I am going to close this form9, so we don't get confused on what has been addressed. If you wish to start a new form9, with fresh information to address, that would be recommended. |
| 01/23/24 13:37 | HChavez3 | Changed Status | From 'Open' to 'Closed' |
| 01/23/24 12:49 | Letecia Stauch | Viewed Staff Response | |
| 01/22/24 11:34 | Letecia Stauch | Viewed Staff Response | |
| 01/22/24 10:31 | Letecia Stauch | Viewed Staff Response | |
| 01/19/24 17:47 | Letecia Stauch | Viewed Staff Response | |
| 01/19/24 17:47 | Letecia Stauch | Viewed Staff Response | |
| 01/19/24 17:42 | Letecia Stauch | Viewed Staff Response | |
| **01/19/24 17:42** | **Letecia Stauch** | **Resident Response** | I don't need legal assistance.....besides that agency doesn't help non Kansas residents. That's on a document that he sends to inmates lol. Plus I went to law school so I don't need it. But, thank you. I also don't understand the printout of 11-104 because I already had this printed and turned in. This was the same documents that Hartpence called me in and fussed at me about having in the presence of Jacques or should I say in Jacques office. So like I said I already submitted it to Hartpence and he had an issue with it. I also mailed it to Darcie and those are the same documents that Hartpence took. Maybe you could ask him, cause he took them. I just don't understand the communication at this place cause Hartpence knows he took these same items that you delivered to me like I didn't have. I was hoping to address these issue with Darcie but since the facility co tinues to let Hartpence interfere and not turn this info in and take mail (the same things you printed with my reasoning added) to Darcie....I gu |
| 01/19/24 17:32 | Letecia Stauch | Viewed Staff Response | |
| **01/19/24 13:35** | **HChavez3** | **Staff Response** | I provided information in a packet that will be delivered to you by CCII Fellers, hopefully today. It will have legal assistance form that you can fill out for legal assistance for prisoners. They can assist you with all the statutes that you might need and also if know the statute info for Colorado, you can request it and we can assist you in getting it through |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| | | | Central Office. |
| 01/18/24 11:11 | Letecia Stauch | Viewed Staff Response | |
| 01/17/24 17:25 | Letecia Stauch | Viewed Staff Response | |
| 01/17/24 16:21 | Letecia Stauch | Viewed Staff Response | |
| 01/17/24 16:12 | Letecia Stauch | Viewed Staff Response | |
| **01/17/24 16:11** | **Letecia Stauch** | **Resident Response** | **Also I have heard back from Ms. Birding about the issues in the law library and she said that central office told her kdoc doesn't have to provide statues. However, this is another issue with the ICC. It is a constitutional right to access the courts. This is not about pulling up state statues. This is denying me access to the courts in my state. The plantiff (myself) must plead and ultimately prove that the lack of resources deprived me of some specific opportunity to defend myself or advance a viable legal claim in a criminal appeal, post conviction matter, or civil rights actions I can. In fact, my information would be dismissed due to the technical requirements of the library and inadequacies and cause me substantial harm. This is a right to access claim that prison officials failed to assist in bringing a claim, legal action, or application as required in Bonds v Smith. In my case, this is access to the courts for my appeals. There is case law to support this even in the tenth district. I have paperwo** |
| **01/17/24 16:11** | **Letecia Stauch** | **Resident Response** | **Also I have heard back from Ms. Birding about the issues in the law library and she said that central office told her kdoc doesn't have to provide statues. However, this is another issue with the ICC. It is a constitutional right to access the courts. This is not about pulling up state statues. This is denying me access to the courts in my state. The plantiff (myself) must plead and ultimately prove that the lack of resources deprived me of some specific opportunity to defend myself or advance a viable legal claim in a criminal appeal, post conviction matter, or civil rights actions I can. In fact, my information would be dismissed due to the technical requirements of the library and inadequacies and cause me substantial harm. This is a right to access claim that prison officials failed to assist in bringing a claim, legal action, or application as required in Bonds v Smith. In my case, this is access to the courts for my appeals. There is case law to support this even in the tenth district. I have paperwo** |
| 01/17/24 16:07 | Letecia Stauch | Viewed Staff Response | |
| **01/17/24 15:48** | **Letecia Stauch** | **Resident Response** | **Okay, she was negligent and never responded at all. I feel like this is deliberate indifference and if that is the case....a person could just ignore the messages and say that she doesn't have access as an avoidance tactic. She is operating in her individual capacity and is willingly and knowingly avoiding essential job duties when she is suppose to handle PREA retaliation.** |
| 01/17/24 15:44 | Letecia Stauch | Viewed Staff Response | |
