Query    Reports    Utilities    Help    Log Out

**Exhibit C**

CONMAG,JD4,MJ CIV PP,TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:22-cv-02467-SKC

| | |
|---|---|
| Stauch v. El Paso County et al<br>Assigned to: Judge S. Kato Crews<br>Cause: 42:1983 Prisoner Civil Rights | Date Filed: 09/22/2022<br>Date Terminated: 08/08/2024<br>Jury Demand: None<br>Nature of Suit: 550 Prisoner - Civil Rights (U.S. not a defendant)<br>Jurisdiction: Federal Question |

**Plaintiff**

**Letecia Stauch**                      represented by    **Letecia Stauch**
                                                          #129417
                                                          Kansas - Topeka Correctional Facility
                                                          815 S.E. Rice Road
                                                          Topeka, KS 66607
                                                          PRO SE

V.

**Defendant**

**El Paso County**                      represented by    **Christopher Michael Strider**
*official capacity*                                       El Paso County Attorney's Office
                                                          200 South Cascade Avenue
                                                          Suite 150
                                                          Colorado Springs, CO 80903
                                                          719-520-7264
                                                          Fax: 719-520-6487
                                                          Email: chrisstrider@elpasoco.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Nathan James Whitney**
                                                          El Paso County Attorney's Office
                                                          200 South Cascade Avenue
                                                          Suite 150
                                                          Colorado Springs, CO 80903
                                                          719-520-6597
                                                          Fax: 719-520-6487
                                                          Email: nathanwhitney@elpasoco.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Steven Ward Martyn**
                                                          El Paso County Attorney's Office
                                                          Civil Division
                                                          200 South Cascade Avenue
                                                          Suite 150

                    Colorado Springs, CO 80903-2208
                    719-520-7386
                    Fax: 719-520-6487
                    Email: stevenmartyn@elpasoco.com
                    *ATTORNEY TO BE NOTICED*

**Defendant**

**L. Stengle**                       represented by    **Christopher Michael Strider**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Nathan James Whitney**
                                                       (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                      **Steven Ward Martyn**
                                                       (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**R. Snipe**                        represented by    **Christopher Michael Strider**
                                                      (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Nathan James Whitney**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Steven Ward Martyn**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Wellpath**                      represented by    **Ashley K. Kline**
                                                      Quintairos Prieto Wood & Boyer P.A.
                                                     216 16th Street
                                                     Suite 1100
                                                     Denver, CO 80202
                                                     720-798-1620
                                                     Email: ashley.kline@qpwblaw.com
                                                     *TERMINATED: 04/13/2023*

                                                     **Brenda S. McClearn**
                                                     Hall Booth Smith, P.C.
                                                     5445 DTC Parkway
                                                     The Quadrant
                                                     Suite 900
                                                     Greenwood Village, CO 80111
                                                     980-859-0380
                                                     Fax: 678-539-1601
                                                     Email: bmcclearn@hallboothsmith.com
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Catherine O'Brien Crum**

    Hall Booth Smith, P.C.
5445 DTC Parkway
The Quadrant
Suite 900
Greenwood Village, CO 80111
303-773-2500
Email: cobrien@hallboothsmith.com
*TERMINATED: 12/18/2023*
*ATTORNEY TO BE NOTICED*

**Douglas G. Ammerman**
Hall Booth Smith PC
191 Peachtree Street NE
Suite 2900
Atlanta, GA 30303
404-954-5000
Email: DAmmerman@hallboothsmith.com
*ATTORNEY TO BE NOTICED*

**Lauren Elizabeth Kuhn**
Hall Booth Smith, P.C.
5445 DTC Parkway
The Quadrant
Suite 900
Greenwood Village, CO 80111
816-360-4372
Email: Lkuhn@polsinelli.com
*TERMINATED: 02/03/2023*

