Attachment A, IMPP 12-139D
Effective 04-30-23

# KANSAS DEPARTMENT OF CORRECTIONS
## LEGAL, OFFICIAL, PRIVILEGED MAIL DELIVERY FORM
## TOPEKA CORRECTIONAL FACILITY

**SECTION A: This section is to be filled out by mail room staff (please print):**

Staff Name: <u>DW</u> Signature: <u>WEBB</u> Date: <u>03/12/2025</u>

Resident Name: <u>STAUCH, LETECIA</u> KDOC Number: <u>129417</u> Athena Number: <u>I-3110</u>

Sender's Name: <u>KRIS KOBACH KANSAS ATTORNEY GENERAL'S OFFICE</u>

Sender's Address: <u>120 SW 10TH AVENUE, 2ND FLOOR TOPEKA, KANSAS 66612</u>

**SECTION B: Inspection and clearance by designated staff (please print):**

Clear for processing: YES_____ NO_____

Staff Name:_____ Signature:_____ Date:_____

**SECTION C: To be filled out by Delivering Staff (please print):**

Staff Name:_____ Rank/Position:_____

Staff Signature:_____ Date:_____

**SECTION D: Resident Acknowledgement (please print):**

Please respond "Yes"or "No" to the statement below:

_____ Quality of photocopy is acceptable.    _____ I am accepting my legal, official, privileged mail.

Resident Signature: _Leticia_    Date: _3-17-2025_

Did not receive until 3/17/2025

**SECTION E: To be filled out by Witnessing Staff if Resident refuses to sign Section D (please print):**

Staff Name as Witness (please print):_____

Staff Signature as Witness:_____

Noted Concerns:_____

_____

_____