U.S. District Court of Kansas,

Case No: 24-3027-HLT-BGS

I would like to update my address to P.O. Box 392005 Denver, CO. This is the first chance that I received to email or mail the Court. I called on 5-17-2025 to alert the court of an address change and was told to send a signed letter. I just now cleared processing and received a stamp. Could I get updates at this address in order to continue with my case? I have not received any mail since 5-5-2025.

Thank You
Letecia Stauch
5-20-2025

5-20-2025

FILED
JUN -2 2025
Clerk, U.S. District Court
By: _____ Deputy Clerk

