**Colorado Department of Corrections**

Name: Letecia Stauch
Register Number: 197179
Unit: 6
Box Number: P.O. Box 392005
City, State, Zip: Denver, CO 80239

DENVER CO 802
28 MAY 2025 PM 6 L

RECEIVED
JUN 02 2025
U.S. DIST. COURT
TOPEKA, KANSAS

U.S. District Court of Kansas
444 SE Quincy St. (24-3027-HLT-BGS)
Topeka, KS 66683

Legal Mail

66683-351015