Letecia Stauch
    Plaintiff

FILED
U.S. District Court
District of Kansas

JUN 30 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

page 1.

V.

Case NO:
            24-3027-HLT-BGS

Jeff Zmuda, et al.,
    Defendants

## In Response To Scheduling Order

According to a recent scheduling order
any discovery request must be served on
or before July 28, 2025. However,
Defendants of Kansas Department
of Corrections are knowingly holding
Plaintiff's personal property which
include discovery documents and have
been since May 5th, 2025. Plaintiff would
like to alert the court of this malicious
activity on behalf of defendants as
several Colorado Department of Corrections
Employees have tried to retrieve property
for Plaintiff from defendants. This
tactic is continued retaliation and a

①

Page 2

a way to prevent Plaintiff from meeting court deadlines and interference with court access. Plaintiff may need an extension of deadlines for discovery as a result of Defendants actions and failure to release property that includes all legal information and discovery.

Letecia Stauch
KDOC# 129417    CDOC# 197179
Letecia Stauch
June 17th, 2025


Certificate of Service


I certify that I have provided Attorney General Kris Kobach's office with a copy of this request through electronic format on 6-17-2025. This was done electronically as KDOC still has Plaintiff's legal mail and contact information for this office.    Letecia Stauch

② 
June 17th, 2025