# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LETECIA STAUCH,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 24-3027-HLT-BGS |
| **JEFF ZMUDA,** *et al.*, | ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2025, I served Defendants' First Set of Interrogatories to Plaintiff, Defendants' First Set of Requests for Production to Plaintiff, and Defendants' First Set of Requests for Admission to Plaintiff, along with copies of Federal Rules of Civil Procedure 33, 34, and 36, by means of first-class mail, postage prepaid, addressed to:

Letecia Stauch #197179
Colorado Department of Corrections
P.O. Box 392005
Denver, CO 80239
*Plaintiff, pro se*

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
785-296-2215
Fax: (785) 291-3767
*Attorney for Defendant*