## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LETECIA STAUCH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 24-3027-HLT-BGS** |
| ) | |
| **JEFF ZMUDA,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

     I hereby certify that on this 13th day of October, 2025, I served Defendants' Answers to Plaintiff's Interrogatories to Defendants by means of first-class mail, postage prepaid, addressed to:

     Letecia Stauch #197179
     Colorado Department of Corrections
     P.O. Box 392005
     Denver, CO 80239
     *Plaintiff, pro se*

               Respectfully submitted,

               KRIS W. KOBACH
               ATTORNEY GENERAL OF KANSAS

               */s/ Matthew L. Shoger*
               Matthew L. Shoger, KS No. 28151
               Assistant Attorney General
               Office of the Attorney General
               120 SW 10th Ave., 2nd Floor
               Topeka, Kansas 66612-1597
               matt.shoger@ag.ks.gov
               785-296-2215
               Fax: (785) 291-3767
               *Attorney for Defendants*