# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LETECIA STAUCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 24-3027-HLT-BGS |
| | ) |
| JEFF ZMUDA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE TO TAKE DEPOSITION

**TO ALL INTERESTED PARTIES:**

Please take notice that the oral deposition testimony of the following named person will be taken at said time and place, before a certified shorthand reporter, to be used for discovery and evidence in the above captioned matter:

| | |
|---|---|
| **Deponent:** | Letecia Stauch |
| **Date and Time:** | November 26, 2025, commencing at 8:30 a.m. (MST); 9:30 (CDT) |
| **Location:** | by WebEx video conference or other similar means |

All interested parties are further notified to appear and take such part in the examination as deemed advisable and as shall be fit and proper.

All interested parties are further notified that said deposition will be continued or adjourned from time to time or from place to place until completed.

DATED this 21st of November, 2025.

1

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
785-296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of November, 2025, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Natasha Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
natasha.carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above will be sent by electronic mail to prison facility staff for personal delivery to Plaintiff Letecia Stauch, with another copy served by means of first-class mail, postage prepaid, addressed to:

Letecia Stauch #129417
Topeka Correctional Facility
815 S.E. Rice Road
Topeka, Kansas 66607
*Plaintiff, pro se*

/s/ Matthew L. Shoger
Matthew L. Shoger

2