**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **LETECIA STAUCH,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**JEFF ZMUDA**, *et al.*, )<br>)<br>**Defendants.** )<br>)<br>)<br>_____ ) | **Case No. 24-3027-HLT-BGS** |

**<u>AMENDED CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 23rd day of March, 2026, Defendants' Motion for Summary Judgment (Doc. 82), the exhibits in support of the motion (Doc. 82-1, etc.), and the Notice to Pro Se Litigant Who Opposes a Summary Judgment Motion (Doc. 83), were mailed by means of overnight FedEx, postage prepaid, addressed to the following address:

> Letecia Stauch #197179
> Colorado Department of Corrections
> 10900 Smith Road[1]
> Denver, CO 80239
> *Plaintiff, pro se*

However, after delivery was refused at the above address,[2] Defendants corrected the address en route on the 30th day of March, 2026, for delivery to then be reattempted at the following address:

> Letecia Stauch #197179
> Colorado Department of Corrections
> 3600 Havana Street
> Denver, CO 80239
> *Plaintiff, pro se*

---

[1] The certificates of service at Doc. 82 at 27 and Doc. 83 at 3 incorrectly gave the mailed address as "P.O. Box 392005." (A street address had to be used instead for a non-USPS delivery.)
[2] Due to a clerical error, the street address for another CDOC facility within the same complex had accidentally been used as the mailing address initially.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

/s/ Matthew L. Shoger
Matthew L. Shoger, KS Bar No. 28151
Assistant Attorney General
Lisa D. Montgomery, KS Bar No. 18243
First Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave.
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2026, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Natasha Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
natasha.carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above will be served by means of first-class mail, postage prepaid, addressed to:

Letecia Stauch #197179
Colorado Department of Corrections
3600 Havana Street
Denver, CO 80239
*Plaintiff, pro se*

*/s/ Matthew L. Shoger*
Matthew L. Shoger
Assistant Attorney General