

Tracking ID:    889890957272

## Travel history

**Exhibit 1**

Sort by: Ascending ⌄

Monday, 3/23/26

- 12:41 PM
  **Shipment information sent to FedEx**

- 4:05 PM
  **Picked up**
  TOPEKA, KS

- 4:06 PM
  **Shipment arriving On-Time**
  TOPEKA, KS

- 5:59 PM
  **Arrived at FedEx hub**
  TOPEKA, KS

- 7:34 PM
  **Left FedEx origin facility**
  TOPEKA, KS

- 11:43 PM
  **Arrived at FedEx hub**
  MEMPHIS, TN

Tuesday, 3/24/26

- 4:04 AM
  **Departed FedEx hub**
  MEMPHIS, TN

- 6:41 AM
  **At local FedEx facility**
  DENVER, CO

- 7:42 AM
  **On FedEx vehicle for delivery**
  DENVER, CO

- 10:19 AM
  **Delivery exception**
  Delivery was refused by the recipient
  DENVER, CO

- 2:09 PM
  **At local FedEx facility**
  DENVER, CO



- 5:11 AM
**At local FedEx facility**
DENVER, CO

### Thursday, 3/26/26

- 5:09 AM
**At local FedEx facility**
DENVER, CO

### Friday, 3/27/26

- 5:07 AM
**At local FedEx facility**
DENVER, CO

### Saturday, 3/28/26

- 5:04 PM
**At local FedEx facility**
DENVER, CO

### Monday, 3/30/26

- 9:45 AM
**Arrived at FedEx hub**
DENVER, CO

### Tuesday, 3/31/26

- 6:59 AM
**At local FedEx facility**
DENVER, CO

- 7:37 AM
**On FedEx vehicle for delivery**
DENVER, CO

- 9:05 AM
**Delivery exception**
Delivery was refused by the recipient
DENVER, CO

- 2:12 PM
**At local FedEx facility**
DENVER, CO



- 7:28 AM
  **At local FedEx facility**
  DENVER, CO

- 7:58 AM
  **On FedEx vehicle for delivery**
  DENVER, CO

 10:19 AM
  **Delivery exception**
  Delivery was refused by the recipient
  DENVER, CO

## Shipment facts

### Shipment overview

**TRACKING NUMBER**    889890957272

**SHIP DATE**    3/23/26

**STANDARD TRANSIT**    3/24/26 before 10:30 AM

**SCHEDULED DELIVERY DATE**    4/2/26 before 10:30 AM

###  Services

**SERVICE**    FedEx Priority Overnight

**TERMS**    Shipper

**SPECIAL HANDLING SECTION**    Deliver Weekday

###  Package details

**WEIGHT**    5 lbs / 2.27 kgs

**DIMENSIONS**    13x11x3 in.

**TOTAL PIECES**    1

**TOTAL SHIPMENT WEIGHT**    5 lbs / 2.27 kgs

**PACKAGING**    FedEx Pak





About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

**LANGUAGE**

 United States

**FOLLOW FEDEX**

© FedEx 1995-2026

Site Map    |    Cookie Consent    |    Terms of Use    |    Privacy & Security    |    Ad Choices