**Shoger, Matt**                                                                    **Exhibit 2**

| | |
|---|---|
| **From:** | Spjuth - DOC, Justin <justin.spjuth@state.co.us> |
| **Sent:** | Wednesday, April 1, 2026 12:22 PM |
| **To:** | Shoger, Matt |
| **Cc:** | Salamon - DOC, Joseph; Wells, Donna; Shelton - DOC, Cherice; Montgomery, Lisa; Wendy Contes - DOC; Matthew Ferdinand - DOC |
| **Subject:** | Re: Letecia Stauch |

> **CAUTION:** This email originated from outside of the Office of The Attorney General of Kansas organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Yes, that's frustrating.  I had called both our lobby and warehouse this morning advising them of the delivery.  It would help if we knew who had refused the delivery.

**Justin Spjuth | Case Manager**
**Denver Women's Correctional Facility**
3600 Havana Street, Denver, CO 80239

If you are an attorney and need assistance, please email doc_denver_attorneycalls@state.co.us
If you are trying to schedule or have visiting questions please email doc_dwcf_visiting@state.co.us

On Wed, Apr 1, 2026 at 11:13 AM Shoger, Matt <Matt.Shoger@ag.ks.gov> wrote:

> According to the FedEx tracking info (attached), the package was refused again today. I will have to file an update with the federal court in Kansas regarding this service issue, so I really need to know why this is getting refused.
>
>
> Sincerely,
>
>
> Matt Shoger | Assistant Attorney General, Defensive Litigation Section
>
> **Office of Kansas Attorney General Kris W. Kobach**
>
> 120 SW 10th Avenue | Topeka, KS 66612
>
> Office: 785.296.6244 | Fax: 785.291.3767
>
> matt.shoger@ag.ks.gov | www.ag.ks.gov

*This communication, and any attachments, is private and confidential and for the exclusive use of the intended recipient. The information contained herein as well as any attachments is confidential and privileged under the joint prosecution or investigation privilege, attorney-client privilege, work product privilege, joint defense privilege, or any other applicable privilege or immunity. If you are not the intended recipient and have received this communication in error, please notify the sender immediately and destroy the original message and all copies. Any unauthorized disclosure, copying, distribution, or the taking of any action in*

*reliance on the contents of this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any protection, privilege, or immunity. Please note also that the Kansas Open Records Act provides that public records, including correspondence to me via email, may be subject to disclosure unless otherwise protected by law.*

**From:** Salamon - DOC, Joseph <joseph.salamon@state.co.us>
**Sent:** Tuesday, March 31, 2026 5:30 PM
**To:** Spjuth - DOC, Justin <justin.spjuth@state.co.us>
**Cc:** Shoger, Matt <Matt.Shoger@ag.ks.gov>; Wells, Donna <Donna.Wells@ag.ks.gov>; Shelton - DOC, Cherice <cherice.shelton@state.co.us>; Montgomery, Lisa <Lisa.Montgomery@ag.ks.gov>; Wendy Contes - DOC <wendy.contes@state.co.us>; Matthew Ferdinand - DOC <matthew.ferdinand@state.co.us>
**Subject:** Re: Letecia Stauch

*CAUTION:* This email originated from outside of the Office of The Attorney General of Kansas organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you Justin

**Joseph A. Salamon Jr.**

**Office of Offender Services**

**Classification Liaison/Case Manager II**

**ICC Coordinator**

**\*I currently work Tuesday - Friday 7:00 - 5:00, remote Wednesdays**



P   719.226-4923  |

1250 Academy Park Loop

Colorado Springs, CO  80910

Joseph.salamon@state.co.us  |  www.doc.state.co.us

On Tue, Mar 31, 2026 at 3:51 PM Spjuth - DOC, Justin <justin.spjuth@state.co.us> wrote:

I contacted our lobby and they will leave a note for day shift to call me when the package arrives tomorrow.  I will also give our lobby a call in the morning just to reiterate that they cannot refuse the delivery.  Hopefully I have good new for you tomorrow!

**Justin Spjuth | Case Manager**

**Denver Women's Correctional Facility**

3600 Havana Street, Denver, CO 80239

If you are an attorney and need assistance, please email doc_denver_attorneycalls@state.co.us

If you are trying to schedule or have visiting questions please email doc_dwcf_visiting@state.co.us

On Tue, Mar 31, 2026 at 2:55 PM Shoger, Matt <Matt.Shoger@ag.ks.gov> wrote:

I'm adding a few other folks to the email. The Office of the Kansas Attorney General has a package for a legal case arriving tomorrow at the Denver Women's Correctional Facility with the following address on it:

Letecia Stauch #197179

Colorado Department of Corrections

3600 Havana Street

Denver, CO 80239

It was rejected by the facility earlier today. But FedEx tells me they will try to redeliver it tomorrow. Is there a way to ensure it's not rejected tomorrow? (This is a motion for summary judgment and the relevant exhibits.)

