**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **LETECIA STAUCH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Case No. 24-3027-HLT-BGS** |
| | ) |
| **JEFF ZMUDA,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April, 2026, Defendants' Motion for Summary Judgment (Doc. 82), the exhibits in support of the motion (Doc. 82-1, etc.), and the Notice to Pro Se Litigant Who Opposes a Summary Judgment Motion (Doc. 83), were mailed by means of certified mail (tracking # 9589 0710 5270 1519 9906 98), postage prepaid, addressed to the following address:

Letecia Stauch #197179
C/O CM Justin Spjuth
Colorado Department of Corrections
3600 Havana Street
Denver, CO 80239
*Plaintiff, pro se*

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS Bar No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave.
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April, 2026, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Natasha Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
natasha.carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above will be served by means of first-class mail, postage prepaid, addressed to:

Letecia Stauch #197179
Colorado Department of Corrections
P.O. Box 392005
Denver, CO 80239
*Plaintiff, pro se*

/s/ Matthew L. Shoger
Matthew L. Shoger
Assistant Attorney General

2