**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **LETECIA STAUCH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 24-3027-HLT-BGS** |
| | ) | |
| **JEFF ZMUDA,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**NOTICE TO THE COURT**

Defendants file this Notice to inform the court that delivery to the Plaintiff of

Defendant's Motion for Summary Judgment (Doc. 82), the relevant exhibits (Doc. 82-1, etc.),

and the Notice to Pro Se Litigant Who Opposes a Summary Judgment Motion (Doc. 83) has now

been successful. Defendants attach three new exhibits to this Notice: Exhibit 1 (FedEx Tracking

Information), Exhibit 2 (USPS Tracking Information), and Exhibit 3 (Email Correspondence

with the Colorado Department of Corrections). Defendants state the following:

The earlier FedEx package (*see* Doc. 82 at 27 (certificate of service); Doc. 83 at 3

(same)) was unable to be delivered successfully. (Exhibit 1 at 3; Exhibit 3 at 6-9.) However, the

copies sent by USPS certified mail (*see* Doc. 87 (certificate of service)) were delivered

successfully to the facility on April 6, 2026. (Exhibit 2 at 1; Exhibit 3 at 5-6.) Staff from the

Colorado Department of Corrections were able to confirm on April 10, 2026, that Plaintiff

received those copies sometime between April 6 and April 10. (Exhibit 3 at 1-4.)

Defendants understand that Plaintiff may need additional time to respond to Defendants'

Motion for Summary Judgment (Doc. 82) due to Plaintiff just recently receiving copies of

Defendants' Motion, the relevant exhibits, and the relevant Notice to Pro Se Litigant.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS Bar No. 28151
Assistant Attorney General
Lisa D. Montgomery, KS Bar No. 18243
First Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave.
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorneys for Defendants*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of April, 2026, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Natasha Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
natasha.carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above will be served by means of first-class mail, postage prepaid, addressed to:

Letecia Stauch #197179
Colorado Department of Corrections
3600 Havana Street
Denver, CO 80239
*Plaintiff, pro se*

*/s/ Matthew L. Shoger*
Matthew L. Shoger
Assistant Attorney General

3