**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**LETECIA STAUCH,**

**Plaintiff,**

**v.**

**JEFF ZMUDA, DARCIE HOLTHAUS, DONNA HOOK, VALERIE WATTS, (FNU) DIETRICK, DALTON HARTPENCE, LARRY TURNER, HOLLY CHAVEZ, CENTURION MEDICAL, and (FNU) VAN DYKE,**

**Defendants.**

**Case No. 5:24-cv-03027-HLT**

# JUDGMENT IN A CIVIL CASE

☐ Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒ Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

Pursuant to the Memorandum and Order (Doc. 13), Plaintiff's claims against Defendants Valerie Watts and Centurion Medical are dismissed.

Pursuant to the Memorandum and Order (Doc. 29), Plaintiff's claims against Defendants Turner and Van Dyke are dismissed.

Pursuant to the Memorandum and Order (Doc. 91), Plaintiff's claims are dismissed without prejudice to the extent they seek prospective injunctive relief for lack of subject-matter jurisdiction. The Court grants summary judgment in Defendants' favor with respect to the lone remaining claim for retrospective money damages in count 2. This case is closed.

IT IS SO ENTERED.

SKYLER O'HARA
CLERK OF THE COURT

Dated: August 21, 2026

*/s/ M. Deaton*
By Deputy Clerk