| **01/17/24 15:30** | **Holly Chavez** | **Staff Response** | **In response to Ms. Watts--after so many days or a form9 is closed the staff will no longer have access to the form9. So, Ms. Watts is correct in saying she does not have access any** |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| | | | longer if the time frame to respond had expired. I can check on the form9's and then check with Ms. Watts and see if I can't get some information. |
| 01/17/24 11:52 | **Letecia Stauch** | **Resident Response** | **I just wrote yuou back about your respinse from Ms. Darcvie. I forgot to include......that I also wanted to let you know that Ms. Watts failed to respond to form nines about PREA relation from Dec 12th, 13th and the 15th. Then she told me today 1/17 that she does not have access to those form nines any longer although they are open. #403810041, #403811751, #403842081, and #403962981. I feel like this is another issue of ignoring the issues just like you and I talked about on the emergency grievances that stayed unread for three months. She is negligent and this is another staff member neglecting issues and impeding on my safety. Thanks** |
| 01/17/24 11:44 | Letecia Stauch | Viewed Staff Response | |
| 01/17/24 11:41 | Letecia Stauch | Viewed Staff Response | |
| 01/17/24 11:29 | Letecia Stauch | Viewed Staff Response | |
| 01/17/24 11:29 | **Letecia Stauch** | **Resident Response** | **Okay I figured you may have been on vacation. I have a copy of the Habeas Corpus legal form completed under the KSA statue for illegal detention. I can send it to her or to you if you like. I have not given anyone a copy of that yet because of Hartpences's interference. Like I said, I would prefer to keep this out of the courts but I do have it prepared and a copy made for her. I also mailed a copy to Colorado. I have not filed it as I wanted to reach out to her first. Thank you for your help.** |
| 01/17/24 11:29 | **Letecia Stauch** | **Resident Response** | **Okay I figured you may have been on vacation. I have a copy of the Habeas Corpus legal form completed under the KSA statue for illegal detention. I can send it to her or to you if you like. I have not given anyone a copy of that yet because of Hartpences's interference. Like I said, I would prefer to keep this out of the courts but I do have it prepared and a copy made for her. I also mailed a copy to Colorado. I have not filed it as I wanted to reach out to her first. Thank you for your help.** |
| 01/17/24 11:25 | Letecia Stauch | Viewed Staff Response | |
| 01/17/24 11:19 | Letecia Stauch | Viewed Staff Response | |
| 01/17/24 11:15 | **Holly Chavez** | **Staff Response** | **I just got a response from her in the last two days and I am working on getting all the paperwork gathered for you. today is my first day back in the office between the holiday and out of the office yesterday. I will be sending things your way as I am working on them today, hopefully I can everything to you by tomorrow.** |
| 01/17/24 10:29 | Letecia Stauch | Viewed Staff Response | |
| 01/11/24 12:59 | Letecia Stauch | Viewed Staff Response | |
| 01/11/24 12:40 | **Letecia Stauch** | **Resident Response** | **I was wondering if you heard from Ms. Darcie? I am able to have a meeting with her? I have prepared the Habeas Corpus for illegal detention in this state per KSA 60-1501. I even grieved the statues of 76-3001- 3003 as well. However, the grievance came back as I didn't** |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| | | | go through unit team when I did and have evidence of that. I even attached it to the form. But Unit Team continues to take it off. Then David McCabe responded with KAR 44-15-101. This is not about just clasification. I understand that is not grievable which means I can proceed forward. However, the statues being violated are against state law. I want to keep this out of the court, I really do. My ICC needs revocation because the facility has made no attempt to correct any actions against it. The grievance process is illegal because I have several messages where staff add it's to not following g policy and several in which they are ignoring the issues with state law. If I have to file this is the county of Shawnee here in Kansas for illegal deten |
| 01/11/24 12:28 | Letecia Stauch | Viewed Staff Response | |
| 01/09/24 07:58 | Letecia Stauch | Viewed Staff Response | |
| 01/08/24 16:56 | Letecia Stauch | Viewed Staff Response | |
| 01/08/24 16:52 | Letecia Stauch | Viewed Staff Response | |
| **01/08/24 15:22** | **Holly Chavez** | **Staff Response** | **I have emailed Ms. Darcie Holthaus and asked her to contact me directly to figure out the best way for us to move forward with this complaint and how she wished to receive this information. I received an auto notice back that she was out of the office so i will communicate with you once I have spoken to her regarding this. FSA Chavez** |
| 01/08/24 06:34 | Letecia Stauch | Viewed Staff Response | |
| 01/03/24 17:03 | Letecia Stauch | Viewed Staff Response | |
| 01/03/24 13:58 | Letecia Stauch | Viewed Staff Response | |
| 01/03/24 13:46 | Letecia Stauch | Viewed Staff Response | |
| **01/03/24 13:45** | **Letecia Stauch** | **Submitted New** | **Illegal detention** |