**Defendant**

**Trinity Food Services**             represented by   **Zane Allen Gilmer**
*Job Title: Inmate Food Distribution*                  Stinson LLP
1144 Fifteenth Street
Suite 2400
Denver, CO 80202
303-376-8416
Fax: 303-578-7966
Email: zane.gilmer@stinson.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/22/2022 | 1 | PRISONER COMPLAINT against El Paso County, R. Snipe, L. Stengle, Trinity Food Services, Wellpath, filed by Letecia Stauch. (Attachments: # 1 Envelope)(tgall, ) Modified to corrected docket text 9/22/2022 (tgall, ). (Entered: 09/22/2022) |
| 09/22/2022 | 2 | Case assigned to Magistrate Judge Gordon P. Gallagher. Text Only Entry. (tgall, ) (Entered: 09/22/2022) |
| 09/22/2022 | 3 | Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. 1915. by Plaintiff Letecia Stauch. (tgall, ) (Entered: 09/22/2022) |
| 09/23/2022 | 4 | ORDER Granting 3 Leave to Proceed Pursuant tot 28 U.S.C. § 1915, by Magistrate Judge Gordon P. Gallagher on 9/23/2022.(angar, ) (Entered: 09/26/2022) |

| | | |
|---|---|---|
| 09/28/2022 | 5 | ORDER DRAWING CASE by Magistrate Judge Gordon P. Gallagher on 09/28/2022.. This case is randomly reassigned to Magistrate Judge S. Kato Crews for all further proceedings. All future pleadings should be designated as 22-cv-02467-SKC. (jtorr, ) (Entered: 09/28/2022) |
| 09/28/2022 | 6 | Magistrate Judge consent form issued pursuant to D.C.COLO.LCivR 40.1, direct assignment of civil actions to full time magistrate judges. (jtorr, ) (Entered: 09/28/2022) |
| 09/29/2022 | 7 | CERTIFICATE of Service by Clerk of Court re 1 Complaint for Service of Process. (csarr, ) (Entered: 09/29/2022) |
| 10/12/2022 | 8 | WAIVER OF SERVICE Returned Executed: El Paso County waiver sent on 9/29/2022, answer due 11/28/2022; R. Snipe waiver sent on 9/29/2022, answer due 11/28/2022; L. Stengle waiver sent on 9/29/2022, answer due 11/28/2022. (csarr, ) (Entered: 10/13/2022) |
| 10/13/2022 | 9 | CERTIFICATE of Service by Clerk of Court re 1 Complaint for Service of Process (Attachments: # 1 USMS Service form) (csarr, ) (Entered: 10/13/2022) |
| 10/24/2022 | 10 | SUMMONS Returned Executed: Trinity Food Services served on 10/20/2022, answer due 11/10/2022. (csarr, ) (Entered: 10/24/2022) |
| 10/24/2022 | 12 | CONSENT to Jurisdiction of Magistrate Judge by Plaintiff Letecia Stauch - Plaintiff party Consents. (angar, ) (Entered: 10/27/2022) |
| 10/25/2022 | 11 | NOTICE of Entry of Appearance by Christopher Michael Strider on behalf of El Paso County, R. Snipe, L. StengleAttorney Christopher Michael Strider added to party El Paso County(pty:dft), Attorney Christopher Michael Strider added to party R. Snipe(pty:dft), Attorney Christopher Michael Strider added to party L. Stengle(pty:dft) (Strider, Christopher) (Entered: 10/25/2022) |
| 11/10/2022 | 13 | NOTICE of Entry of Appearance *of Zane A. Gilmer* by Zane Allen Gilmer on behalf of Trinity Food ServicesAttorney Zane Allen Gilmer added to party Trinity Food Services(pty:dft) (Gilmer, Zane) (Entered: 11/10/2022) |
| 11/10/2022 | 14 | CORPORATE DISCLOSURE STATEMENT. (Gilmer, Zane) (Entered: 11/10/2022) |
| 11/10/2022 | 15 | MOTION to Dismiss *Plaintiff's Complaint [ECF 1] and to Quash Service* by Defendant Trinity Food Services. (Gilmer, Zane) (Entered: 11/10/2022) |
| 11/11/2022 | 16 | NOTICE of Entry of Appearance by Catherine O'Brien Crum on behalf of WellpathAttorney Catherine O'Brien Crum added to party Wellpath(pty:dft) (O'Brien Crum, Catherine) (Entered: 11/11/2022) |
| 11/11/2022 | 17 | WAIVER OF SERVICE Returned Executed by Wellpath. Wellpath waiver sent on 11/11/2022, answer due 1/10/2023. (O'Brien Crum, Catherine) (Entered: 11/11/2022) |
| 11/11/2022 | 18 | NOTICE of Entry of Appearance by Lauren Elizabeth Kuhn on behalf of WellpathAttorney Lauren Elizabeth Kuhn added to party Wellpath(pty:dft) (Kuhn, Lauren) (Entered: 11/11/2022) |
| 11/11/2022 | 19 | NOTICE of Entry of Appearance by Ashley Kathryn Kline on behalf of WellpathAttorney Ashley Kathryn Kline added to party Wellpath(pty:dft) (Kline, Ashley) (Entered: 11/11/2022) |
| 11/14/2022 | 20 | NOTICE of Entry of Appearance by Brenda S. McClearn on behalf of WellpathAttorney Brenda S. McClearn added to party Wellpath(pty:dft) (McClearn, Brenda) (Entered: 11/14/2022) |
| 11/14/2022 | 21 | CORPORATE DISCLOSURE STATEMENT. (Kuhn, Lauren) (Entered: 11/14/2022) |