Sincerely,

Matt Shoger | Assistant Attorney General, Defensive Litigation Section

**Office of Kansas Attorney General Kris W. Kobach**

120 SW 10th Avenue | Topeka, KS 66612

Office: 785.296.6244 | Fax: 785.291.3767

matt.shoger@ag.ks.gov | www.ag.ks.gov

*This communication, and any attachments, is private and confidential and for the exclusive use of the intended recipient. The information contained herein as well as any attachments is confidential and privileged under the joint prosecution or investigation privilege, attorney-client privilege, work product privilege, joint defense privilege, or any other applicable privilege or immunity. If you are not the intended recipient and have received this communication in error, please notify the sender immediately and destroy the original message and all copies. Any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any protection, privilege, or immunity. Please note also that the Kansas Open Records Act provides that public records, including correspondence to me via email, may be subject to disclosure unless otherwise protected by law.*

**From:** Shoger, Matt
**Sent:** Tuesday, March 31, 2026 3:40 PM
**To:** 'Spjuth - DOC, Justin' <justin.spjuth@state.co.us>
**Cc:** Wells, Donna <Donna.Wells@ag.ks.gov>; Shelton - DOC, Cherice <cherice.shelton@state.co.us>; Montgomery, Lisa <Lisa.Montgomery@ag.ks.gov>
**Subject:** RE: Letecia Stauch

No, we can only change the address once apparently. They said they'll try to re-deliver it again tomorrow to the 3600 Havana Street address with the inmate's name still on it. This package is necessary for a legal case. Who should we contact to make sure it gets through?

Sincerely,

Matt Shoger | Assistant Attorney General, Defensive Litigation Section

**Office of Kansas Attorney General Kris W. Kobach**

120 SW 10th Avenue | Topeka, KS 66612

Office: 785.296.6244 | Fax: 785.291.3767

matt.shoger@ag.ks.gov | www.ag.ks.gov

*This communication, and any attachments, is private and confidential and for the exclusive use of the intended recipient. The information contained herein as well as any attachments is confidential and privileged under the joint prosecution or investigation privilege, attorney-client privilege, work product privilege, joint defense privilege, or any other applicable privilege or immunity. If you are not the intended recipient and have received this communication in error, please notify the sender immediately and destroy the original message and all copies. Any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any protection, privilege, or immunity. Please note also that the Kansas Open Records Act provides that public records, including correspondence to me via email, may be subject to disclosure unless otherwise protected by law.*

**From:** Spjuth - DOC, Justin <justin.spjuth@state.co.us>
**Sent:** Tuesday, March 31, 2026 3:15 PM
**To:** Shoger, Matt <Matt.Shoger@ag.ks.gov>
**Cc:** Wells, Donna <Donna.Wells@ag.ks.gov>; Shelton - DOC, Cherice <cherice.shelton@state.co.us>; Montgomery, Lisa <Lisa.Montgomery@ag.ks.gov>
**Subject:** Re: Letecia Stauch

***CAUTION:*** This email originated from outside of the Office of The Attorney General of Kansas organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

No idea why they refused it.  Getting packages delivered to the inmates is a headache from what they've been telling me.  Are you able have them change the recipient to "CM Justin Spjuth"?

**Justin Spjuth | Case Manager**

**Denver Women's Correctional Facility**

3600 Havana Street, Denver, CO 80239

If you are an attorney and need assistance, please email doc_denver_attorneycalls@state.co.us

If you are trying to schedule or have visiting questions please email doc_dwcf_visiting@state.co.us

On Tue, Mar 31, 2026 at 1:40 PM Shoger, Matt <Matt.Shoger@ag.ks.gov> wrote:

Hi Justin,

I called FedEx yesterday and had them switch the address to 3600 Havana St instead of 10900 Smith Road. They said they would reattempt delivery today at the new, corrected address. But the tracking information says it was refused again today. Any idea why?

Sincerely,

Matt Shoger | Assistant Attorney General, Defensive Litigation Section

**Office of Kansas Attorney General Kris W. Kobach**

120 SW 10th Avenue | Topeka, KS 66612

Office: 785.296.6244 | Fax: 785.291.3767

matt.shoger@ag.ks.gov | www.ag.ks.gov

*This communication, and any attachments, is private and confidential and for the exclusive use of the intended recipient. The information contained herein as well as any attachments is confidential and privileged under the joint prosecution or investigation privilege, attorney-client privilege, work product privilege, joint defense privilege, or any other applicable privilege or immunity. If you are not the intended recipient and have received this communication in error, please notify the sender immediately and destroy the original message and all copies. Any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any protection, privilege, or immunity. Please note also that the Kansas Open Records Act provides that public records, including correspondence to me via email, may be subject to disclosure unless otherwise protected by law.*