**Exhibit 9**

# Request #411181831



**Profile Photo:**

**Audit Photo:**

### Resident Info

**Name:** Letecia Stauch (1983-08-04)
**Booking Number:** 129417
**Submitted Date:** 01/09/24 11:00
**Submitted Room:** 03,0I1139/0I1
**Current Room:** 03,0I4202/0I4
**Facility:** Topeka Correctional (KSDOC) - KS
**MAC ID:** 48:7B:5E:01:08:FE
**Device ID:** 487B5E0108FE

### Form Info

**Category:** Form 9
**Form:** IMT Form 9
**Internal Tag:** No Tag

### Request Info

**Status:** CLOSED **by** HChavez3
**Facility Deadline:** 01/23/24 23:59

**Summary of Request:**

Holly Chavez

**Details of Request:**

**To::**
*(Name and Title of Officer or Department)*
Holly Chavez

**Please provide details about your request:**
*State completely but briefly the problem on which you desire assistance. (Be specific)*
Ms. Chavez, Prison officials are required to take reasonable measures to protect inmates. The next section of my claims of deliberate indifference and equal protection and similar situated involve overall safety. The staff has disregarded a risk that is excessive or poses a substantial risk of harm. There is a plethora of court rulings that deal with prisoners that are at risk or being around KNOWN institutional violent offenders or others known to be aggressive or violent and fails to take adequate measures. Not only is this extreme indifference under the constitution it is also covered under the statues of both states in the Interstate Corrections Compact. Sample Case Law is Gulet v Haines or Spruce v. Sargent. I have documentation of TCF continually placing me around institutional violent offenders but then uses the housing as a non grievance offense. With that said, that is also deliberate indifference when there is no policy or no grievance area for that topic under due process and equal protection. I have documentation and names and times of inmate around institutional violent offenders creating a risk based on TCF failing to follow the points system. Nov 2st fight in hallway, Nov 24 pod 1B, Nov 26th in gym at ICH, 12/14 1B, 12/21 pod IB, 12/26 in pod 1B, and 1/8/24 just to name examples of TCF knowingly putting those who are not institutional violent offenders around those who are violent.

**Work Assignment:**
None

**Comment:**

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/23/24 12:27 | Letecia Stauch | Viewed Staff Response | |
| **01/23/24 11:15** | **HChavez3** | **Staff Response** | **If you have housing issues/complaints, you need to work with your Unit Team to discuss these issues. Please work with Unit Team and Classification to discuss your housing.** |
| 01/23/24 11:15 | HChavez3 | Changed Status | From 'Open' to 'Closed' |
| 01/19/24 07:40 | Letecia Stauch | Viewed Staff Response | |
| 01/19/24 07:40 | Letecia Stauch | Viewed Staff Response | |
| 01/17/24 11:43 | Letecia Stauch | Viewed Staff Response | |
| 01/17/24 10:30 | Letecia Stauch | Viewed Staff Response | |
| 01/11/24 13:00 | Letecia Stauch | Viewed Staff Response | |
| 01/10/24 11:27 | Letecia Stauch | Viewed Staff Response | |
| 01/09/24 12:26 | Letecia Stauch | Viewed Staff Response | |
| 01/09/24 12:26 | Letecia Stauch | Viewed Staff Response | |
| 01/09/24 12:26 | Letecia Stauch | Viewed Staff Response | |
| **01/09/24 11:00** | **Letecia Stauch** | **Submitted New** | **Holly Chavez** |

2/19/2025, 3:39 PM