| | | |
|---|---|---|
| 11/22/2022 | 22 | CONSENT to Jurisdiction of Magistrate Judge by Defendants El Paso County, R. Snipe, L. Stengle All parties consent.. (Strider, Christopher) (Entered: 11/22/2022) |
| 11/28/2022 | 23 | ORDER OF REFERENCE. Pursuant to the consent of the parties to the jurisdiction of the magistrate judge 12 and 22 , this case is referred to Magistrate Judge S. Kato Crews for all purposes pursuant to 28 U.S.C. § 636(c), by Chief Judge Philip A. Brimmer on 11/28/2022. Text Only Entry (pabsec, ) (Entered: 11/28/2022) |
| 11/28/2022 | 24 | First MOTION for Extension of Time to File Answer or Otherwise Respond by Defendants El Paso County, R. Snipe, L. Stengle. (Strider, Christopher) (Entered: 11/28/2022) |
| 12/06/2022 | 25 | MINUTE ORDER granting Defendants', El Paso Cnty., L. Stengle, and R. Snipe, 24 Motion for Extension of Time to File Responsive Pleading for a 30-day extension. The deadline is now on 12/28/2022. The Court also reminds counsel of (1) their duty to confer under D.C.COLO.LCivR 7.1, including any exceptions under the rule, which must be stated in a Motion for extension of time, and (2) D.C.COLO.LCivR 6.1(b), to state the total number of extensions or continuances granted previously. Any future motion for an extension of time/continuance that fails to *fully* comply with all applicable court rules and practice standards will be denied.<br><br>SO ORDERED by Magistrate Judge S. Kato Crews on 12/6/2022. Text Only Entry (skclc2). (Entered: 12/06/2022) |
| 12/28/2022 | 26 | First MOTION to Dismiss by Defendants El Paso County, R. Snipe, L. Stengle. (Strider, Christopher) (Entered: 12/28/2022) |
| 01/10/2023 | 27 | MOTION to Dismiss by Defendant Wellpath. (O'Brien Crum, Catherine) (Entered: 01/10/2023) |
| 01/16/2023 | 28 | *Setting Telephonic Rule 16(b) Scheduling Conference.* The Telephonic Scheduling Conference is set for 3/9/2023 at 9:30 a.m. in Courtroom C201 before Magistrate Judge S. Kato Crews. The parties shall file their proposed scheduling order and email a copy in Word document format to Crews_Chambers@cod.uscourts.gov, 7 days before the scheduled conference (on or before 3/2/2023).<br><br>Counsel and Plaintiff are directed to call in for this Telephonic Scheduling Conference using the dial-in information:<br>CONFERENCE CALL LINE: (888) 251-2909<br>ACCESS CODE: 5662814#<br><br>SO ORDERED by Magistrate Judge S. Kato Crews on 1/16/2023. Text Only Entry (skclc2). (Entered: 01/16/2023) |
| 01/31/2023 | 29 | MOTION to Withdraw as Attorney by Defendant Wellpath. (Kuhn, Lauren) (Entered: 01/31/2023) |
| 02/01/2023 | 30 | Response to Request from L. Stengle by Plaintiff Letecia Stauch (csarr, ) (Entered: 02/01/2023) |
| 02/01/2023 | 31 | General Request to Add to Claim One by Plaintiff Letecia Stauch. (csarr, ) (Entered: 02/01/2023) |
| 02/03/2023 | 32 | MINUTE ORDER granting 29 Motion to Withdraw as Attorney for Defendant, Wellpath. Therefore, Lauren Elizabeth Kuhn is terminated as counsel of record.SO ORDERED by Magistrate Judge S. Kato Crews on 2/3/2023. Text Only Entry (skclc2). (Entered: 02/03/2023) |