**From:** Spjuth - DOC, Justin <justin.spjuth@state.co.us>
**Sent:** Thursday, March 26, 2026 9:05 AM
**To:** Wells, Donna <Donna.Wells@ag.ks.gov>
**Cc:** Shelton - DOC, Cherice <cherice.shelton@state.co.us>; Shoger, Matt <Matt.Shoger@ag.ks.gov>; Montgomery, Lisa <Lisa.Montgomery@ag.ks.gov>
**Subject:** Re: Letecia Stauch

*CAUTION:* This email originated from outside of the Office of The Attorney General of Kansas organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I have reached out to the lobbies at both DWCF and DRDC and advised them not to refuse the package. We'll see what happens!

**Justin Spjuth | Case Manager**

**Denver Women's Correctional Facility**

3600 Havana Street, Denver, CO 80239


If you are an attorney and need assistance, please email doc_denver_attorneycalls@state.co.us

If you are trying to schedule or have visiting questions please email doc_dwcf_visiting@state.co.us



On Wed, Mar 25, 2026 at 11:57 AM Wells, Donna <Donna.Wells@ag.ks.gov> wrote:

Justin,


It appears that there was an attempted delivery of this FedEx on Monday but was declined for some reason.  I've attached a copy of the FedEx tracking so you can see what I am talking about.


Who would we contact to make sure that any attempted re-delivery does not get refused?  Would this be something you could help facilitate for us, if not any phone number/email contact would be helpful.


Thank you,


Donna

Donna Wells, Legal Assistant |Civil Litigation Division

**Office of Kansas Attorney General Kris Kobach**

120 SW 10th Ave, 2nd Floor | Topeka, Kansas 66612

Office: 785-368-8428 | Fax: 785-291-3767

donna.wells@ag.ks.gov | www.ag.ks.gov

7

*This communication, and any attachments, is private and confidential and for the exclusive use of the intended recipient. The information contained herein as well as any attachments is confidential and privileged under the joint prosecution or investigation privilege, attorney-client privilege, work product privilege, joint defense privilege, or any other applicable privilege or immunity. If you are not the intended recipient and have received this communication in error, please notify the sender immediately and destroy the original message and all copies. Any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any protection, privilege, or immunity. Please note also that the Kansas Open Records Act provides that public records, including correspondence to me via email, may be subject to disclosure unless otherwise protected by law.*

**From:** Spjuth - DOC, Justin <justin.spjuth@state.co.us>
**Sent:** Tuesday, March 24, 2026 9:33 AM
**To:** Wells, Donna <Donna.Wells@ag.ks.gov>
**Cc:** Shelton - DOC, Cherice <cherice.shelton@state.co.us>; Shoger, Matt <Matt.Shoger@ag.ks.gov>; Montgomery, Lisa <Lisa.Montgomery@ag.ks.gov>
**Subject:** Re: Letecia Stauch

**CAUTION:** This email originated from outside of the Office of The Attorney General of Kansas organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Yes, that should be fine.  It will likely come to me and I can then get it to her.  I will let you know when I receive it on my end.

Thanks!

**Justin Spjuth | Case Manager**

**Denver Women's Correctional Facility**

3600 Havana Street, Denver, CO 80239

If you are an attorney and need assistance, please email doc_denver_attorneycalls@state.co.us

If you are trying to schedule or have visiting questions please email doc_dwcf_visiting@state.co.us

On Fri, Mar 20, 2026 at 1:37 PM Wells, Donna <Donna.Wells@ag.ks.gov> wrote:

We are filing a Motion for Summary Judgment on this matter later today, well after mail goes out.  Matt is wanting to send it to her by Federal Express on Monday, overnight delivery so she should get it on Tuesday.

We are wanting to make sure there is nothing we need to do on our end for the FedEx?  Can we send it to her like we would any other piece of mail?

Thank you,

Donna Wells, Legal Assistant |Civil Litigation Division

**Office of Kansas Attorney General Kris Kobach**

120 SW 10th Ave, 2nd Floor | Topeka, Kansas 66612

Office: 785-368-8428 | Fax: 785-291-3767

donna.wells@ag.ks.gov | www.ag.ks.gov

*This communication, and any attachments, is private and confidential and for the exclusive use of the intended recipient. The information contained herein as well as any attachments is confidential and privileged under the joint prosecution or investigation privilege, attorney-client privilege, work product privilege, joint defense privilege, or any other applicable privilege or immunity. If you are not the intended recipient and have received this communication in error, please notify the sender immediately and destroy the original message and all copies. Any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any protection, privilege, or immunity. Please note also that the Kansas Open Records Act provides that public records, including correspondence to me via email, may be subject to disclosure unless otherwise protected by law.*