| | | |
|---|---|---|
| 02/15/2023 | 33 | REPLY to Response to 26 First MOTION to Dismiss filed by Defendants El Paso County, R. Snipe, L. Stengle. (Strider, Christopher) (Entered: 02/15/2023) |
| 02/20/2023 | 34 | ADVISORY NOTICE TO ATTORNEY AND COURT: Ashley Kathryn Kline failed to pay the 2022 Biennial Fee. Under D.C.COLO.LAttyR 3(a) and District Court General Order 2022-7, counsel was administratively removed from the court's attorney roll. Counsel must submit another bar application though PACER, pay the application fee, and, upon reinstatement, file a Notice of Entry of Appearance to continue as counsel of record in this case. Please visit and fully review the 2022 Biennial Renewal Fee page before contacting the court for assistance: Biennial / Renewal Fee Information | US District Court of Colorado (uscourts.gov). (Text Only Entry) (mfred) (Entered: 02/20/2023) |
| 02/22/2023 | 35 | RESPONSE to 31 MOTION for Order to *Add to Claim One* filed by Defendant Trinity Food Services. (Gilmer, Zane) (Entered: 02/22/2023) |
| 02/22/2023 | 36 | NOTICE of Entry of Appearance by Steven Ward Martyn on behalf of El Paso County, R. Snipe, L. StengleAttorney Steven Ward Martyn added to party El Paso County(pty:dft), Attorney Steven Ward Martyn added to party R. Snipe(pty:dft), Attorney Steven Ward Martyn added to party L. Stengle(pty:dft) (Martyn, Steven) (Entered: 02/22/2023) |
| 02/22/2023 | 37 | NOTICE of Entry of Appearance by Nathan James Whitney on behalf of El Paso County, R. Snipe, L. StengleAttorney Nathan James Whitney added to party El Paso County(pty:dft), Attorney Nathan James Whitney added to party R. Snipe(pty:dft), Attorney Nathan James Whitney added to party L. Stengle(pty:dft) (Whitney, Nathan) (Entered: 02/22/2023) |
| 02/22/2023 | 38 | RESPONSE to 31 MOTION for Order to *General Request to Add Claim* filed by Defendants El Paso County, R. Snipe, L. Stengle. (Strider, Christopher) (Entered: 02/22/2023) |
| 02/23/2023 | 39 | NOTICE of Entry of Appearance *(Amended)* by Steven Ward Martyn on behalf of El Paso County, R. Snipe, L. Stengle (Martyn, Steven) (Entered: 02/23/2023) |
| 03/02/2023 | 40 | NOTICE of Entry of Appearance by Ashley K. Kline on behalf of Wellpath (Kline, Ashley) (Entered: 03/02/2023) |
| 03/02/2023 | 41 | Proposed Scheduling Order by Defendant Wellpath. (O'Brien Crum, Catherine) (Entered: 03/02/2023) |
| 03/09/2023 | 42 | COURTROOM MINUTES for proceedings held before Magistrate Judge S. Kato Crews: Scheduling Conference held on 3/9/2023. The Court finds good cause to forego entering a scheduling order at this time. Denying without prejudice 31 Motion for Order. Plaintiff shall file an amended complaint no later than 4/10/2023. FTR: Courtroom C-201. (amont, ) (Entered: 03/09/2023) |
| 03/28/2023 | 43 | MOTION to Withdraw as Attorney *Defendant Wellpath's Motion for Withdrawal as Counsel* by Defendant Wellpath. (Kline, Ashley) (Entered: 03/28/2023) |
| 04/13/2023 | 44 | MINUTE ORDER granting the 43 Motion to Withdraw as Attorney for Defendant, Wellpath. Therefore, Ashley K. Kline is terminated as counsel of record.<br><br>SO ORDERED by Magistrate Judge S. Kato Crews on 4/13/2023. Text Only Entry (skclc2). (Entered: 04/13/2023) |
| 06/02/2023 | 45 | ORDER TO SHOW CAUSE: returnable by Plaintiff. Plaintiff initiated this case in September 2022 and Defendants filed Motions to Dismiss on November 10, 2022, December 28, 2022, and January 10, 2022. Plaintiff filed a cursory document, which could be construed as a Response, to El Paso County's Motion and did not respond at all to |

| | | | |
|---|---|---|---|
| | | | Wellpath's or Trinity's Motions. Rather, she requested leave to add a Defendant. The Court convened a Scheduling Conference where it explained to Plaintiff the proper procedure for amending her complaint and set a deadline of April 10, 2023, for her to refile a motion to Amend. Plaintiff has not filed anything and, to be sure, the Court has had no further communications from her.<br><br>Consequently, on or before June 23, 2023, Plaintiff shall SHOW CAUSE in writing why this Court should not dismiss this case for failure to prosecute and comply with Court orders.<br><br>Although it was not obligated to do so, the Court discovered Plaintiff has since been moved to the Denver Women's Correctional Facility, but she did not inform the Court of her change in address as she was required. On this one occasion, the Court will send this Order to Plaintiff and have her address updated in the Court's record.<br><br>SO ORDERED by Magistrate Judge S. Kato Crews on 6/2/2023.<br>Text Only Entry (skclc1) (Entered: 06/02/2023) |
| 06/02/2023 | 46 | | CERTIFICATE of Service by Mail by Clerk of Court re 45 Order to Show Cause, to Letecia Stauch #197179 Denver Women's Correctional Facility (DWCF) P.O. Box 392005 Denver, CO 80239. Text Only Entry (csarr, ) (Entered: 06/02/2023) |
| 06/07/2023 | 47 | | NOTICE of Change of Address/Contact Information by Catherine O'Brien Crum (O'Brien Crum, Catherine) (Entered: 06/07/2023) |
| 06/15/2023 | 48 | | LETTER by Plaintiff Letecia Stauch. (cmadr, ) (Entered: 06/15/2023) |
| 11/20/2023 | 49 | | CONSENT CASE PRACTICE AND TRIAL PREPARATION ORDER by Magistrate Judge S. Kato Crews on 11/20/2023. (amont, ) (Entered: 11/20/2023) |
| 12/18/2023 | 50 | | MOTION to Withdraw as Attorney *of Record* by Defendant Wellpath. (O'Brien Crum, Catherine) (Entered: 12/18/2023) |
| 12/18/2023 | 51 | | ORDER granting 50 Motion to Withdraw as Attorney of Record filed by Attorney Catherine O'Brien Crum. Ms. Crum is terminated from this case.<br><br>The Court notes, however, that the Motion does not comply fully with D.C.COLO.LAttyR 5(b). The Court FURTHER ORDERS Ms. Crum to serve the Motion and this Order on her client.<br><br>SO ORDERED by Magistrate Judge S. Kato Crews on 12/18/2023. Text Only Entry (skclc3) (Entered: 12/18/2023) |
| 12/18/2023 | 52 | | CERTIFICATE of Mailing re 51 Order on Motion to Withdraw as Attorney mailed to Letecia Stauch #197179 Denver Women's Correctional Facility (DWCF) P.O. Box 392005 Denver, CO 80239. (sphil, ) (Entered: 12/18/2023) |
| 01/02/2024 | 53 | | Mail Returned as Undeliverable re: 51 Order on Motion to Withdraw as Attorney, 52 Certificate of Mailing/Service Addressed to Letecia Stauch. (sphil, ) (Entered: 01/03/2024) |
| 01/12/2024 | 54 | | **CHANGE IN JUDICIAL OFFICER DESIGNATION.** Due to the recent appointment of Magistrate Judge S. Kato Crews as a United States District Judge, this action will now be updated to reflect his new designation as District Judge S. Kato Crews. District Judge Crews shall retain assignment to this action as presiding judge and Magistrate Judge Michael E. Hegarty is drawn as referral judge. All future pleadings should be designated as 22-cv-02467-SKC. (Text only entry) (agarc, ) (Entered: 01/12/2024) |

| | | |
|---|---|---|
| 01/29/2024 | 55 | ORDER TO SHOW CAUSE, returnable by Plaintiff Letecia Stauch, why this case should not be dismissed for failure to prosecute. On 12/18/2023, the Court mailed to Plaintiff a copy of the Court's 52 51 Order on Motion to Withdraw as Attorney. On 1/2/2024, that mailing was returned as undeliverable. See 53 . Pro se parties must keep the Court informed of their contact information. See D.C.COLO.LCivR 5.1(c) ("Notice of change of name, mailing address, or telephone number of an unrepresented prisoner or party shall be filed not later than five days after the change."). The Court, however, has not received any change of address filing from Plaintiff since 12/18/2023. Therefore, **the Court ORDERS Plaintiff to respond, in writing, on or before 2/29/2024** as to why the Court should not dismiss this case for failure to prosecute.<br><br>The Court FURTHER ORDERS all counsel for Defendants to promptly attempt to notify Plaintiff by any and all means of which they are aware (mailing address, email address, telephone number, etc.) of this Order to Show Cause.<br><br>SO ORDERED by U.S. District Judge S. Kato Crews on 1/29/2024. Text Only Entry (skclc3) (Entered: 01/29/2024) |
| 01/29/2024 | 56 | CERTIFICATE of Service by USPS by Clerk of Court re 55 Order to Show Cause to Letecia Stauch #197179 Denver Women's Correctional Facility (DWCF) P.O. Box 392005 Denver, CO 80239. Text Only Entry (norlin, ) (Entered: 01/29/2024) |
| 01/29/2024 | 57 | Mail Returned as Undeliverable re: 54 Reassigning Judge, (norlin, ) (Entered: 01/30/2024) |
| 02/09/2024 | 58 | Mail Returned as Undeliverable re: 55 Order to Show Cause Addressed to Letecia Stauch. (jtorr, ) (Entered: 02/13/2024) |
| 02/20/2024 | 59 | Mail Returned as Undeliverable re: 56 Certificate of Service Addressed to Letecia Stauch. (jtorr, ) (Entered: 02/22/2024) |
| 03/04/2024 | 60 | LETTER re: Change of Address by Plaintiff Letecia Stauch. (jtorr, ) (Entered: 03/05/2024) |
| 06/06/2024 | 61 | ORDER This matter is before the Court sua sponte upon review of the docket. It appears that the Plaintiff did not receive the Order to Show Cause at ECF 55 and it was returned to the Court as undeliverable. Plaintiff provided the Court with an updated address at ECF 60 . The Court will send the Order to Show Cause 55 to Plaintiff at the updated address. Plaintiff shall respond to the Order by 7/8/2024. By U.S. District Judge S. Kato Crews on 6/6/2024. Text Only Entry (skcja, ) (Entered: 06/06/2024) |
| 06/06/2024 | 62 | CERTIFICATE of Mailing/Service re 61 Order, 55 Order to Show Cause sent to Letecia Stauch #197179 at Denver Women's Correctional Facility (DWCF) P.O. Box 392005 Denver, CO 80239.(jrobe, ) (Entered: 06/06/2024) |
| 06/24/2024 | 63 | Mail Returned as Undeliverable re: 61 Order, 55 Order to Show Cause addressed to Letecia Stauch. (jrobe, ) (Entered: 06/25/2024) |
| 06/25/2024 | 64 | CERTIFICATE of Mailing/Service re 61 Order, 55 Order to Show Cause sent to Letecia Stauch #129417 at Kansas - Topeka Correctional Facility 815 S.E. Rice Road Topeka, KS 66607.(jrobe, ) (Entered: 06/25/2024) |
| 08/05/2024 | 65 | NOTICE of Entry of Appearance *Douglas G. Ammerman* by Douglas G. Ammerman on behalf of WellpathAttorney Douglas G. Ammerman added to party Wellpath(pty:dft) (Ammerman, Douglas) (Entered: 08/05/2024) |
| 08/08/2024 | 66 | ORDER making ABSOLUTE the Court's 55 Order to Show Cause issued to Plaintiff Letecia Stauch and DISMISSING WITHOUT PREJUDICE this action, as set forth more particularly in the attached Order. The Court further DENIES AS MOOT Defendant Trinity Services Group, Inc.'s 15 Motion to Dismiss; Defendant El Paso County, L. Stengle, and R. |

| | | |
|---|---|---|
| | | Snipe's 26 Motion to Dismiss; and Defendant Wellpath's 27 Motion to Dismiss. The Court FURTHER ORDERS the Clerk of Court to terminate this action.<br><br>SO ORDERED by U.S. District Judge S. Kato Crews on 8/8/2024. (skclc3) (Entered: 08/08/2024) |
| 08/08/2024 | 67 | FINAL JUDGMENT pursuant to 66 Order Dismissing Case for Failure to Prosecute. Entered by the Clerk of the Court on 8/8/2024. (cpear) (Entered: 08/08/2024) |
| 08/08/2024 | 68 | CERTIFICATE of Mailing/Service re 66 Order, 67 Judgment sent to Letecia Stauch #129417 at Kansas - Topeka Correctional Facility 815 S.E. Rice Road Topeka, KS 66607. (jrobe, ) (Entered: 08/08/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/03/2025 14:38:36 | | | |
| **PACER Login:** | jedimatt | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:22-cv-02467-SKC |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |





**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ UNITED STATES COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589

OFFICIAL BUSINESS

DENVER CO 802
SPECIAL MAIL
6 FEB 2024 PM 2
31 JAN 2024 PM 9
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

quadient
FIRST-CLASS MAIL
IMI
$000.64
01/31/2024 ZIP 80294
043M31245131
US POSTAGE

Not Here

22cv2467SKC

RETURN TO SENDER
DOC # is Required
DOC #/Name do not match
Released from Custody
NOT HERE

Letecia Stauch
#197179
[Denver Women's Correctional — redacted]
[P.O. Box 392005 — redacted]
[Denver, CO 80239 — redacted]

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 09 2024

JEFFREY P. COLWELL
CLERK

55

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

RETURN TO SENDER
☐ DOC # is Required
☐ DOC #/Name do not match
☐ Released from Custody
☒ NOT HERE

DENVER CO 802
6 FEB 2024 PM 2 L
30 JAN 2024 PM 8 L

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

Gone

quadient
FIRST-CLASS MAIL
IMI
$000.64
01/30/2024 ZIP 80294
043M31245131
US POSTAGE

22cv2467SKC

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 20 2024
JEFFREY P. COLWELL
CLERK

56

Letecia Stauch
#197179
Denver Women's Correctional Facility (DWCF)
P.O. Box 392005
Denver, CO 80239

Case No. 1:22-cv-02467-SKC Document 60 filed 02/04/24 USDC Colorado pg 1
Case 5:24-cv-03027-HLT-BGS Document 41-3 Filed 02/28/25 Page 14 of 17
of 3

U.S. District Court, 2/28/2024 ①

District of Colorado, I mailed the court in Aug. 2023 letting the court know that I was in Kansas Dept. of Corrections. I have had several issues receiving mail and sending out mail in Kansas. In fact, I had to file a Civil Action Habeas Corpus in Shawnee County Court in Kansas for denying me access to the courts in Colorado, interfering with my legal mail, and for being illegally detained in Kansas due to this issue. I am on an Interstate Corrections Compact and due to security reasons the information that I sent to the court a secondary way was not accepted. I received a letter from The Department of Corrections in Colorado on 2/28/2024 via certified mail once they learned of my Habeas and lack of access to the courts and legal mail issues. The article number 7018 1830 0000 8041 6935 required my signature; therefore, KDOC could not hide or block this letter. It included a letter from the U.S. District Court in Colorado saying I had a deadline of 2/29/2024. However, I received it on 2/28/2024.

1:22-CV-02467-SKC

②

I ask the court to understand that this is an ongoing civil action involving Kansas DOC and not providing me with access to the courts in Colorado and interfering with legal mail. I explained the issue to a judge here in Kansas and I am waiting for injunctive relief or a response to my Habeas here in Kansas under K.S.A. 76-3001, 76,3002, + K.SA-60-1501. I hope this letter gets to the court in Colorado and I am assuming it will since I showed the Kansas Courts that KDOC has been interfering with legal proceedings and mail. Due to being on an Interstate Corrections Compact my ability to give the court my location has been infringed on by KDOC and the Security behind an ICC. Please update my address to: Topeka Correctional Facility
815 SE Rice Rd. #129417
Topeka, Kansas 66607

Case No. 1:22CV-02467-SKC

Letecia Stauch
2/28/24

Case No. 1:22-cv-02467-SKC Document 60 filed 02/04/24 USDC Colorado pg 3
Case 5:24-cv-03027-HLT-BGS Document 41-5 Filed 02/28/25 Page 16 of 17
of 3

Leticia Shouch #129417
TCF WB KDOC
815 SE RICE RD
Topeka, KS 66607

Legal Mail

NOTICE! This correspondence was mailed from an institution operated by the Kansas Department of Corrections. Its contents are uncensored.

80294-250151

Legal Mail
KANSAS CITY 640
29 FEB 2024 PM 2 L

U.S. District Court Colorado
901 19th Street
Denver, Colorado 80294

